# CRAVATH, SWAINE & MOORE LLP

| | | |
|---|---|---|
| ROBERT D. JOFFE | PETER S. WILSON | ROBERT I. TOWNSEND, III | LIZABETHANN R. EISEN |
| ALLEN FINKELSON | JAMES C. VARDELL, III | WILLIAM J. WHELAN, III | DAVID S. FINKELSTEIN |
| RONALD S. ROLFE | ROBERT H. BARON | SCOTT A. BARSHAY | DAVID GREENWALD |
| PAUL C. SAUNDERS | KEVIN J. GREHAN | PHILIP J. BOECKMAN | RACHEL G. SKAISTIS |
| DOUGLAS D. BROADWATER | STEPHEN S. MADSEN | ROGER G. BROOKS | PAUL H. ZUMBRO |
| ALAN C. STEPHENSON | C. ALLEN PARKER | WILLIAM V. FOGG | JOEL F. HEROLD |
| MAX R. SHULMAN | MARC S. ROSENBERG | FAIZA J. SAEED | ERIC W. HILFERS |
| STUART W. GOLD | SUSAN WEBSTER | RICHARD J. STARK | GEORGE F. SCHOEN |
| JOHN W. WHITE | TIMOTHY G. MASSAD | THOMAS E. DUNN | ERIK R. TAVZEL |
| JOHN E. BEERBOWER | DAVID MERCADO | JULIE SPELLMAN SWEET | CRAIG F. ARCELLA |
| EVAN R. CHESLER | ROWAN D. WILSON | RONALD CAMI | TEENA-ANN V. SANKOORIKAL |
| MICHAEL L. SCHLER | PETER T. BARBUR | MARK I. GREENE | ANDREW R. THOMPSON |
| RICHARD LEVIN | SANDRA C. GOLDSTEIN | SARKIS JEBEJIAN | DAMIEN R. ZOUBEK |
| KRIS F. HEINZELMAN | PAUL MICHALSKI | JAMES C. WOOLERY | LAUREN ANGELILLI |
| B. ROBBINS KIESSLING | THOMAS G. RAFFERTY | DAVID R. MARRIOTT | TATIANA LAPUSHCHIK |
| ROGER D. TURNER | MICHAEL S. GOLDMAN | MICHAEL A. PASKIN | ERIC L. SCHIELE |
| PHILIP A. GELSTON | RICHARD HALL | ANDREW J. PITTS | ALYSSA K. CAPLES |
| RORY O. MILLSON | ELIZABETH L. GRAYER | MICHAEL T. REYNOLDS | JENNIFER S. CONWAY |
| FRANCIS P. BARRON | JULIE A. NORTH | ANTONY L. RYAN | MINH VAN NGO |
| RICHARD W. CLARY | ANDREW W. NEEDHAM | GEORGE E. ZOBITZ | |
| WILLIAM P. ROGERS, JR. | STEPHEN L. BURNS | GEORGE A. STEPHANAKIS | |
| JAMES D. COOPER | KATHERINE B. FORREST | DARIN P. MCATEE | SPECIAL COUNSEL |
| STEPHEN L. GORDON | KEITH R. HUMMEL | GARY A. BORNSTEIN | SAMUEL C. BUTLER |
| DANIEL L. MOSLEY | DANIEL SLIFKIN | TIMOTHY G. CAMERON | GEORGE J. GILLESPIE, III |
| GREGORY M. SHAW | JEFFREY A. SMITH | KARIN A. DEMASI | |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1059

April 14, 2009

<u>In re Merck & Co., Inc., Sec., Derivative & "ERISA" Litig. (MDL 1658)
The Consolidated Securities Action, No. 2:05-CV-02367-SRC-MAS</u>

Dear Judge Chesler:

       On behalf of all parties in the above-captioned action, and in accordance with paragraph 37 of the Initial Case Management Order (Pretrial Order No. 1), which permits the parties to consent to extensions of time without Court approval, I write to notify the Court that the parties have mutually agreed to the following revisions to the schedule approved by the Court on January 21, 2009: (1) Defendants shall file their responses to Plaintiffs' Corrected Consolidated Fifth Amended Class Action Complaint by May 1, 2009; (2) Plaintiffs shall file their opposition to any motions to dismiss by July 14, 2009; and (3) Defendants shall file any replies to Plaintiffs' opposition by August 25, 2009.

Respectfully,

*/s/ Karin A. DeMasi*

Karin A. DeMasi

Honorable Stanley R. Chesler, U.S.D.J.
   United States District Court for the District of New Jersey
      Martin Luther King, Jr. Federal Building & U.S. Courthouse
         50 Walnut Street
            Newark, NJ 07101

BY FIRST CLASS MAIL

Copies to:

Honorable Michael A. Shipp, U.S.M.J.
   United States District Court for the District of New Jersey
      Martin Luther King, Jr. Building & U.S. Courthouse
         50 Walnut Street
            Newark, NJ 07101

BY FIRST CLASS MAIL

David A. P. Brower, Esq.
   Brower Piven
      488 Madison Avenue
         New York, NY 10022

Matthew Gluck, Esq.
Richard H. Weiss, Esq.
   Milberg LLP
      One Pennsylvania Plaza
         New York, NY 10119

John P. Coffey, Esq.
William C. Fredericks, Esq.
Adam H. Wierzbowski, Esq.
   Bernstein Litowitz Berger & Grossman LLP
      1285 Avenue of the Americas
         New York, NY 10019

Jules Brody, Esq.
Mark Levine, Esq.
   Stull, Stull & Brody
      6 East 45th Street, 5th Floor
         New York, NY 10017

William Gussman, Esq.
Sung-Hee Suh, Esq.
   Schulte Roth & Zabel LLP
      919 Third Avenue
         New York, NY 10022

William R. Stein, Esq.
   Hughes Hubbard & Reed LLP
      1775 I Street, N.W.
         Washington, DC 20006

BY EMAIL PDF