UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL NO. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | CASE NO. 2:05-CV-01151-SRC-MAS<br>CASE NO. 2:05-CV-02367-SRC-MAS |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, *In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation*, MDL No. 1658 (the "MDL"), is pending before this Court;

**WHEREAS**, the consolidated securities action, No. 05-CV-02367 (the "Consolidated Securities Action") is one of the pending MDL actions;

**WHEREAS**, on November 15, 2005, this Court (Bongiovanni, M.J.) "so-ordered" Pretrial Order No. 2 (Protective Order), which governed the production and disclosure of documents and all tangible things in all MDL actions;

**WHEREAS**, on November 20, 2007, this Court (Chesler, J.) entered a Supplemental Protective Order (Addendum to Pretrial Order No. 2) ("Supplemental Protective Order") in the ERISA Action (Case No. 2:05-CV-02369) (attached hereto as Exhibit A), which governed the production of certain types of Confidential Information in electronic form other than .tiff images;

**WHEREAS**, the Securities Plaintiffs were not a party to the Supplemental Protective Order;

**WHEREAS**, according to the terms of the July 8, 2005 Order entered by this Court (Bongiovanni, M.J.), Defendants are in the process of producing documents to the Securities Plaintiffs that were previously produced to the ERISA Plaintiffs;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, **AND SO ORDERED**, as follows:

In addition to all applicable protections set forth in Pretrial Order No. 2, the Securities Plaintiffs agree that they will be bound by the terms of the Supplemental Protective Order entered by this Court on November 20, 2007 (attached hereto as Exhibit A).

DATED: May 18, 2010

STIPULATED AND AGREED

By: _____
David A.P. Brower
**BROWER PIVEN**
A Professional Corporation
488 Madison Avenue, 8th Floor
New York, New York 10022
Tel.: (212) 501-9000
Fax: (212) 501-0300

2

Salvatore J. Graziano
William C. Fredericks
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

**MILBERG LLP**
Matthew Gluck
Richard H. Weiss
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229

**STULL, STULL & BRODY**
Jules Brody
Mark Levine
6 East 45th Street
New York, New York 10017
Tel.: (212) 687-7230
Fax: (212) 490-2022

*Co-Lead Counsel for Plaintiffs and the Class*

DATED: May 24, 2010

CRAVATH, SWAINE & MOORE LLP

By: _____
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

**HUGHES HUBBARD & REED LLP**
William R. Stein
Eric S. Parnes
1775 I Street, N.W.
Washington, DC 20006-2401
(202) 721-4600

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Kenneth C. Frazier, Richard C. Henriques, Jr., Peter S. Kim, Judy C. Lewent, Alise S. Reicin, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock, Samuel O. Thier, David Anstice, Richard T. Clark, Celia Colbert, Linda M. Distlerath, Caroline Dorsa, Bernard J. Kelley, Per G.H. Lofberg, Per Wold-Olsen and Lloyd C. Elam*

4

DATED: May 21, 2010       **SCHULTE ROTH & ZABEL LLP**

By: _____
Martin L. Perschetz
Sung-Hee Suh
William H. Gussman, Jr.
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

SO ORDERED: ___6/3___, 2010

_____
Hon. Stanley R. Chesler
United States District Judge

# Exhibit A

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler
Robert H. Baron
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000

**HUGHES HUBBARD & REED LLP**
William R. Stein
Roberta Koss
1775 I Street, N.W.
Washington, DC 20006-2401
Telephone: (202) 721-4600

*Counsel for Defendants Merck & Co., Inc., H. Brewster Atwater, Jr., Marcia J. Avedon, Derek Birkin, Lawrence A. Bossidy, William G. Bowen, Erskine B. Bowles, Johnnetta B. Cole, William M. Daley, Caroline Dorsa, Lloyd C. Elam, Charles E. Exley Jr., Carleton S. Fiorina, Niall FitzGerald, Kenneth C. Frazier, Raymond V. Gilmartin, William B. Harrison, Jr., William N. Kelley, Judy C. Lewent, Heidi G. Miller, Bradley T. Sheares, Thomas E. Shenk, Anne M. Tatlock, Samuel O. Thier, Dennis Weatherstone, Wendell P. Weeks and Peter C. Wendell*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED ERISA ACTION | Case No. 2:05-CV-01151-SRC-MF ✓ Case No. 2:05-CV-02369-SRC-MF ✓ |

### SUPPLEMENTAL PROTECTIVE ORDER
### (ADDENDUM TO PRETRIAL ORDER NO. 2)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, AND SO ORDERED, as follows:

1. In addition to all applicable protections set forth in Pretrial Order No. 2 (the "Protective Order"), which was "so ordered" by the Court (Bongiovanni, M.J.) on November 15, 2005, this Supplemental Protective Order will govern the use and distribution of Confidential

Information produced in electronic form other than .tiff images ("Confidential Electronic Information").

2. The designation of the storage medium as containing Confidential Electronic Information shall serve to designate each of the files on the medium, unless otherwise specified by the Supplying Party.

3. Where the Receiving Party seeks to share Confidential Electronic Information with "Qualified Persons" as described in and in accordance with the Protective Order, the Receiving Party shall mark print-outs of Confidential Electronic Information with the legend "Confidential—Subject to Protective Order" prior to disseminating the Confidential Electronic Information.

4. The Receiving Party shall mark the storage medium of any permissible copies of the Confidential Electronic Information with the legend "Confidential—Subject to Protective Order".

5. The Receiving Party shall use reasonable efforts to prevent Confidential Electronic Information from being stored in computers to which persons not authorized to view Confidential Information have access. The Receiving Party shall also take reasonable steps to ensure that printouts and copies of Confidential Electronic Information maintained by the Receiving Party, and not disseminated to permissible parties, are kept in a manner that will prevent unauthorized users from viewing the printouts or copies.

6. Where the Receiving Party seeks to share Confidential Electronic Information with "Qualified Persons" as described in and in accordance with the Protective Order, the Receiving Party shall mark any hard copies of analyses, distillations, or other documents that are

derived from Confidential Electronic Information with the legend "Confidential—Subject to Protective Order" prior to disseminating the Confidential Electronic Information.

DATED: *November* ~~October~~ /3, 2007           AGREED TO BY:

SCHATZ NOBEL IZARD P.C.

By: _____
Robert A. Izard
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

*Counsel for Plaintiffs*

-3-

DATED:   November 13, 2007

**CRAVATH, SWAINE & MOORE LLP**

By: _____
Robert H. Baron
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

**HUGHES HUBBARD & REED LLP**
William R. Stein
Roberta Koss
1775 I Street, N.W.
Washington, DC 20006-2401
(202) 721-4600

*Counsel for Defendants Merck & Co., Inc., H. Brewster Atwater, Jr., Marcia J. Avedon, Derek Birkin, Lawrence A. Bossidy, William G. Bowen, Erskine B. Bowles, Johnnetta B. Cole, William M. Daley, Caroline Dorsa, Lloyd C. Elam, Charles E. Exley, Jr., Carleton S. Fiorina, Niall FitzGerald, Kenneth C. Frazier, Raymond V. Gilmartin, William B. Harrison, Jr., William N. Kelley, Judy C. Lewent, Heidi G. Miller, Bradley T. Sheares, Thomas E. Shenk, Anne M. Tatlock, Samuel O. Thier, Dennis Weatherstone, Wendell P. Weeks and Peter C. Wendell*

DATED: ~~October~~ November 13, 2007

SCHULTE ROTH & ZABEL LLP

By: _____
Martin L. Perschetz
Sung-Hee Suh
William H. Gussman, Jr.
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

SO ORDERED: November 19, 2007

_____
Hon. Stanley R. Chesler
United States District Judge

-5-