## CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| ALLEN FINKELSON | JAMES C. VARDELL, III | | WILLIAM J. WHELAN, III | DAVID S. FINKELSTEIN |
| RONALD S. ROLFE | ROBERT H. BARON | WORLDWIDE PLAZA | SCOTT A. BARSHAY | DAVID GREENWALD |
| PAUL C. SAUNDERS | KEVIN J. GREHAN | 825 EIGHTH AVENUE | PHILIP J. BOECKMAN | RACHEL G. SKAISTIS |
| MAX R. SHULMAN | STEPHEN S. MADSEN | NEW YORK, NY 10019-7475 | ROGER G. BROOKS | PAUL H. ZUMBRO |
| STUART W. GOLD | C. ALLEN PARKER | | WILLIAM V. FOGG | JOEL F. HEROLD |
| JOHN W. WHITE | MARC S. ROSENBERG | TELEPHONE: (212) 474-1000 | FAIZA J. SAEED | ERIC W. HILFERS |
| JOHN E. BEERBOWER | SUSAN WEBSTER | FACSIMILE: (212) 474-3700 | RICHARD J. STARK | GEORGE F. SCHOEN |
| EVAN R. CHESLER | DAVID MERCADO | | THOMAS E. DUNN | ERIK R. TAVZEL |
| MICHAEL L. SCHLER | ROWAN D. WILSON | | MARK I. GREENE | CRAIG F. ARCELLA |
| RICHARD LEVIN | PETER T. BARBUR | CITYPOINT | SARKIS JEBEJIAN | TEENA-ANN V. SANKOORIKAL |
| KRIS F. HEINZELMAN | SANDRA C. GOLDSTEIN | ONE ROPEMAKER STREET | JAMES C. WOOLERY | ANDREW R. THOMPSON |
| B. ROBBINS KIESSLING | THOMAS G. RAFFERTY | LONDON EC2Y 9HR | DAVID R. MARRIOTT | DAMIEN R. ZOUBEK |
| ROGER D. TURNER | MICHAEL S. GOLDMAN | TELEPHONE: 44-20-7453-1000 | MICHAEL A. PASKIN | LAUREN ANGELILLI |
| PHILIP A. GELSTON | RICHARD HALL | FACSIMILE: 44-20-7860-1150 | ANDREW J. PITTS | TATIANA LAPUSHCHIK |
| RORY O. MILLSON | ELIZABETH L. GRAYER | | MICHAEL T. REYNOLDS | ERIC L. SCHIELE |
| FRANCIS P. BARRON | JULIE A. NORTH | | ANTONY L. RYAN | ALYSSA K. CAPLES |
| RICHARD W. CLARY | ANDREW W. NEEDHAM | WRITER'S DIRECT DIAL NUMBER | GEORGE E. ZOBITZ | JENNIFER S. CONWAY |
| WILLIAM P. ROGERS, JR. | STEPHEN L. BURNS | | GEORGE A. STEPHANAKIS | MINH VAN NGO |
| JAMES D. COOPER | KATHERINE B. FORREST | | DARIN P. MCATEE | |
| STEPHEN L. GORDON | KEITH R. HUMMEL | | GARY A. BORNSTEIN | |
| DANIEL L. MOSLEY | DANIEL SLIFKIN | | TIMOTHY G. CAMERON | SPECIAL COUNSEL |
| GREGORY M. SHAW | JEFFREY A. SMITH | (212) 474-1422 | KARIN A. DEMASI | SAMUEL C. BUTLER |
| PETER S. WILSON | ROBERT I. TOWNSEND, III | | LIZABETHANN R. EISEN | GEORGE J. GILLESPIE, III |

June 15, 2010

<u>In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation (MDL 1658)</u>
<u>Nos. 05-CV-01151-SRC-MAS & 05-CV-02367-SRC-MAS</u>
<u>The Consolidated Securities Action</u>

Dear Judge Chesler:

   In accordance with paragraph 14 of the Initial Case Management Order (Pretrial Order No. 1), which permits the parties to consent to extensions of time without court approval, I write to notify the Court that the parties have agreed to extend the time for Defendants in the Consolidated Securities Action to file their motions to dismiss Corrected Consolidated Fifth Amended Class Action Complaint ("Fifth Amended Complaint"). Pursuant to this Court's June 3, 2010 Order, Defendants' motions, and briefs in support, are currently due on June 15, 2010. The parties have consented to a three-day extension of this deadline until June 18, 2010. The parties have further agreed that Plaintiffs will serve and file their briefs in opposition by August 6, 2010, and Defendants will file their reply briefs by September 17, 2010.

   Thank you for your consideration.

                      Respectfully submitted,

                      Robert H. Baron

Honorable Stanley R. Chesler, U.S.D.J.
    United States District Court for the District of New Jersey
        Martin Luther King, Jr. Federal Building & U.S. Courthouse
           50 Walnut Street
                Newark, NJ 07101

VIA FEDERAL EXPRESS

Copies to:

David A.P. Brower, Esq.
    Brower Piven
        488 Madison Avenue, 8th Floor
           New York, NY 10022

Salvatore J. Graziano, Esq.
    Bernstein Litowitz Berger & Grossmann LLP
        1285 Avenue of the Americas
           New York, NY 10019

Mark Levine, Esq.
    Stull, Stull & Brody
        6 East 45th Street, 5th Floor
           New York, NY 10017

Richard H. Weiss, Esq.
    Milberg LLP
        One Pennsylvania Plaza
           New York, NY 10119

Paul B. Brickfield, Esq.
    Brickfield & Donahue
        70 Grand Avenue
           River Edge, NJ 07661

James E. Cecchi, Esq.
    Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
        5 Becker Farm Road
           Roseland, NJ 07068

Alfred C. Decotiis, Esq.
    Decotiis, Fitzpatrick, Cole & Wisler LLP
        Glenpointe Centre West
           500 Frank W. Burr Boulevard
                Teaneck, NY 07666

William R. Stein, Esq.
Eric S. Parnes, Esq.
   Hughes Hubbard & Reed LLP
      1775 I Street, N.W.
         Washington, D.C.  20006

Martin L. Perschetz, Esq.
Sung-Hee Suh, Esq.
William H. Gussman, Jr., Esq.
   Schulte Roth & Zabel LLP
     919 Third Avenue
        New York, NY 10022

VIA EMAIL PDF