MARTIN L. PERSCHETZ
Martin.Perschetz@srz.com
SUNG-HEE SUH
Sung-Hee.Suh@srz.com
WILLIAM H. GUSSMAN, JR.
Bill.Gussman@srz.com
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000; Fax: (212) 593-5955

LAWRENCE M. ROLNICK
lrolnick@lowenstein.com
SHEILA A. SADIGHI
ssadighi@lowenstein.com
CARL M. GREENFELD
cgreenfeld@lowenstein.com
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: 973-597-2500; Fax: 973-597-2400

*Attorneys for Defendant Dr. Edward M. Scolnick*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO:<br><br>THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS<br><br>(Document Electronically Filed) |

**NOTICE OF DEFENDANT DR. EDWARD M. SCOLNICK'S
MOTION TO DISMISS THE CORRECTED CONSOLIDATED
FIFTH AMENDED CLASS ACTION COMPLAINT**

-2-

**PLEASE TAKE NOTICE** that on September 20, 2010, or as soon thereafter as counsel may be heard, Defendant Dr. Edward M. Scolnick, by his undersigned counsel, and pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, shall apply to the Honorable Stanley R. Chesler, of the United States District Court for the District of New Jersey, at the Frank R. Lautenberg U.S. P.O. & Courthouse, Room 417, Federal Square, P.O. Box 999 Newark, New Jersey 07101, for an Order dismissing with prejudice the Corrected Consolidated Fifth Amended Class Action Complaint on the grounds, among others, that Plaintiffs have failed to state a claim upon which relief may be granted.  Defendant Dr. Edward M. Scolnick will rely in support of the motion on the Memorandum of Law and the Certification of Carl M. Greenfeld, Esq. submitted herewith.  A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

Dated: June 18, 2010                                Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: s/ Carl M. Greenfeld\_\_\_\_
    Carl M. Greenfeld
    cgreenfeld@lowenstein.com
    Lawrence M. Rolnick
    lrolnick@lowenstein.com
    Sheila A. Sadighi
    ssadighi@lowenstein.com
    65 Livingston Avenue
    Roseland, New Jersey 07068
    Tel.: 973.597.2500
    Fax: 973.597.2400

-3-

**SCHULTE ROTH & ZABEL LLP**
Martin L. Perschetz (admitted *pro hac vice*)
Martin.Perschetz@srz.com
Sung-Hee Suh (admitted *pro hac vice*)
Sung-Hee.Suh@srz.com
William H. Gussman, Jr. (admitted *pro hac vice*)
Bill.Gussman@srz.com
919 Third Avenue
New York, NY 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Attorneys for Defendant*
*Dr. Edward M. Scolnick*