UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION, )<br>)<br>)<br>)<br>)<br>) | ELECTRONICALLY FILED<br><br>MDL NO.: 1658 (SRC)<br>Case No. 3:05-cv-01151-SRC-TBJ<br>Case No. 3:05-cv-02367-SRC-TBJ |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED SECURITIES ACTION )<br>) | |

**REQUEST BY ATTORNEY TO
WITHDRAW FROM ELECTRONIC NOTIFICATION**

Request is hereby made by Joanna L. Crosby, Esq., counsel for SR International Business Insurance Ltd., in the above captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1. The within civil Complaint has been dismissed/settled as to my client; or

2. The criminal defendant has been sentenced and there are no further proceedings which require notification

NOTE: Your withdrawal from electronic notification in this matter does not constitute your withdrawal as counsel for your client in this matter.

                                                        s/Joanna L. Crosby
                                                        Signature of Attorney

Name: Joanna L. Crosby, Esq.

Address: 744 Broad Street, Suite 1510

             Newark, New Jersey 07102

E-Mail: jcrosby@tresslerllp.com

NEWARK-#38696