CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

RECEIVED-CLERK
U.S. DISTRICT COURT

2010 JUN 23  A 11: 29

PAUL C. VITRANO
ROSS, DIXON, & BELL, LLP
2001 K STREET, NW
WASHINGTON, DC 20006

FORWARD TIME EXP RTN TO SEND
*X 200 NCE 1 1096 75 06/19/10
:ROSS
401 9TH ST NW STE 1000
WASHINGTON DC 20004-2145

RETURN TO SENDER

**Other Orders/Judgments**
2:05-cv-02367-SRC-MAS MERCK & CO. INC. SECURITIES LITIGATION IN RE: MDL1658
**CASE CLOSED on 04/13/2007**
CLOSED, MDL1658, STAYED

U.S. District Court

District of New Jersey [LIVE]

**RECEIVED**

**JUN 2 3 2010**

AT 8:30_____M
WILLIAM T. WALSH, CLERK

**Notice of Electronic Filing**

The following transaction was entered on 6/3/2010 at 1:24 PM EDT and filed on 6/3/2010
**Case Name:**      MERCK & CO. INC. SECURITIES LITIGATION IN RE: MDL1658
**Case Number:**    2:05-cv-02367-SRC-MAS
**Filer:**
**WARNING: CASE CLOSED on 04/13/2007**
**Document Number:** 246

**Docket Text:**
**STIPULATION AND ORDER that defts shall serve and file their respective motions to dismiss the Fifth Amended Complaint by 6/15/10, etc. Signed by Judge Stanley R. Chesler on 6/3/10. (jd, )**


**2:05-cv-02367-SRC-MAS Notice has been electronically mailed to:**

ANTHONY J. LAPORTA     anthony.laporta@rivkin.com, tammara.roe@rivkin.com

BRETT L. MESSINGER     blmessinger@duanemorris.com, rmluciano@duanemorris.com

DAREN S. MCNALLY     daren.mcnally@clydeco.us

DAVID A.P. BROWER     brower@browerpiven.com

JAMES E. CECCHI     jcecchi@carellabyrne.com

JOANNA L. CROSBY     jcrosby@tresslerllp.com, tresslerdocket@tresslerllp.com

JOHN P. COFFEY     sean@blbglaw.com, adam@blbglaw.com, bill@blbglaw.com, boaz@blbglaw.com, lauren@blbglaw.com

LAWRENCE M. ROLNICK     lrolnick@lowenstein.com

LINDSEY H. TAYLOR     ltaylor@carellabyrne.com

MARC B. ZINGARINI     mzingarini@wglaw.com

MARK LEVINE     mlevine@ssbny.com

MARTIN L. PERSCHETZ     martin.perschetz@srz.com

MICHAEL S. SAVETT     msavett@wglaw.com, dbarr@wglaw.com

NATALIE GARCIA     ngarcia@lcbf.com, LCBFlit@lcbf.com

PAUL B. BRICKFIELD     pbrickfield@brickdonlaw.com

PETER S. PEARLMAN     PSP@njlawfirm.com, gv@njlawfirm.com

ROBERT H. BARON     merck@cravath.com, kdemasi@cravath.com, rbaron@cravath.com

SALLY ANNE MULLIGAN     smulligan@lowenstein.com

SHEILA A. SADIGHI     ssadighi@lowenstein.com, stravers@lowenstein.com

STEFANO V. CALOGERO     scalogero@cuyler.com, dmcgeary@cuyler.com

SUNG-HEE SUH     sung-hee.suh@srz.com

TINA MOUKOULIS     tina@bernardmgross.com, debbie@bernardmgross.com

WILFRED P. CORONATO     coronato@hugheshubbard.com

WILLIAM D. WILSON     wwilson@moundcotton.com, anna.bill@verizon.net

WILLIAM HAYWARD GUSSMAN , JR     bill.gussman@srz.com, einat.philip@srz.com

WILLIAM R. STEIN     stein@hugheshubbard.com, fones@hugheshubbard.com, remedios@hugheshubbard.com

**2:05-cv-02367-SRC-MAS Notice will not be electronically mailed to::**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
CLERK OF THE PANEL
ONE COLUMBUS CIRCLE, NE
THURGOOD MARSHALL FEDERAL JUDICIARY BUIDLING
ROOM G-255 - NORTH LOBBY
WASHINGTON, DC 20002-8004

PARK EAST, INC.


BRUCE D. BERNSTEIN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
DREIER LLP
499 PARK AVENUE
NEW YORK, NY 10022

J. ERIK SANDSTEDT

PAUL C. VITRANO
ROSS, DIXON, & BELL, LLP
2001 K STREET, NW
WASHINGTON, DC 20006

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/3/2010] [FileNumber=4245132-0]
[220eed0db1e14b9b9688d03875b4477c9f94301c9f62acd00b584e39870233648bbb
9ad8188278f05ac871799fcd40c3b4575a167fc7e22a8c1921c2769819ad]]