UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**

June 29, 2010

**Judge Chesler**

**COURT REPORTER:**                          Docket No: 05-2367

**TITLE OF CASE**
MERCK & CO., INC., SECURITIES LITIGATION IN RE: MDL 1658

**APPEARANCE:**
See Sheet

**NATURE OF PROCEEDINGS:**
Status Conference-

12:00 p.m.- 1:00 p.m.

Theresa C. Trivino, Senior Courtroom Deputy

# APPEARANCE SHEET

DATE: 6/29/10

CASE NAME: Merck

CIVIL/CRIMINAL NUMBER:

Name: James Sabella (Please Print)

Address: Grant & Eisenhofer
485 Lex Ave
NY NY 10017

Telephone Number: 646 722 8500

You represent: Opt out plaintiffs

---

Name: Carl Greenfeld (Please Print)

Address: Lowenstein Sandler
65 Livingston Ave., Roseland, NJ 07068

Telephone Number: 973-422-6522

You represent: Edward Scolnick

---

Name: Marty Perschetz, Pamela Jeffanzana (Please Print)

Address: Schulte Roth & Zabel LLP
919 Third Avenue, NY, NY 10022

Telephone Number: 212-756-2247

You represent: Edward M. Scolnick

# APPEARANCE SHEET

DATE:

CASE NAME: In re Merck Sec., Deriv. & ERISA Litig.

CIVIL/CRIMINAL NUMBER: 05-CV-1151/05-CV-2367

Name: DAVID BROWER/Boomerbiren (Please Print)

Address: 488 Madison Ave
NY NY 10021

Telephone Number: (212) 501-9000

You represent: Plaintiffs

---

Name: James Cecchi (Please Print)

Address: 5 Becker Farm Road
Roseland

Telephone Number: 973 422-5591

You represent: Plaintiffs

---

Name: Sal Graziano (Please Print)

Address: Bernstein Litowitz
1285 Avenue of Americas

Telephone Number: 212-554-1538

You represent: Plaintiffs

# APPEARANCE SHEET

DATE: 6/29/10

CASE NAME: In re Merck Securities Litigation

CIVIL/CRIMINAL NUMBER:

Name: Evan Chesler (Please Print)

Address: Cravath Swaine + Moore LLP
825 8th Ave, NY, NY 10019

Telephone Number: 212-474-1000

You represent: Merck + Individual Defendants other than Dr. Scolnick

---

Name: Karin DeMasi (Please Print)

Address: Cravath Swaine + Moore LLP
825 8th Ave, NY NY 10019

Telephone Number: 212-474-1000

You represent: Merck + Individual Defendants other than Dr. Scolnick

---

Name: Robert Baron (Please Print)

Address: Cravath Swaine + Moore LLP
825 8th Ave, NY, NY 10019

Telephone Number: 212-474-1000

You represent: Merck + Individual Defendants other than Dr. Scolnick

# APPEARANCE SHEET

DATE: 6/29/10

CASE NAME: In re: Merck Securities, ERISA & Derivative Litigation

CIVIL/CRIMINAL NUMBER: 05-CV-1151
05-CV-2367

Name: Mark Levine _____ (Please Print)

Address: 6 E. 45th Street
New York, NY 10017

Telephone Number: 212-687-7230

You represent: Plaintiffs

---

Name: Richard Weiss _____ (Please Print)

Address: One Penn Plaza
NY, NY 10119

Telephone Number: 212-594-5300

You represent: Plaintiffs

---

Name: WILLIAM C. FREDERICKS _____ (Please Print)

Address: 1285 6th AVENUE
New York, NY 10019
(BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP)

Telephone Number: 212 554 1405

You represent: Plaintiffs