MARTIN L. PERSCHETZ
Martin.Perschetz@srz.com
SUNG-HEE SUH
Sung-Hee.Suh@srz.com
WILLIAM H. GUSSMAN, JR.
Bill.Gussman@srz.com
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000; Fax: (212) 593-5955

LAWRENCE M. ROLNICK
lrolnick@lowenstein.com
SHEILA A. SADIGHI
ssadighi@lowenstein.com
CARL M. GREENFELD
cgreenfeld@lowenstein.com
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-597-2500; Fax: 973-597-2400

*Attorneys for Defendant Dr. Edward M. Scolnick*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |
| THE CONSOLIDATED SECURITIES ACTION | **CERTIFICATE OF SERVICE**<br><br>(Document Electronically Filed) |

I hereby certify that I have today caused the:

i. Reply Memorandum of Law in Further Support of Defendant Dr. Edward M. Scolnick's Motion to Dismiss the Corrected Consolidated Fifth Amended Class Action Complaint;

ii. Certification of Carl M. Greenfeld, Esq. in Further Support of Defendant Dr. Edward M. Scolnick's Motion to Dismiss the Corrected Consolidated Fifth Amended Class Action Complaint; and

iii. this Certificate of Service

to be served via the Court's CM/ECF system and E-mail to all counsel of record in the above-captioned matters.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2010

By: *Cristina Finetti*
Cristina Finetti
**Lowenstein Sandler PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel.: 973.597.2500
Fax: 973.597.2400
cfinetti@lowenstein.com