# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| ALLEN FINKELSON | STEPHEN S. MADSEN | WORLDWIDE PLAZA | WILLIAM V. FOGG | ERIC W. HILFERS |
| RONALD S. ROLFE | C. ALLEN PARKER | 825 EIGHTH AVENUE | FAIZA J. SAEED | GEORGE F. SCHOEN |
| MAX R. SHULMAN | MARC S. ROSENBERG | NEW YORK, NY 10019-7475 | RICHARD J. STARK | ERIK R. TAVZEL |
| STUART W. GOLD | SUSAN WEBSTER | | THOMAS E. DUNN | CRAIG F. ARCELLA |
| JOHN W. WHITE | DAVID MERCADO | TELEPHONE: (212) 474-1000 | MARK I. GREENE | TEENA-ANN V. SANKOORIKAL |
| JOHN E. BEERBOWER | ROWAN D. WILSON | FACSIMILE: (212) 474-3700 | SARKIS JEBEJIAN | ANDREW R. THOMPSON |
| EVAN R. CHESLER | PETER T. BARBUR | | JAMES C. WOOLERY | DAMIEN R. ZOUBEK |
| MICHAEL L. SCHLER | SANDRA C. GOLDSTEIN | | DAVID R. MARRIOTT | LAUREN ANGELILLI |
| RICHARD LEVIN | THOMAS G. RAFFERTY | | MICHAEL A. PASKIN | TATIANA LAPUSHCHIK |
| KRIS F. HEINZELMAN | MICHAEL S. GOLDMAN | CITYPOINT | ANDREW J. PITTS | ERIC L. SCHIELE |
| B. ROBBINS KIESSLING | RICHARD HALL | ONE ROPEMAKER STREET | MICHAEL T. REYNOLDS | ALYSSA K. CAPLES |
| ROGER D. TURNER | ELIZABETH L. GRAYER | LONDON EC2Y 9HR | ANTONY L. RYAN | JENNIFER S. CONWAY |
| PHILIP A. GELSTON | JULIE A. NORTH | TELEPHONE: 44-20-7453-1000 | GEORGE E. ZOBITZ | MINH VAN NGO |
| RORY O. MILLSON | ANDREW W. NEEDHAM | FACSIMILE: 44-20-7860-1150 | GEORGE A. STEPHANAKIS | |
| RICHARD W. CLARY | STEPHEN L. BURNS | | DARIN P. MCATEE | |
| WILLIAM P. ROGERS, JR. | KATHERINE B. FORREST | | GARY A. BORNSTEIN | |
| JAMES D. COOPER | KEITH R. HUMMEL | WRITER'S DIRECT DIAL NUMBER | TIMOTHY G. CAMERON | SPECIAL COUNSEL |
| STEPHEN L. GORDON | DANIEL SLIFKIN | | KARIN A. DEMASI | SAMUEL C. BUTLER |
| DANIEL L. MOSLEY | JEFFREY A. SMITH | (212) 474-1422 | LIZABETHANN R. EISEN | GEORGE J. GILLESPIE, III |
| GREGORY M. SHAW | ROBERT I. TOWNSEND, III | | DAVID S. FINKELSTEIN | |
| PETER S. WILSON | WILLIAM J. WHELAN, III | | DAVID GREENWALD | |
| JAMES C. VARDELL, III | SCOTT A. BARSHAY | | RACHEL G. SKAISTIS | |
| ROBERT H. BARON | PHILIP J. BOECKMAN | | PAUL H. ZUMBRO | OF COUNSEL |
| KEVIN J. GREHAN | ROGER G. BROOKS | | JOEL F. HEROLD | PAUL C. SAUNDERS |

October 14, 2010

<u>In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation</u> (MDL 1658)
<u>Nos. 05-CV-01151-SRC-MAS & 05-CV-02367-SRC-MAS</u>
<u>The Consolidated Securities Action</u>

Dear Judge Chesler:

       Defendants other than Dr. Scolnick respectfully submit this letter in response to Plaintiffs' October 5, 2010 letter submitted in connection with the parties' motion to dismiss briefing in the above-referenced action.

       In their letter, Plaintiffs bring to this Court's attention *Schleicher v. Wendt*, No. 09-2154, 2010 U.S. App. LEXIS 17367 (7th Cir. Aug. 20, 2010), which Plaintiffs claim stands for the proposition that, in the Seventh Circuit, loss causation need not be proven for class certification. Respectfully, *Schleicher* has no relevance to the issues before this Court on Defendants' motion to dismiss.

       *First*, whether Federal Rule of Civil Procedure 23 requires proof of loss causation has no bearing whatsoever on Defendants' motion to dismiss. As set forth in Defendants' opening and reply briefs, failure to plead loss causation may result in dismissal—and should here—because Plaintiffs do not (and cannot) allege that the losses incurred in October 2003 and September 2004 were caused by the revelation of Defendants' allegedly falsely held opinions. (*See* Mem. at 25-30; Reply Mem. at 8-19.) *Schleicher*, by contrast, stands merely for the proposition that, in the context of class certification, determinations of loss causation "can be made on a class-wide basis, because [they] affect[] investors in common". 2010 U.S. App. LEXIS 17367, at *19.

       *Second*, nothing in *Schleicher* (or any other case cited by Plaintiffs) undermines the principle, recognized by the Fifth Circuit and Supreme Court, that loss causation and reliance are inextricably intertwined. *See Greenberg v. Crossroads Sys., Inc.*, 364 F.3d 657, 663 (5th Cir. 2004) ("Reliance is an indispensable element of any fraud claim because it provides the 'causal connection between a defendant's misrepresentation and a plaintiff's injury.'" (quoting *Basic Inc. v. Levinson*, 485 U.S.

224, 243 (1988))). Because Plaintiffs cannot possibly show reasonable reliance after the withdrawal of Vioxx on September 30, 2004—as no investor could reasonably have believed that Vioxx retained *any* meaningful commercial viability after that date—Plaintiffs cannot demonstrate loss causation with respect to the alleged losses on November 1, 2004. (*See* Mem. at 29-30; Reply Mem. at 16-19.)

*Third*, the portion of *Schleicher* to which Plaintiffs refer actually *rejects* one of Plaintiffs' main loss causation arguments. Indeed, *Schleicher* observes that the so-called "materialization of risk" theory which Plaintiffs try to invoke with respect to the alleged corrective "disclosures" in October 2003 and September 2004 (*see* Opp. at 106) "is not a legal doctrine or anything special as a matter of fact", and "adds nothing to the analysis." *Schleicher*, 2010 U.S. App. LEXIS 17367, at *7, *8. Rather, Plaintiffs must point to a price decline sustained "when the truth [came] to light." *Id.* at *7-*8. Here, revelation of such "truth" could only be a disclosure that Defendants *had not in fact held* their professed beliefs about Vioxx. Because the alleged October 2003 and September 2004 "disclosures"—according to Plaintiffs' very own Complaint—revealed *nothing* about Defendants' alleged beliefs (¶¶ 355, 359, 380), *Schleicher* only underscores that those "disclosures" could not have constituted "corrective disclosures" for loss causation purposes.

Respectfully submitted,

Robert H. Baron

Honorable Stanley R. Chesler, U.S.D.J.
    United States District Court for the District of New Jersey
        Martin Luther King, Jr. Federal Building & U.S. Courthouse
            50 Walnut Street
                Newark, NJ 07101

VIA ECF

Copies to:

David A.P. Brower, Esq.
    Brower Piven
        488 Madison Avenue, 8th Floor
            New York, NY 10022

Salvatore J. Graziano, Esq.
   Bernstein Litowitz Berger & Grossmann LLP
      1285 Avenue of the Americas
         New York, NY 10019

Mark Levine, Esq.
   Stull, Stull & Brody
      6 East 45th Street, 5th Floor
         New York, NY 10017

Richard H. Weiss, Esq.
   Milberg LLP
      One Pennsylvania Plaza
         New York, NY 10119

Paul B. Brickfield, Esq.
   Brickfield & Donahue
      70 Grand Avenue
         River Edge, NJ 07661

James E. Cecchi, Esq.
   Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
      5 Becker Farm Road
         Roseland, NJ 07068

Alfred C. Decotiis, Esq.
   Decotiis, Fitzpatrick, Cole & Wisler LLP
      Glenpointe Centre West
         500 Frank W. Burr Boulevard
           Teaneck, NY 07666

William R. Stein, Esq.
Eric S. Parnes, Esq.
   Hughes Hubbard & Reed LLP
      1775 I Street, N.W.
         Washington, D.C. 20006

Martin L. Perschetz, Esq.
Sung-Hee Suh, Esq.
William H. Gussman, Jr., Esq.
   Schulte Roth & Zabel LLP
      919 Third Avenue
         New York, NY 10022

VIA EMAIL PDF