

**Carl M. Greenfeld**
Counsel
Tel 973 422 6522
Fax 973 422 6523
cgreenfeld@lowenstein.com

October 15, 2010

VIA ECF

The Honorable Stanley R. Chesler, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. P.O. & Courthouse, Room 417
Federal Square, P.O. Box 999
Newark, New Jersey 07101

Re: In re: Merck & Co., Inc. Securities and Derivative & "ERISA" Litigation
MDL No. 1658 (SRC); Case Nos. 2:05-cv-01151 (SRC) (MAS) & 2:05-cv-02367 (SRC) (MAS)
This Document Relates to: The Consolidated Securities Action
Document Electronically Filed

Dear Judge Chesler:

This firm, together with Schulte Roth & Zabel LLP, represents defendant Dr. Edward M. Scolnick in the above referenced action. On behalf of Dr. Scolnick, we hereby adopt in full and join in the letter dated October 14, 2010 filed on behalf of all Defendants (other than Dr. Scolnick) in response to Plaintiffs' letter dated October 5, 2010.

We thank the Court for its consideration.

Respectfully submitted,

Carl M. Greenfeld

18330/2
10/15/10 15451573.1

cc: All Counsel of Record via ECF