UNTIED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 3:05-CV-01151-SRC-TJB<br>Case No. 3:05-CV-02367-SRC-TJB |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Deborah R. Gross of Law Offices Bernard M. Gross, P.C., hereby withdraw as counsel for plaintiffs in this consolidated action. Plaintiffs and the class will continue to be represented by Court-appointed lead counsel, Brower Piven; Bernstein Litowitz Berger & Grossmann; Stull, Stull & Brody and Milberg LLP. Please remove Law Offices Bernard M. Gross, P.C., from the docket as counsel of record.

Dated: April 21, 2011

LAW OFFICES BERNARD M. GROSS, P.C.
By:

**DEBORAH R. GROSS**
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA  19107
Telephone: 215-561-3600
Fax:  215-561-3000

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I Deborah R. Gross hereby certify that on April 21, 2011, a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ Deborah R. Gross
**DEBORAH R. GROSS**

Deborah R. Gross (DG-639)
**LAW OFFICES BERNARD M. GROSS, P.C.**
Suite 450, John Wanamaker Building
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215-561-3600
Facsimile:  215-561-3000