MARTIN L. PERSCHETZ
Martin.Perschetz@srz.com
RONALD E. RICHMAN
Ronald.Richman@srz.com
SUNG-HEE SUH
Sung-Hee.Suh@srz.com
WILLIAM H. GUSSMAN, JR.
Bill.Gussman@srz.com
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000; Fax: (212) 593-5955

LAWRENCE M. ROLNICK
lrolnick@lowenstein.com
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: 973-597-2500; Fax: 973-597-2400

*Attorneys for Defendant Dr. Edward M. Scolnick*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |

**SUBSTITUTION OF COUNSEL**

Notice is hereby given that Sarah Blaine, Esq. of Lowenstein Sandler PC substitutes as counsel of record for Defendant Edward M. Scolnick in place of Carl M. Greenfeld, Esq., former counsel to Lowenstein Sandler PC.  Contact information for Sarah Blaine, Esq. is:

>Sarah Blaine, Esq.
>Lowenstein Sandler PC
>65 Livingston Avenue
>Roseland, New Jersey 07068

        Tel.   973.422.6728
        Fax   973.422.6729
        sblaine@lowenstein.com

All other counsel for Defendant Scolnick remain the same.

        Respectfully submitted,

        s/ Sarah Blaine
        Sarah Blaine, Esq.

Dated: June 30, 2011