UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**NEWARK**  July 12, 2011
**Judge Chesler**

**COURT REPORTER: KASHMER**  Docket **05-2367**

**TITLE OF CASE**
**MERCK & CO. INC., SECURITIES LITIGATION IN RE MDL 1658**

**APPEARANCE:**

James Cecchi, Esq., pltf., Al DeCotiis, Esq., pltf, David Brower, Esq., pltf., Sal Graziano, Esq., pltf.

Evan R. Chesler, Esq., Merck and remaining defendants.

Martin L. Perschetz, Esq., deft., Ed M. Scholnick only

**NATURE OF PROCEEDINGS:**

**Hearing on** 254 MOTION to Dismiss *The Corrected Consolidated Fifth Amended Class Action Complaint*, 252 MOTION to Dismiss *the Corrected Consolidated Fifth Amended Class Action Complaint*.

DECISION RESERVED. (2.30 hours)

Status Conference. (15 min)

**10:00 a.m. to 12:45 p.m. 2.45**

**s/Theresa C. Trivino, Senior Coutroom Deputy/Court Specialist**