# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT* |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | RAYMOND E. STAUFFER* |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | **www.carellabyrne.com** | _____ | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | ERIC MAGNELLI |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | VINCENZO M. MOGAVERO |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AUDRA E. PETROLLE |
| | G. GLENNON TROUBLEFIELD | | | *MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

July 12, 2011

**BY ECF**

The Honorable Stanley R. Chesler
United States District Judge
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *In re Merck & Co., Inc. Securities, Derivative and "ERISA" Litigation*,
MDL No. 1658 – This Document Relates To: The Consolidated Securities Action,
Nos. 05-1151(SRC)(MF); 05-2367(SRC)(MF)

Dear Judge Chesler:

In response to Your Honor's request to Plaintiffs during oral argument today for a citation to a case with facts analogous to those involved here regarding loss causation for the November 2004 *Wall Street Journal* article, Mr. Brower cited to the Fifth Circuit's *Alaska Electrical Pension Fund* case.  There are actually two *Alaska Electrical* circuit decisions cited in our opposition brief on the pending motion, and it is, in fact, the Third Circuit (rather than the Fifth Circuit) decision, *Alaska Electrical Pension Fund v. Pharmacia Corp*, 554 F.3d 342, 345-46, 351 (3d Cir. 2009), that best responds to Your Honor's request for authority on the issue.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ James E. Cecchi

JAMES E. CECCHI

cc:     All Counsel (via ECF)