# CRAVATH, SWAINE & MOORE LLP

ALLEN FINKELSON
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER

MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1243

THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

PAUL C. SAUNDERS

July 13, 2011

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation* (MDL 1658)
Nos. 05-CV-01151-SRC-MAS & 05-CV-02367-SRC-MAS
The Consolidated Securities Action

Dear Judge Chesler:

We respectfully submit this letter on behalf of all Defendants[1] in response to Plaintiffs' letter to the Court, dated July 12, 2011. In their letter, Plaintiffs identify *Alaska Electrical Pension Fund v. Pharmacia Corp.*, 554 F.3d 342 (3d Cir. 2009), as the "case with facts analogous to those involved here regarding loss causation" that Mr. Brower intended to reference at oral argument. Although *Pharmacia* presented a "similar set of factual circumstances" to those here, 554 F.3d at 347, the Third Circuit did *not* address loss causation because it was not an issue in that case. Instead, *Pharmacia* involved a statute of limitations appeal nearly identical to the one in this case, which the Third Circuit had decided five months earlier. *Id.*; *see also In re Merck & Co., Inc. Sec., Derivative, & ERISA Litig.*, 543 F.3d 150 (3d Cir. 2008).

Respectfully submitted,

Evan R. Chesler

Honorable Stanley R. Chesler, U.S.D.J.
   United States District Court for the District of New Jersey
      Martin Luther King, Jr. Federal Building & U.S. Courthouse
         50 Walnut Street
            Newark, NJ 07101

VIA ECF

---

[1] Defendant Dr. Edward M. Scolnick, who is separately represented, joins in this letter.

Copies to:

David A.P. Brower, Esq.
    Brower Piven
        488 Madison Avenue, 8th Floor
        New York, NY 10022

Salvatore J. Graziano, Esq.
    Bernstein Litowitz Berger & Grossmann LLP
        1285 Avenue of the Americas
        New York, NY 10019

Mark Levine, Esq.
    Stull, Stull & Brody
        6 East 45th Street, 5th Floor
        New York, NY 10017

Richard H. Weiss, Esq.
    Milberg LLP
        One Pennsylvania Plaza
        New York, NY 10119

Paul B. Brickfield, Esq.
    Brickfield & Donahue
        70 Grand Avenue
        River Edge, NJ 07661

James E. Cecchi, Esq.
    Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
        5 Becker Farm Road
        Roseland, NJ 07068

Alfred C. Decotiis, Esq.
    Decotiis, Fitzpatrick, Cole & Wisler LLP
        Glenpointe Centre West
        500 Frank W. Burr Boulevard
        Teaneck, NY 07666

William R. Stein, Esq.
Eric S. Parnes, Esq.
    Hughes Hubbard & Reed LLP
        1775 I Street, N.W.
        Washington, D.C.  20006

Martin L. Perschetz, Esq.
Sung-Hee Suh, Esq.
William H. Gussman, Jr., Esq.
   Schulte Roth & Zabel LLP
     919 Third Avenue
        New York, NY 10022

VIA ECF