## CERTIFICATE OF SERVICE

The undersigned certifies, under the penalties of perjury, that on October 7, 2011, a copy of the foregoing

**DEFENDANTS' ANSWER TO THE CORRECTED CONSOLIDATED FIFTH AMENDED CLASS ACTION COMPLAINT**

was filed electronically. Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Dated, this 7th day of October, 2011, at New York, NY.

_____
Robert B. Zwillich

<<NYLit~2328995.2:4080:11/16/05-10:28a>>