MARTIN L. PERSCHETZ
Martin.Perschetz@srz.com
RONALD E. RICHMAN
Ronald.Richman@srz.com
SUNG-HEE SUH
Sung-Hee.Suh@srz.com
WILLIAM H. GUSSMAN, JR.
Bill.Gussman@srz.com
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000; Fax: (212) 593-5955

LAWRENCE M. ROLNICK
lrolnick@lowenstein.com
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: 973-597-2500; Fax: 973-597-2400

*Attorneys for Defendant Dr. Edward M. Scolnick*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02369-SRC-MAS<br><br>**CERTIFICATE OF SERVICE** |

SHEILA SADIGHI, ESQ., of full age, on her oath, hereby certifies and says:

1. On October 7, 2011, I caused (i) Dr. Edward M. Scolnick's Answer to the Corrected Consolidated Fifth Amended Class Action Complaint; and (ii) this Certificate of Service to be served via the Court's ECF system on all counsel of record in the above-captioned matter.

2. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 7, 2011               By: s/  Sheila Sadighi

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
ssadighi@lowenstein.com