Case 2:05-cv-02367-SRC -MAS  Document 294  Filed 07/06/10  Page 1 of 2 PageID: 15359
Case 2:05-cv-01151-SRC -MAS  Document 261  Filed 07/06/10  Page 1 of 2 PageID: 4387
Case 2:05-cv-01151-SRC-MAS  Document 260-3  Filed 07/01/10  Page 1 of 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Civil Action No. 05-1151(SRC)<br>Civil Action No. 05-2367(SRC)<br>**ORDER ADMITTING COUNSEL**<br>***PRO HAC VICE*** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Co-Liaison Counsel for Lead Plaintiffs and Bernstein Litowitz Berger & Grossman LLP, Co-Lead Counsel for Lead Plaintiffs, and counsel for Defendants consenting hereto, and good cause appearing,

IT IS THIS  6th  day of July, 2010,

ORDERED that Salvatore J. Graziano of Bernstein Litowitz Berger & Grossman LLP is hereby admitted *pro hac vice* on behalf of Lead Plaintiffs in the above matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Liaison Counsel for Plaintiffs and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted here *pro hac vice*; and it is further

ORDERED that Salvatore J. Graziano shall each make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and shall

Case 2:05-cv-02367-SRC -MAS   Document 294   Filed 07/06/10   Page 2 of 2 PageID: 15360
Case 2:05-cv-01151-SRC -MAS   Document 261   Filed 07/06/10   Page 2 of 2 PageID: 4388
Case 2:05-cv-01151-SRC-MAS   Document 260-3   Filed 07/01/10   Page 2 of 2

each make such payment for each year in which he continues to appear *pro hac vice* in this matter; and it is further

ORDERED that Salvatore J. Graziano shall pay a fee to the Clerk in the amount of $150.

*MAShipp*

MICHAEL A. SHIPP, U.S.M.J.

2