| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700 | Paul Brickfield<br>BRICKFIELD & DONAHUE<br>70 Grand Avenue<br>River Edge, NJ 07661<br>(201) 258-3984 |
| Alfred C. DeCotiis<br>DECOTIIS, FITZPATRICK, COLE &<br>WISLER LLP<br>Glenpointe Centre West<br>500 Frank W. Burr Boulevard<br>Teaneck, NJ 07666<br>(201) 928-1100 | |

*Co-Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Salvatore J. Graziano<br>William C. Fredericks<br>Bruce D. Bernstein<br>Adam H. Wierzbowski<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400 | David A.P. Brower<br>BROWER PIVEN<br>   A PROFESSIONAL CORPORATION<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>(212) 501-9000 |
| Richard H. Weiss<br>Michael Miarmi<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY  10119-0165<br>(212) 594-5300 | Jules Brody<br>Mark Levine<br>STULL, STULL & BRODY<br>6 East 45th Street, 5th Floor<br>New York, NY 10017<br>(212) 687-7230 |

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES,<br>DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-1151(SRC)(MF)<br>Civil Action No. 05-2367(SRC)(MF) |
| THIS DOCUMENT RELATES TO: THE<br>CONSOLIDATED SECURITIES ACTION | **NOTICE TO WITHDRAW** *Pro Hac Vice*<br>**COUNSEL FROM ECF** |

TO:     The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT *pro hac vice* counsel John P. Coffey, J. Erik Sandstedt, and Boaz Weinstein, formerly of Bernstein Litowitz Berger & Grossmann LLP, hereby withdraw as counsel for lead plaintiffs.

Bernstein Litowitz Berger & Grossmann LLP continues to serve as co-lead counsel for plaintiffs through their attorneys Salvatore J. Graziano, William C. Fredericks, Bruce D. Bernstein, and Adam H. Wierzbowski, who request that all future correspondence and papers in this action continue to be directed to them.

                                        CARELLA, BYRNE, CECCHI,
                                        OLSTEIN, BRODY & AGNELLO
                                        *Co-Liaison Counsel for Plaintiffs*


                                        By:   /s/ Lindsey H. Taylor
                                              LINDSEY H. TAYLOR

Dated: October 21, 2011

Salvatore J. Graziano
William C. Fredericks
Bruce D. Bernstein
Adam H. Wierzbowski
BERNSTEIN  LITOWITZ BERGER &
  GROSSMANN LLP
1285 Avenue of the Americas
New York, N.Y. 10019
(212) 554-1400

*Co-Lead Counsel for Plaintiffs*