**DeCOTIIS, FITZPATRICK & COLE, LLP**
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, NJ 07666
Tel: (201) 928-1100
Fax: (201) 928-0588

*New Jersey Co-Liaison Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL 1658 (SRC)<br><br>Civil Action No. 05-1151(SRC)<br>Civil Action No. 05-2367(SRC) |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED SECURITIES ACTION | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby enter their appearance as New Jersey Co-Liaison Counsel on behalf of Plaintiffs.

DECOTIIS, FITZPATRICK & COLE, LLP

By: _____/s/ Alfred C. DeCotiis_____
Alfred C. DeCotiis

DECOTIIS, FITZPATRICK & COLE, LLP

By: _____/s/ Jeffrey D. Smith_____
Jeffrey D. Smith

Dated: October 25, 2011