# APPEARANCE SHEET

DATE:

CASE NAME: Merck v. Vioxx

CIVIL/CRIMINAL NUMBER:

Name: James Cecchi (Please Print)

Address: Carella, Byrne 5 Becker Farm Roseland NJ

Telephone Number: 973 422 5591

You represent: Plaintiffs

---

Name: SALVATORE S. GRACIANO (Please Print)

Address: BERNSTEIN LITOWITZ BERGER ROSSMANN LLP 1285 Avenue of the Americas, 38TH FL, NY, NY 10019

Telephone Number: 212 554-1538

You represent: Plaintiffs

---

Name: Matthew A. Kupillas (Please Print)

Address: Milberg LLP, One Pennsylvania Plaza, New York NY 10119

Telephone Number: 212.613.5697

You represent: Plaintiffs

# APPEARANCE SHEET

DATE: 10/27/11

CASE NAME: In Re: Merck, Vioxx Securities Litig.

CIVIL/CRIMINAL NUMBER:

Name: AJ Deotis/Jeff Smith (Please Print)
Deotis Fitzpatrick & Cole
Address: 500 Frank W. Burr Blvd.
Teaneck, NJ 07666

Telephone Number: 201-907-5228

You represent: Plaintiffs/Miss. Employers

---

Name: DAVID A.P. BROWER (Please Print)
Address: Brower Piven
488 Madison Ave - NYC, NY 10022

Telephone Number: (212) 501-9000

You represent: Lead Plaintiffs

---

Name: Paul Brickfield (Please Print)
Address: 70 Grand Ave
River Edge NJ 07661

Telephone Number: 201-488-7707

You represent: Plaintiffs

# APPEARANCE SHEET

DATE: 10/27/11

CASE NAME: In re Merck + Co, Inc. Securities Litigation

CIVIL/CRIMINAL NUMBER: 05-2367

Name: Kevin DeMasi (Please Print)

Address: Cravath, Swaine & Moore LLP
825 Eighth Ave, NY, NY 10019

+ Jessica Fitzpatrick

Telephone Number: 212-474-1059

You represent: Defendants (other than Dr. Scolnick)

---

Name: Robert Baron (Please Print)

Address: Cravath, Swaine & Moore
825 Eighth Avenue, NY, NY 10019

Telephone Number: 212-474-1422

You represent: Defendants (other than Dr. Scolnick)

---

Name: William Gussman + Pamela Serimana (Please Print)

Address: Schulte Roth + Zabel LLP
919 Third Ave.
NY, NY 10022

Telephone Number: 212-756-2044

You represent: Defendant Dr. Edward M. Scolnick

