UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | : : : : | MDL No. 1658 (SRC) |
| | : : | Civil Action No. 05-1151 (SRC) Civil Action No. 05-2367 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | : : : : : | ORDER |

**CHESLER**, District Judge

This Court having filed an Opinion on August 8, 2011 [docket entry 287], expressing the reasons for its rulings on Defendants' motions to dismiss the Corrected Consolidated Fifth Amended Class Action Complaint; and it coming to the Court's attention that the Opinion of August 8, 2011 contains a small but significant typographical error in its identification of the relevant Class Period as beginning on "May 21, 2009" instead of "May 21, 1999;" and the Court wishing to amend the Opinion of August 8, 2011 for the sole purpose of correcting that mistake; therefore,

**IT IS** on this 28th day of October, 2011,

**ORDERED** that this Court's August 8, 2011 Opinion [docket entry 287] be and hereby is **AMENDED** so that the date "May 21, 2009," appearing in the first sentence of the second paragraph of the Opinion, in which the "Class Period" is defined, is replaced with the date "May 21, 1999."

                                                               s/ Stanley R. Chesler
                                                         STANLEY R. CHESLER
                                                         United States District Judge