James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey  07068
(973) 994-1700

Co-Liaison Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO:  THE CONSOLIDATED SECURITIES ACTION | Civil Action No. 05-2367(SRC) <br><br> **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

                                                     CARELLA, BYRNE, CECCHI,
                                                     OLSTEIN, BRODY & AGNELLO
                                                     Co-Liaison Counsel for Plaintiffs

                                                     By:   /s/ Lindsey H. Taylor
                                                          LINDSEY H. TAYLOR

Dated: November 2, 2011

<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:      Salvatore J. Graziano

Address:   BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
           1285 Avenue of the Americas
           New York, NY 10019

e-Mail:    sgraziano@blbglaw.com

Name:      Adam H. Wierzbowski

Address:   BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
           1285 Avenue of the Americas
           New York, NY 10019

e-Mail:    adam@blbglaw.com

Name:      William C. Fredericks

Address:   BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
           1285 Avenue of the Americas
           New York, NY 10019

e-Mail:    bill@blbglaw.com