# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| ALLEN FINKELSON | SUSAN WEBSTER | THOMAS E. DUNN | CRAIG F. ARCELLA |
| STUART W. GOLD | DAVID MERCADO | MARK I. GREENE | TEENA-ANN V. SANKOORIKAL |
| JOHN W. WHITE | ROWAN D. WILSON | SARKIS JEBEJIAN | ANDREW R. THOMPSON |
| EVAN R. CHESLER | CHRISTINE A. VARNEY | DAVID R. MARRIOTT | DAMIEN R. ZOUBEK |
| MICHAEL L. SCHLER | PETER T. BARBUR | MICHAEL A. PASKIN | LAUREN ANGELILLI |
| RICHARD LEVIN | SANDRA C. GOLDSTEIN | ANDREW J. PITTS | TATIANA LAPUSHCHIK |
| KRIS F. HEINZELMAN | THOMAS G. RAFFERTY | MICHAEL T. REYNOLDS | ERIC L. SCHIELE |
| B. ROBBINS KIESSLING | MICHAEL S. GOLDMAN | ANTONY L. RYAN | ALYSSA K. CAPLES |
| ROGER D. TURNER | RICHARD HALL | GEORGE E. ZOBITZ | JENNIFER S. CONWAY |
| PHILIP A. GELSTON | JULIE A. NORTH | GEORGE A. STEPHANAKIS | MINH VAN NGO |
| RORY O. MILLSON | ANDREW W. NEEDHAM | DARIN P. MCATEE | KEVIN J. ORSINI |
| RICHARD W. CLARY | STEPHEN L. BURNS | GARY A. BORNSTEIN | MATTHEW MORREALE |
| WILLIAM P. ROGERS, JR. | KEITH R. HUMMEL | TIMOTHY G. CAMERON | |
| JAMES D. COOPER | DANIEL SLIFKIN | KARIN A. DEMASI | |
| STEPHEN L. GORDON | JEFFREY A. SMITH | LIZABETHANN R. EISEN | SPECIAL COUNSEL |
| DANIEL L. MOSLEY | ROBERT I. TOWNSEND, III | DAVID S. FINKELSTEIN | |
| PETER S. WILSON | WILLIAM J. WHELAN, III | DAVID GREENWALD | SAMUEL C. BUTLER |
| JAMES C. VARDELL, III | SCOTT A. BARSHAY | RACHEL G. SKAISTIS | GEORGE J. GILLESPIE, III |
| ROBERT H. BARON | PHILIP J. BOECKMAN | PAUL H. ZUMBRO | |
| KEVIN J. GREHAN | ROGER G. BROOKS | JOEL F. HEROLD | |
| STEPHEN S. MADSEN | WILLIAM V. FOGG | ERIC W. HILFERS | OF COUNSEL |
| C. ALLEN PARKER | FAIZA J. SAEED | GEORGE F. SCHOEN | |
| MARC S. ROSENBERG | RICHARD J. STARK | ERIK R. TAVZEL | PAUL C. SAUNDERS |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

————

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

————

WRITER'S DIRECT DIAL NUMBER

(212) 474-1059

November 8, 2011

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation*, No. 05-cv-2367
The Consolidated Securities Action

Dear Magistrate Judge Shipp:

　　　　We represent Defendants (other than Dr. Scolnick) in the above-referenced action.  On behalf of all parties, we write with respect to the telephonic status conference scheduled for November 29, 2011 at 10:30 a.m.  The scheduled time of this conference overlaps with the final approval hearing before Judge Chesler regarding the proposed settlement in the Consolidated ERISA action.  Because counsel for all parties will be attending that conference, we respectfully request that Your Honor reschedule the status conference to a later time on November 29.  If it would be convenient for Your Honor, the parties would be happy to attend a conference in person in the early afternoon.

　　　　Thank you for your consideration.

Respectfully submitted,

Karin A. DeMasi

Honorable Michael A. Shipp, U.S.M.J.
　　United States District Court
　　　　District of New Jersey
　　　　　　Martin Luther King, Jr. Federal Building
　　　　　　& U.S. Courthouse
　　　　　　　　50 Walnut Street
　　　　　　　　　　Newark, NJ 07101

VIA ELECTRONIC FILING

Copies to:

William H. Gussman, Jr., Esq.
    Schulte Roth & Zabel LLP
        919 Third Avenue
            New York, NY 10022

Eric S. Parnes, Esq.
    Hughes Hubbard & Reed LLP
        1775 I Street, NW
            Washington, DC 20006

David A.P. Brower, Esq.
    Brower Piven
        488 Madison Avenue, 8th Floor
            New York, NY 10022

Salvatore J. Graziano, Esq.
    Bernstein Litowitz Berger & Grossmann LLP
        1285 Avenue of the Americas
            New York, NY 10019

Mark Levine, Esq.
    Stull, Stull & Brody
        6 East 45th Street, 5th Floor
            New York, NY 10017

Matthew A. Kupillas, Esq.
    Milberg LLP
        One Pennsylvania Plaza
            New York, NY 10119

Paul B. Brickfield, Esq.
    Brickfield & Donahue
        70 Grand Avenue
            River Edge, NJ 07661

James E. Cecchi, Esq.
    Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
        5 Becker Farm Road
            Roseland, NJ 07068

Alfred C. Decotiis, Esq.
    Decotiis, Fitzpatrick, Cole & Wisler LLP
        Glenpointe Centre West
            500 Frank W. Burr Boulevard
                Teaneck, NY 07666

VIA EMAIL PDF