## CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | °MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

November 22, 2011

*Via ECF*
Honorable Michael A. Shipp, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal
 Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: *In re Merck & Co. Securities Litigation*
**MDL 1658**
**Civil Action No. 07-2367 (SRC/MAS)**

Dear Judge Shipp:

I write as a follow up to my telephone call with Your Honor's chambers yesterday regarding the above referenced matter.

Yesterday, the Court entered a Text Order (Docket Entry 302) rescheduling the telephone status conference from November 29, 2011 to December 9, 2011. The parties have conferred and with this letter, all parties hereby request that the December 9, 2011 telephonic status conference be adjourned to December 12, 2011 (with the joint status letter being submitted on December 9, 2011).

If the foregoing request is acceptable to Your Honor, it is respectfully requested that Your Honor "So Order" this letter.

Honorable Michael A. Shipp, U.S.M.J.
November 22, 2011
Page 2

Thank you for your continued attention to this matter.

Respectfully yours,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO

MELISSA E. FLAX

MEF
cc:    All Counsel of Record (via ECF)


**SO ORDERED THIS ___ DAY OF NOVEMBER, 2011**

_____
HON. MICHAEL A. SHIPP, U.S.M.J.