UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)  Civil Action No: 2:05-cv-02367-SRC |

**REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATION**

REQUEST IS HEREBY made by Anthony J. LaPorta, Esq., counsel for Houston Casualty Co., in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that the within Civil Complaint has been dismissed as to my client.

RIVKIN RADLER LLP

Attorneys for Defendant
Houston Casualty Co.

Dated: March 19, 2012        By:   /s/ Anthony J. LaPorta
Anthony J. LaPorta, Esq.
21 Main Street, Suite 158
Court Plaza South – West Wing
Hackensack, New Jersey 07601
T. 201-287-2460
F. 201-489-0495
Anthony.laporta@rivkin.com