UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

New Jersey Co-Liaison Counsel for Plaintiffs

| | |
|---|---|
| IN RE MERCK & CO. SECURITIES, DERIVATIVES AND "ERISA" LITIGATION | MDL 1658 (SRC)<br>Case No. 2:05-cv-01151 (SRC)(MAS)<br>Case No. 2:05-cv-02367 (SRC)(MAS) |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED SECURITIES ACTION | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance as New Jersey Co-Liaison Counsel on behalf of Plaintiffs.

                                                                        CARELLA, BYRNE, CECCHI,
                                                                        OLSTEIN, BRODY & AGNELLO

Dated: March 21, 2012                           By:   */s/ Melissa E. Flax*
                                                                            MELISSA E. FLAX