James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Salvatore J. Graziano | David A.P. Brower |
| William C. Fredericks | Brian Kerr |
| Bruce D. Bernstein | Daniel Wolf |
| Adam H. Wierzbowski | BROWER PIVEN |
| BERNSTEIN LITOWITZ BERGER | A PROFESSIONAL CORPORATION |
| & GROSSMANN LLP | 488 Madison Avenue, 8th Floor |
| 1285 Avenue of the Americas | New York, NY 10022 |
| New York, NY 10019 | (212) 501-9000 |
| (212) 554-1400 | |
| | |
| Richard H. Weiss | Jules Brody |
| Matthew A. Kupillas | Mark Levine |
| Roland W. Riggs | Patrick Slyne |
| David Pepper | STULL, STULL & BRODY |
| MILBERG LLP | 6 East 45th Street, 5th Floor |
| One Pennsylvania Plaza | New York, NY 10017 |
| New York, NY 10119 | (212) 687-7230 |
| (212) 594-5300 | |

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-1151 (SRC) (MAS)<br>Civil Action No. 05-2367 (SRC) (MAS) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | **NOTICE OF MOTION** |

TO:   All Persons on ECF service list

PLEASE TAKE NOTICE in accordance with the schedule set forth in the Order dated January 3, 2012, the undersigned counsel for Lead Plaintiffs the Public Employees' Retirement System of Mississippi ("MPERS"), Steven LeVan, Jerome Haber and Richard Reynolds, together with plaintiff Rhoda Kanter (collectively, "Plaintiffs"), shall move before Hon. Stanley R. Chesler at the United States Post Office and Courthouse Building, Newark, New Jersey for class certification pursuant to Fed.R.Civ.P. 23 and for their own appointment as Class representatives, and the appointment of Co-Lead Counsel (Bernstein Litowitz Berger & Grossmann LLP; Brower Piven, A Professional Corporation; Milberg LLP; and Stull, Stull & Brody) as Class Counsel.

The undersigned intends to rely upon the annexed Memorandum of Law in support thereof, the Declaration of James Cecchi in Support of Lead Plaintiffs' Motion for Class Certification and the exhibits thereto, the Declaration of David Tabak, Ph. D. and the exhibits thereto.

The undersigned hereby requests oral argument.

                                        CARELLA, BYRNE, CECCHI,
                                        OLSTEIN, BRODY & AGNELLO
                                        Liaison Counsel For Plaintiffs

                                        By:   /s/ James E. Cecchi
                                                  JAMES E. CECCHI

Dated: April 10, 2012

| | |
|---|---|
| Salvatore J. Graziano<br>William C. Fredericks<br>Bruce D. Bernstein<br>Adam H. Wierzbowski<br>**BERNSTEIN LITOWITZ BERGER**<br>  **& GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400 | David A.P. Brower<br>Brian Kerr<br>Daniel Wolf<br>**BROWER PIVEN**<br>**A Professional Corporation**<br>488 Madison Avenue, 8th Floor<br>New York, New York 10022<br>(212) 501-9000 |
| Richard H. Weiss<br>Matthew A. Kupillas<br>Roland W. Riggs<br>David Pepper<br>**MILBERG LLP**<br>One Pennsylvania Plaza<br>New York, New York 10119<br>(212) 594-5300 | Jules Brody<br>Mark Levine<br>Patrick Slyne<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, New York 10017<br>(212) 687-7230 |

**PLAINTIFFS' CO-LEAD COUNSEL**

| | |
|---|---|
| Alfred C. DeCotiis, Esq.<br>**DECOTTIIS, FITZPATRICK, & COLE LLP**<br>Glenpointe Centre West<br>500 Frank W. Burr Boulevard<br>Teaneck, NJ  07666<br>(201) 928-1100 | Paul Brickfield<br>**BRICKFIELD & DONAHUE**<br>70 Grand Avenue<br>River Edge, NJ  07661<br>(201) 258-3984 |

**CO-LIAISON COUNSEL FOR PLAINTIFFS**