# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | \_\_\_\_\_ | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | |

May 17, 2012

VIA ECF

Clerk
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    *In re Merck & Co*., *Inc*., *Securities*, *Derivative & ERISA Litigation*
           MDL No. 1658
           Civil Action No. 05-1151 (SRC)(MAS)
           <u>Civil Action No. 05-2367 (SRC)(MAS) (The Consolidated Securities Action)</u>

Dear Sir:

    We are Co-Liaison Counsel for the Plaintiffs in the above-referenced matter. Pursuant to Local Civil Rule 7.1(d)(5), Lead Plaintiffs invoke the automatic extension to adjourn the motion for judgment on the pleadings filed by Defendants on May 3, 2012. The motion was originally returnable on June 4, 2012. The motion is now returnable on June 18, 2012, which is the next available motion day.

    Thank you for your attention to this matter.

                              Very truly yours,

                            CARELLA, BYRNE, CECCHI,
                            OLSTEIN, BRODY & AGNELLO, P.C.

                              /s/ Lindsey H. Taylor

                              LINDSEY H. TAYLOR

    cc:    All Counsel (via ECF)