# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO

ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1059

MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI

TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

PAUL C. SAUNDERS

May 29, 2012

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation*, No. 05-cv-2367
The Consolidated Securities Action

Dear Magistrate Judge Shipp:

      We represent Defendants (other than Dr. Scolnick) in the above-referenced action.[1] We write regarding Plaintiffs' May 25, 2012 letter to the Court raising certain discovery disputes regarding Defendants' production. (*See* ECF No. 325.)

      Plaintiffs' letter violates Your Honor's Individual Rules which specifically require that the parties raise any discovery disputes by "e-fil[ing] a *joint* letter which sets forth the nature of the dispute and provides a summary of each party's position regarding the dispute." (*N.J. Fed. Pratice Rules* 701 *(*2012 ed.) (emphasis added).) Although Defendants have always been willing to work with Plaintiffs to file a joint letter with respect to any issues requiring the Court's guidance, Plaintiffs never approached Defendants about such a letter. Instead, without any notice, Plaintiffs unilaterally filed their own 19-page single-spaced letter, a 14-page appendix, and 192 exhibits at 4:23 p.m. on the Friday before Memorial Day weekend. In addition to running afoul of this Court's express rules, Plaintiffs' approach also deprived the parties of the opportunity to present this Court with any additional discovery issues regarding Plaintiffs' production.

      Defendants, therefore, respectfully seek the Court's guidance on how the parties should proceed. If the Court wishes for the parties to file a single joint letter on all outstanding issues in accordance with the Court's Individual Rules, Defendants will work with Plaintiffs to do so. Alternatively, if Your Honor would prefer that Defendants simply

---

[1] Defendant Dr. Edward M. Scolnick, who is separately represented, joins in this letter.

respond to Plaintiffs' letter, Defendants respectfully request that Defendants be granted until June 15, 2012, to submit their response.

Thank you for the Court's consideration.

Respectfully submitted,

*/s/ Karin A. DeMasi*
Karin A. DeMasi

Honorable Michael A. Shipp, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

VIA ELECTRONIC FILING

Copies to:

William H. Gussman, Jr., Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Eric S. Parnes, Esq.
Hughes Hubbard & Reed LLP
1775 I Street, NW
Washington, DC 20006

David A.P. Brower, Esq.
Brower Piven
488 Madison Avenue, 8th Floor
New York, NY 10022

Salvatore J. Graziano, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Mark Levine, Esq.
Stull, Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017

Matthew A. Kupillas, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

James E. Cecchi, Esq.
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068

Alfred C. Decotiis, Esq.
Decotiis, Fitzpatrick, Cole & Wisler LLP
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, NY 07666

VIA EMAIL PDF