**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

**HUGHES HUBBARD & REED LLP**
William R. Stein
Eric S. Parnes
1775 I Street, NW
Washington, DC 20006
(202) 721-4600

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock, and Samuel O. Thier*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |

### DECLARATION OF KARIN A. DeMASI IN SUPPORT OF DEFENDANTS' LETTER IN RESPONSE TO PLAINTIFFS' MAY 25, 2012 LETTER REGARDING DISCOVERY DISPUTES

I, KARIN A. DeMASI, declare, under penalty of perjury, as follows:

I am a member of the firm of Cravath, Swaine & Moore LLP, attorneys for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock, and Samuel O. Thier.  I submit this declaration in support of Defendants' Letter in Response to Plaintiffs' May 25, 2012 Letter Regarding Discovery Disputes.

1. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Karin A. DeMasi to Adam Wierzbowski, dated December 22, 2011.

2. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Karin A. DeMasi to Adam Wierzbowski, dated October 26, 2011, and enclosure thereto describing productions made in *In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation*, No. 05-cv-2367 (D.N.J.).

3. Attached hereto as Exhibit 3 is a true and correct copy of an Order filed on October 7, 2010, in *United States ex. rel. Underwood v. Genentech, Inc.*, No. 2:03-CV-03983 (E.D. Pa.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2012.

_____
Karin A. DeMasi