**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |

**MOTION TO FILE UNDER SEAL DEFENDANTS' LETTER IN RESPONSE TO PLAINTIFFS' MAY 25, 2012 LETTER REGARDING DISCOVERY DISPUTES**

Pursuant to Paragraph 15 of Pretrial Order No. 2 (the "Protective Order") in *In re Merck & Co., Inc., Securities, Derivative & ERISA Litigation*, MDL No. 1658, made applicable to this action pursuant to an order entered on November 15, 2005 (Dkt. No. 131), Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock and Samuel O. Thier (collectively, "Defendants") move for entry of an order granting leave to file under seal Defendants' Letter in Response to Plaintiffs' May 25, 2012 Letter Regarding Discovery Disputes, dated June 11, 2012.

1. Defendants' Letter in Response to Plaintiffs' May 25, 2012 Letter Regarding Discovery Disputes contains an analysis of documents produced by and pertaining to Defendants that are designated as "Confidential" pursuant to the terms of the Protective Order.

2. That information falls under the scope of the Protective Order because it contains the confidential and proprietary information, including "commercially, competitively or otherwise sensitive information," of Defendants pursuant to Paragraph 2 of the Protective Order.

    3.  If Defendants' Motion to File under Seal is granted, Defendants will file a redacted version of Defendants' Letter in Response to Plaintiffs' May 25, 2012 Letter Regarding Discovery Disputes in open Court.

    Accordingly, Defendants respectfully request that this Court grant its motion to file the above-referenced document under seal pursuant to the terms of the Protective Order.

June 11, 2012

              CRAVATH, SWAINE & MOORE LLP,

            by
              /s/ Robert H. Baron
                Evan R. Chesler
                Robert H. Baron
                Karin A. DeMasi

              Worldwide Plaza
               825 Eighth Avenue
                New York, NY 10019
                 (212) 474-1000

            HUGHES HUBBARD & REED LLP
            William R. Stein
            Eric S. Parnes
             1775 I Street, NW
              Washington, DC 20006-2401
               (202) 721-4600

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock and Samuel O. Thier*

Copies to:

David A. P. Brower, Esq.
    Brower Piven
        A Professional Corporation
            488 Madison Avenue, Eighth Floor
                New York, New York 10022

Salvatore J. Graziano, Esq.
    Bernstein Litowitz Berger & Grossmann LLP
        1285 Avenue of the Americas
            New York, NY 10019

Mark Levine, Esq.
    Stull, Stull & Brody
        6 East 45th Street, 5th Floor
            New York, NY 10017

Richard H. Weiss, Esq.
    Milberg LLP
        One Pennsylvania Plaza
            New York, NY 10119

Paul B. Brickfield, Esq.
    Brickfield & Donahue
        70 Grand Avenue
            River Edge, NJ 07661

James E. Cecchi, Esq.
    Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
        5 Becker Farm Road
            Roseland, NJ 07068

Alfred C. Decotiis, Esq.
    Decotiis, Fitzpatrick & Cole LLP
        Glenpointe Centre West
            500 Frank W. Burr Boulevard
                Teaneck, NJ 07666

William H. Gussman, Jr., Esq.
    Schulte Roth & Zabel LLP
        919 Third Avenue
            New York, NY 10022

BY EMAIL PDF