UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |

**CERTIFICATE OF SERVICE**

BRYANT YU hereby certifies the following under the penalties of perjury:

I am over the age of 18 years, not a party to this action and employed by Cravath, Swaine & Moore LLP, located at 825 Eighth Avenue, New York, New York 10019.

On the 11th day of June, 2012, true and correct copies of the

- **DECLARATION OF KARIN A. DEMASI IN SUPPORT OF DEFENDANTS' LETTER IN RESPONSE TO PLAINTIFFS' MAY 25, 2012 LETTER REGARDING DISCOVERY DISPUTES (WITH EXHIBITS 1 TO 3)**

- **MOTION TO FILE UNDER SEAL DEFENDANTS' LETTER IN RESPONSE TO PLAINTIFFS' MAY 25, 2012 LETTER REGARDING DISCOVERY DISPUTES**

were filed electronically. Those attorneys who are registered with the Court's Electronic Filing System (the "System") may access these filings through the System, and will be sent notices of these filings by operation of the System.

Dated this 11th day of June, 2012, at New York, New York.

_____
Bryant Yu