**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In Re Merck & Co, Inc., Securities, Derivative & "ERISA" Litigation. | : : : : : | MDL No. 1658  (SRC)(MAS) |
| This Document Relates To: The Consolidated Securities Action | : : : : : | Civil Action No. 05-2367(SRC)(MAS) **ORDER** |

This matter having been brought before the Court by Wilfred P. Coronato, Esq., attorney forDefendants Merck & Co., Inc., David Anstice, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, Kenneth C. Frazier, Raymond V. Gilmartin, William B. Harrison, Jr., Richard C. Henriques, Jr., William N. Kelley, Peter S. Kim, Judy C. Lewent, Heidi G. Miller, Alise S. Reicin, Thomas E. Shenk, Anne M. Tatlock, Samuel O. Thier, and Per Wold-Olsen (collectively "Defendants") on application for an Order allowing Mainon A. Schwartz, Esq., to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Federal Rule of Civil Procedure 78, and for good cause shown;

IT IS on this 19th day of June, 2012,

ORDERED that Mainon A. Schwartz, Esq., a member of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c);

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Hughes Hubbard & Reed LLP, attorneys of record for Defendant, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby;

ORDERED that Mainon A. Schwartz, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order;

ORDERED that Mainon A. Schwartz, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order;

ORDERED that Mainon A. Schwartz, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rules 103.1, Judicial Ethics and Professional Responsibility, and 104.1, Discipline of Attorneys; and it is further

ORDERED that Mainon A. Schwartz, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
**Michael A. Shipp**
**UNITED STATES MAGISTRATE JUDGE**