UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |

## CERTIFICATE OF SERVICE

BRYANT YU hereby certifies the following under the penalties of perjury:

I am over the age of 18 years, not a party to this action and employed by Cravath, Swaine & Moore LLP, located at 825 Eighth Avenue, New York, New York 10019.

On the 16th day of July, 2012, a true and correct copy of the

- **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**

was filed electronically. Those attorneys who are registered with the Court's Electronic Filing System (the "System") may access this filing through the System, and will be sent a notice of this filing by operation of the System.

Dated this 16th day of July, 2012, at New York, New York.

_____
Bryant Yu