# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |

## ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL

Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock and Samuel O. Thier (collectively, "Defendants") in the above-captioned Consolidated Securities Action, having moved for entry of an order granting leave to file under seal Defendants' June 11, 2012 letter to Judge Shipp.

This Court having considered the papers submitted, and for good cause shown, finds that Defendants' motion to file under seal should be GRANTED.

IT IS HEREBY ORDERED that Defendants' motion be, and hereby is, granted in its entirety.

_July 20th_, 2012

_/s/ M A Shipp_
Michael A. Shipp
United States Magistrate Judge