James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Salvatore J. Graziano<br>William C. Fredericks<br>Bruce D. Bernstein<br>Adam H. Wierzbowski<br>BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400 | David A.P. Brower<br>Brian Kerr<br>Benjamin J. Hinerfeld<br>BROWER PIVEN<br>   A PROFESSIONAL CORPORATION<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>(212) 501-9000 |
| Richard H. Weiss<br>Matthew A. Kupillas<br>Roland W. Riggs<br>David Pepper<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>(212) 594-5300 | Jules Brody<br>Mark Levine<br>Patrick Slyne<br>STULL, STULL & BRODY<br>6 East 45th Street, 5th Floor<br>New York, NY 10017<br>(212) 687-7230 |

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES,<br>DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-2367 (SRC) (CLW) |
| THIS DOCUMENT RELATES TO: THE<br>CONSOLIDATED SECURITIES ACTION | **ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing the Appendix to Plaintiffs' letter dated August 8, 2012, and the Court having

considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this 22nd day of ~~September~~ August, 2012,

ORDERED that the Appendix to Plaintiffs' letter dated August 8, 2012, Docket Entry 360, is hereby sealed.

_____
CATHY L. WALDOR, U.S.M.J.