

**MARC E. WOLIN**
 973-622-8401
mwolin@saiber.com

September 28, 2012

**VIA ECF**
William T. Walsh, Clerk
United States District Court
 For the District of New Jersey
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **In re:  Merck & Co., Inc., Securities Derivative & "ERISA" Litigation
   MDL No. 1658 (SRC) – Case No. 2:05-CV-2367 (SRC)(CLW)
   (This letter relates to the KBC Asset Management NV Action
   Civil Action No. 11-6259 (SRC))**

Dear Mr. Walsh:

      Our office represents KBC Asset Management NV ("KBC") in the above-referenced matter. We write, pursuant to Local Civil Rule 7.1(d)(5), to invoke an automatic extension of the return date of Defendants' Motion to Dismiss KBC's Complaint (See Docket Entry 378).  The new return date for the motion shall be November 5, 2012.  Accordingly, KBC's opposition to Defendants' motion shall now be due on or before October 22, 2012.  Defendants' reply papers, if any, shall now be due on or before October 29, 2012.  This letter is being filed before the date on which KBC's opposition papers would otherwise be due under Local Rule 7.1(d)(2).  No previous extension has been requested or obtained in connection with this motion.

      Thank you for your attention to this matter.

                                        Very truly yours,

                                        /s/     Marc E. Wolin
                                        MARC E. WOLIN

MEW/smb
cc:    Hon. Stanley R. Chesler, U.S.D.J.  (via U.S. Mail)
        Hon. Cathy L. Waldor, U.S.M.J. (via U.S. Mail)
        All counsel of record (via ECF)