# Exhibit C

# In The Matter Of:

## *MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION*

_____

## *DAVID I. TABAK - Vol. 1*
### *July 12, 2012*

_____

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

## Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------x
IN RE MERCK & CO., INC., SECURITIES,
DERIVATIVE & "ERISA" LITIGATION

MDL No. 1658 (SRC)

----------------------------------x

THIS DOCUMENT RELATES TO:  THE
CONSOLIDATED SECURITIES ACTION
Case No. 3:05-CV-01151-SRC-MF
Case No. 3:05-CV-02367-SRC-MF

----------------------------------x

July 12, 2012
9:36 a.m.

Videotaped deposition of DAVID I. TABAK, pursuant to notice, at the offices of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York, before Eric J. Finz, a Shorthand Reporter and Notary Public within and for the State of New York.

## Page 2

A P P E A R A N C E S:
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
Co-Lead Counsel for Plaintiffs
    1285 Avenue of the Americas
    New York, NY 10019

BY:  SALVATORE J. GRAZIANO, ESQ.
     (sgraziano@blbglaw.com)
     WILLIAM C. FREDERICKS, ESQ.
     (wfredericks@blbglaw.com)
        -and-
     ADAM H. WIERZBOWSKI, ESQ.
     (awierzbowski@blbglaw.com)

STULL, STULL & BRODY
Co-Lead Counsel for Plaintiffs
    6 East 45th Street, 5th Floor
    New York, NY 10017
BY:  PATRICK K. SLYNE, ESQ.
     (pkslyne@ssbny.com)
        -and-
     MARK LEVINE, ESQ. (p.m. only)

BROWER PIVEN
Co-Lead Counsel for Plaintiffs
    488 Madison Avenue, 8th Floor
    New York, NY 10022
BY:  BRIAN C. KERR, ESQ.
     (kerr@brownpiven.com)

## Page 3

A P P E A R A N C E S: (Continued)
CRAVATH, SWAINE & MOORE LLP
Attorneys for all Defendants excluding Dr. Edward Scolnick
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY

BY:  CHRISTOPHER BELELIEU, ESQ.
     (cbelelieu@cravath.com)
     KARIN A. DeMASI, ESQ.
     (kdemasi@cravath.com)
        -and-
     MATTHEW BOGGESS, ESQ.
     (mboggess@cravath.com)

SCHULTE ROTH & ZABEL LLP
Attorneys for Defendant Dr. Edward Scolnick
    919 Third Avenue
    New York, NY 10022
BY:  WILLIAM H. GUSSMAN, JR., ESQ.
     (bill.gussman@srz.com)

ALSO PRESENT:

IRIS JIANG, Cornerstone Research

MICHAEL MARCO, Summer Associate

WILLIAM PACE, Videographer
Merrill Legal Solutions

## Page 4

                DAVID I. TABAK

09:36:25    THE VIDEOGRAPHER:  This is the
09:36:32  video operator speaking, William
09:36:40  Pace for Merrill Legal Solutions,
09:36:42  225 Varick Street, New York, New
09:36:44  York.  Today is July 12, 2012, and
09:36:47  the time is 9:36 a.m.
09:36:51      We are at the offices of
09:36:52  Cravath Swaine & Moore LLP, 825
09:36:55  Eighth Avenue, New York, New York,
09:36:56  to take the videotaped deposition
09:36:57  of David Tabak, in the matter of in
09:37:01  re Merck & Company, Incorporated
09:37:04  Securities, Derivative and ERISA
09:37:06  litigation, in the United States
09:37:07  District Court, District of New
09:37:09  Jersey, MDL No. 1658.
09:37:11      Counsel please introduce
09:37:13  yourselves and state whom you
09:37:15  represent.
09:37:15      MR. BELELIEU:  Christopher
09:37:17  Belelieu, Cravath Swaine & Moore,
09:37:20  for Merck and several individual
09:37:22  defendants.
09:37:23      MR. BOGGESS:  Matt Boggess,

Page 85

DAVID I. TABAK

```
10:57:03   2   and the work that my staff performs.
10:57:06   3     Q.  What is your hourly rate of
10:57:11   4   compensation related to this matter?
10:57:14   5     A.  It's $690.
10:57:17   6     Q.  Is that standard for you in
10:57:19   7   litigation support services?
10:57:21   8     A.  In 2012, yes.
10:57:23   9     Q.  So your hourly rate changes on
10:57:30  10   an annual basis; is that correct?
10:57:31  11     A.  It can.  I think it actually
10:57:35  12   has changed every year.  But we review
10:57:37  13   the rates annually.
10:57:38  14     Q.  And is that the same hourly
10:57:40  15   rate that you're paid for nonlitigation
10:57:42  16   consulting services?
10:57:43  17     A.  It's the same rate that NERA
10:57:45  18   is paid for my work on nonlitigation
10:57:47  19   consulting services.  The exception of a
10:57:51  20   fixed fee project where we don't bill by
10:57:54  21   the hour.
10:57:55  22     Q.  Have plaintiffs' counsel paid
10:57:56  23   you anything to date?
10:57:57  24     A.  I believe they paid NERA to
10:58:00  25   date.
```

Page 86

DAVID I. TABAK

```
10:58:01   2     Q.  And do you know how much
10:58:02   3   they've paid NERA to date related to this
10:58:05   4   case?
10:58:05   5     A.  I don't recall.
10:58:07   6     Q.  Do you have people assisting
10:58:10   7   you in this case?
10:58:13   8     A.  I do.
10:58:14   9     Q.  And how many people are
10:58:16  10   assisting you?
10:58:17  11     A.  There probably would have been
10:58:24  12   maybe half a dozen at various points in
10:58:27  13   time.
10:58:27  14     Q.  Can you tell me who those
10:58:28  15   people are?
10:58:29  16     A.  Sure.  Shirim Hashim,
10:58:35  17   S-h-i-r-i-m, last name H-a-s-h-i-m.
10:58:38  18   Margarita Capi, last name C-a-p-i.  Eric
10:58:44  19   Lin.  Stefan Boettrich,
10:58:54  20   B-o-e-t-t-r-i-c-h.  Ronald Miller.  Rex
10:59:03  21   Lam, L-a-m.  Shadman Torofder,
10:59:09  22   S-h-a-d-m-a-n, T-o-r-o-f-d-e-r.
10:59:15  23        I believe that's it, putting
10:59:17  24   aside for example library staff or others
10:59:20  25   who may have just been involved in
```

Page 87

DAVID I. TABAK

```
10:59:22   2   pulling certain data.
10:59:23   3     Q.  Do all of the people you've
10:59:27   4   just mentioned work at NERA?
10:59:28   5     A.  They either do or did work at
10:59:32   6   NERA.
10:59:35   7     Q.  And can you tell me what the
10:59:37   8   positions are of the people you
10:59:39   9   mentioned?
10:59:40  10     A.  Sure.  Ronald Miller is a vice
10:59:44  11   president.  Stefan Boettrich is a
10:59:47  12   consultant.  And all of the others are or
10:59:50  13   were members of our research staff.
10:59:54  14     Q.  And what does a consultant do
10:59:56  15   in NERA?
10:59:57  16        MR. GRAZIANO:  Objection.
11:00:00  17        THE WITNESS:  Asked and
11:00:00  18   answered?
11:00:01  19        MR. GRAZIANO:  Yeah.
11:00:01  20     A.  As I said, they tend to work
11:00:03  21   on a project under the direction of more
11:00:05  22   senior people.
11:00:11  23     Q.  So are any of these people in
11:00:15  24   charge of the day-to-day assignments
11:00:17  25   related to this case?
```

Page 88

DAVID I. TABAK

```
11:00:21   2     A.  Ronald Miller and I may have
11:00:25   3   split various of the day-to-day
11:00:27   4   supervision.  I gave broad direction, and
11:00:31   5   then the research staff sometimes
11:00:33   6   reported directly to me, sometimes would
11:00:35   7   check in with him or he would keep track
11:00:37   8   or monitor their day-to-day work.
11:00:39   9     Q.  Do you know how many hours
11:00:40  10   you've worked on this case to date?
11:00:42  11     A.  I do not.
11:00:43  12     Q.  Can you give an estimate?
11:00:45  13     A.  I really don't have a good
11:00:50  14   feel for it.
11:00:51  15     Q.  I mean, have you worked five
11:00:53  16   hours, have you worked a hundred hours?
11:00:55  17     A.  Definitely more than five.
11:00:57  18   Almost certainly more than a hundred.
11:01:00  19     Q.  Do you keep track of the hours
11:01:02  20   that you've worked?
11:01:04  21     A.  We have a time system that
11:01:05  22   does.
11:01:07  23     Q.  So somewhere in NERA that
11:01:10  24   information, you keep that information as
11:01:11  25   to how many hours you've worked on this
```

22 (Pages 85 to 88)

Page 89

             1         DAVID I. TABAK
11:01:14     2    case?
11:01:14     3        A.   Yes.
11:01:14     4        Q.   Have you been retained by
11:01:20     5    counsel, by plaintiffs' counsel for
11:01:24     6    anything other than your declaration
11:01:26     7    related to their motion for class
11:01:28     8    certification?
11:01:28     9             MR. GRAZIANO:  I'm just going
11:01:29    10        to object as beyond the scope of
11:01:31    11        the deposition.  Also, if you could
11:01:34    12        let me know when it's a good time
11:01:36    13        to take a break.
11:01:37    14             MR. BELELIEU:  We'll just
11:01:38    15        finish this line of questioning.
11:01:39    16             MR. GRAZIANO:  You can say yes
11:01:40    17        or no.
11:01:40    18             MR. BELELIEU:  It's a yes or
11:01:41    19        no answer.
11:01:42    20        A.   Yes.  Although it's just one
11:01:44    21    retention.
11:01:47    22        Q.   And is your compensation
11:01:48    23    contingent upon a ruling in favor of
11:01:51    24    plaintiffs on their motion for class
11:01:52    25    certification?

Page 90

             1         DAVID I. TABAK
11:01:53     2        A.   Neither mine nor NERA's
11:01:56     3    compensation is contingent on that.
11:01:59     4        Q.   Well, is NERA being paid for
11:02:02     5    your testimony today?
11:02:02     6        A.   NERA is being paid for my time
11:02:04     7    here today.  Or I assume will be.  We
11:02:10     8    haven't been paid for that yet.
11:02:11     9             MR. BELELIEU:  Let's take a
11:02:12    10        break.
11:02:12    11             THE VIDEOGRAPHER:  Going off
11:02:13    12        the record at 11:02 a.m.
11:02:16    13             (A recess was taken.)
11:25:44    14             THE VIDEOGRAPHER:  Returning
11:25:50    15        to the record at 11:25, and this
11:25:53    16        will mark the beginning of tape
11:25:54    17        No. 2.
11:25:56    18    BY MR. BELELIEU:
11:25:57    19        Q.   You understand you're still
11:25:58    20    under oath; correct?
11:25:59    21        A.   I do.
11:26:00    22        Q.   I want to turn back to your
11:26:03    23    declaration now.  Who wrote your
11:26:09    24    declaration?
11:26:09    25        A.   I wrote all of it other than

Page 91

             1         DAVID I. TABAK
11:26:11     2    material that's quoted.
11:26:12     3        Q.   So the support staff you
11:26:14     4    mentioned earlier that's working on this
11:26:15     5    case with you from NERA, they didn't
11:26:17     6    draft any of this report; is that
11:26:19     7    correct?
11:26:19     8        A.   They worked on the exhibits
11:26:21     9    and they, you know, created initial
11:26:24    10    exhibits, I may have edited for style.
11:26:27    11    But I think they basically did the drafts
11:26:29    12    on that.  Otherwise they reviewed my
11:26:31    13    work, they checked the numbers on there,
11:26:33    14    and they may have suggested some spelling
11:26:36    15    or grammatical issues or maybe clarity
11:26:39    16    issues.  But it's basically mine.
11:26:41    17        Q.   Were there any drafts of this
11:26:42    18    report?
11:26:43    19        A.   Yes.
11:26:43    20        Q.   And did you write all of those
11:26:44    21    drafts?
11:26:45    22        A.   I did.
11:26:45    23        Q.   How many drafts of this report
11:26:47    24    did you go through?
11:26:48    25        A.   Well, electronically it's hard

Page 92

             1         DAVID I. TABAK
11:26:51     2    to say what's a draft.  I open it up,
11:26:54     3    change a word, is it another draft?  I
11:26:56     4    don't know how to answer that really.
11:26:57     5        Q.   Okay.  We can be literal about
11:27:01     6    it.  How many times did you make changes
11:27:02     7    to a draft of this report?
11:27:06     8        A.   Many.  Often I'd open it up
11:27:09     9    and change a word or two when I read a
11:27:11    10    sentence and it wasn't clear.
11:27:13    11        Q.   So can you give me an estimate
11:27:15    12    of how many times you did that?
11:27:16    13        A.   Dozens.  And also writing the
11:27:19    14    first draft, it wasn't in one sitting.
11:27:22    15        Q.   Well, when did you start
11:27:23    16    drafting this report?
11:27:24    17        A.   Probably in January '12 I put
11:27:31    18    together an outline of the report.  So I
11:27:34    19    would have put in things like the scope
11:27:35    20    of the analysis and summary of findings,
11:27:39    21    without the actual findings, obviously,
11:27:41    22    but just a place, for example, I'd say my
11:27:44    23    findings are as follows, and leave a
11:27:47    24    blank.  Qualifications and remuneration
11:27:49    25    would have been there.  Theory of market

23 (Pages 89 to 92)

Page 93

```
                      1       DAVID I. TABAK
11:27:51              2    efficiency, I think I actually wrote that
11:27:55              3    after the first draft.
11:27:58              4        But then like section 5, test
11:27:59              5    for market efficiency, I wrote the
11:28:02              6    general outline.  In fact I think I wrote
11:28:04              7    a lot of this report just leaving blanks
11:28:06              8    for what the actual outcome of analysis
11:28:08              9    was and the interpretation.  But in terms
11:28:10             10    of writing, what I would do, I'd often
11:28:14             11    fill that in at the same time as my
11:28:15             12    people were starting to do the work.
11:28:18             13        Q.   So you assigned certain
11:28:22             14    sections or portions of the work for this
11:28:27             15    report to your staff; is that correct?
11:28:28             16        A.   When you say of the report,
11:28:29             17    not the text of the report, but doing the
11:28:31             18    underlying analyses.
11:28:32             19        Q.   Okay.  And did you provide any
11:28:42             20    drafts of your report as you were going
11:28:44             21    through it to plaintiffs' counsel?
11:28:46             22        MR. GRAZIANO:  Just object.
11:28:47             23    It's a yes or no question.
11:28:48             24        A.   Yes.
11:28:49             25        Q.   And again, how many drafts
```

Page 94

```
                      1       DAVID I. TABAK
11:28:53              2    would you have provided to plaintiffs'
11:28:55              3    counsel?
11:28:57              4        A.   Maybe three.
11:29:01              5        Q.   I believe you testified
11:29:02              6    earlier that you said you spent, tell me
11:29:07              7    if I'm wrong, over a hundred hours on
11:29:09              8    this report.  Is that correct?
11:29:12              9        A.   I believe that figure is
11:29:14             10    correct.
11:29:15             11        Q.   So out of those hundred hours
11:29:17             12    or hundred plus hours, how much time did
11:29:19             13    you spend actually drafting the report?
11:29:23             14        A.   I don't know.  I don't think
11:29:28             15    it necessarily would have been that much.
11:29:32             16    I write reasonably quickly.
11:29:34             17        Q.   So again, can you give me an
11:29:36             18    estimate?
11:29:36             19        A.   I really can't.  I just don't
11:29:38             20    know.
11:29:39             21        Q.   Well, did you conduct any
11:29:41             22    research related to this report?
11:29:43             23        A.   When you say research, all of
11:29:48             24    the analyses there are based on data.
11:29:51             25    It's not as if I knew what the answers
```

Page 95

```
                      1       DAVID I. TABAK
11:29:53              2    would be before my staff and I analyzed
11:29:55              3    the data.
11:29:55              4        Q.   Right.  But I believe you told
11:29:56              5    me that your staff conducted the
11:29:58              6    underlying analyses.  I'm asking you did
11:30:00              7    you conduct any of your own underlying
11:30:02              8    analyses related to this report?
11:30:05              9        A.   Oh, well, I often reviewed
11:30:08             10    what my staff did and sometimes would
11:30:10             11    replicate it myself.  I took a look at
11:30:12             12    the data.  I did some research in the
11:30:15             13    academic literature myself to see if I
11:30:19             14    could find academic sources that either
11:30:23             15    supported or contradicted what I wanted
11:30:25             16    to say.
11:30:25             17        Q.   Do you recall what academic
11:30:27             18    sources you reviewed?
11:30:28             19        A.   Those cited over here, for
11:30:30             20    example.  There is one on the use of
11:30:34             21    All-Star analysts that I actually cite
11:30:38             22    again, I believe, for the proposition
11:30:39             23    that traders in the option markets tend
11:30:42             24    to be more sophisticated than traders in
11:30:44             25    the stock market.
```

Page 96

```
                      1       DAVID I. TABAK
11:30:46              2        Q.   And of the underlying analyses
11:30:48              3    that your staff did, which underlying
11:30:50              4    analyses did you actually review?
11:30:53              5        A.   It depends what you mean by
11:30:55              6    review.  I looked obviously at the output
11:30:57              7    for all of them.  I also tended to go
11:31:00              8    through the files.  If you want I can go
11:31:02              9    through the exhibits and tell you what I
11:31:03             10    looked at.
11:31:04             11        Q.   Sure.
11:31:08             12        A.   Okay.  So Exhibit 3 is an
11:31:12             13    analysis of the average weekly trading
11:31:16             14    volume.  And I definitely looked at that
11:31:19             15    file and actually checked the results.
11:31:24             16    Straightforward enough.
11:31:25             17        Exhibit 4-A, discusses the
11:31:29             18    analysts contributing to I/B/E/S, all
11:31:32             19    caps I-/-B-/-E-/-S, to the I/B/E/S
11:31:39             20    consensus earnings estimates.  And I
11:31:40             21    looked at I believe the raw file from
11:31:43             22    I/B/E/S.  And certainly I looked a lot at
11:31:47             23    column 3 to see how to properly describe
11:31:49             24    the results.
11:31:51             25        Exhibit 4-B talks about the
```

24 (Pages 93 to 96)