# Exhibit A

# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER

DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1513

DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK

LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

PAUL C. SAUNDERS

August 17, 2012

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation*, No. 05-cv-2367
The Consolidated Securities Action

Dear Adam:

    Pursuant to the parties' agreement as memorialized in my May 8, 2012 letter to you, please find enclosed the materials that Dr. Paul A. Gompers considered or relied upon for his August 13, 2012 Report. Defendants make this reciprocal production of materials subject to the limitations, protections and objections set forth in my May 8, 2012 letter. Please note that the production contains excel files (GOMPERS 000001-9) that have been marked as "Confidential" pursuant to the Protective Orders and should be treated accordingly.

    Additionally, in response to your proposal from yesterday that Plaintiffs wish to depose Dr. Gompers on September 7, 2012, that date only works for Dr. Gompers if the deposition takes place in Boston, MA due to his teaching responsibilities at Harvard Business School. Please let us know if that works for you.

Regards,

Christopher D. Belelieu

Adam Wierzbowski, Esq.
 BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
  1285 Avenue of the Americas
   New York, NY 10019

BY FEDEX

Copy w/o encl. to:

David A. P. Brower, Esq.
    BROWER PIVEN
        A Professional Corporation
            488 Madison Avenue, Eighth Floor
            New York, NY 10022

Salvatore J. Graziano, Esq.
    BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
        1285 Avenue of the Americas
        New York, NY 10019

Mark Levine, Esq.
    STULL, STULL & BRODY
        6 East 45th Street, 5th Floor
        New York, NY 10017

Richard H. Weiss, Esq.
    MILBERG LLP
        One Pennsylvania Plaza
        New York, NY 10119

Paul B. Brickfield, Esq.
    BRICKFIELD & DONAHUE
        70 Grand Avenue
        River Edge, NJ 07661

James E. Cecchi, Esq.
    CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
        5 Becker Farm Road
        Roseland, NJ 07068

Alfred C. Decotiis, Esq.
    DECOTIIS, FITZPATRICK & COLE LLP
        Glenpointe Centre West
        500 Frank W. Burr Boulevard
        Teaneck, NJ 07666

William Gussman, Esq.
    SCHULTE ROTH & ZABEL LLP
        919 Third Avenue
        New York, NY 10022

BY ELECTRONIC MAIL