# Exhibit F

# In The Matter Of:

*IN RE MERCK & CO., INC., SECURITIES, et al.*

_____

*PAUL A. GOMPERS, PH.D. - Vol. 1*
*September 11, 2012*

_____

*CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

## 1

CONFIDENTIAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE MERCK & CO., INC., SECURITIES,

DERIVATIVE & "ERISA" LITIGATION

MDL No. 1658 (SRC)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO THE

CONSOLIDATED SECURITIES ACTION

Case No. 3:05-CV-01151-SRC-MF

Case No. 3:05-CV-02367-SRC-MF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF PAUL A. GOMPERS, Ph.D.

Tuesday, September 11, 2012

9:05 a.m.

CHOATE, HALL & STEWART

Two International Place

Boston, Massachusetts

\* \* \*

Judith McGovern Williams, Court Reporter

## 2

CONFIDENTIAL

APPEARANCES:

BERNSTEIN, LITOWITZ, BERGER & GROSSMANN LLP

Salvatore J. Graziano, Esquire

Adam H. Wierzbowski, Esquire

1285 Avenue of the Americas

New York, New York  10019

212-554-1400

sgraziano@blbglaw.com

adam@blbglaw.com

On behalf of Plaintiffs

CRAVATH, SWAINE & MOORE LLP

Christopher D. Belelieu, Esquire

Matthew J. Boggess, Esquire

Worldwide Plaza

825 Eighth Avenue

New York, New York  10019-7475

212-474-1513

cbelelieu@cravath.com

mboggess@cravath.com

On behalf of all Defendants excluding Dr. Edward Scolnick

## 3

CONFIDENTIAL

APPEARANCES (continued):

SCHULTE, ROTH & ZABEL LLP

William H. Gussman, Jr., Esquire

919 Third Avenue

New York, New York  10022

212-756-2044

bill.gussman@srz.com

Also present:

David Tabak, NERA

Gayle Ashton, Videographer

## 4

CONFIDENTIAL

I N D E X

| WITNESS | PAGE |
|---|---|
| PAUL A. GOMPERS, Ph.D. | |
| By Mr. Graziano | 8 |

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Multipage Expert Report of Paul A. Gompers, Ph.D., dated August 13, 2012 | 8 |
| Exhibit 2 | Multipage Expert Report of Paul A. Gompers, Ph.D., In Re: Securities Litigation, dated February 8, 2008 | 75 |
| Exhibit 3 | Multipage article entitled The Behavior of Stock-Market Prices, Bates stamped GOMPERS 000133 through GOMPERS 000211 | 96 |
| Exhibit 4 | Multipage article entitled Efficient Capital Markets: A Review of Theory and Empirical Work, Bates stamped GOMPERS 000212 through GOMPERS 000247 | 109 |
| Exhibit 5 | Multipage abstract entitled | 115 |

CONFIDENTIAL
PAUL A. GOMPERS, PH.D. - 9/11/2012

### Page 9

```
                    CONFIDENTIAL
09:07:54   2    Q.  Do you recognize Gompers number 1 as an
09:07:59   3    expert report that you filed in this case?
09:08:00   4            (Handing Exhibit 1 to the witness.)
09:08:01   5            (Pause.)
09:08:02   6            (The witness viewing Exhibit 1.)
09:08:02   7    A.  Yes.
09:08:06   8    Q.  So if you look, for example, at page 40 of
09:08:09   9    the document, the last page before the exhibits,
09:08:13  10    you recognize that to be your signature at the end
09:08:15  11    of the report?
09:08:16  12    A.  Yes.
09:08:20  13    Q.  Today is approximately a month after this
09:08:25  14    report was completed?  Correct?
09:08:26  15    A.  Yes.
09:08:27  16    Q.  Are you aware of any errors or changes you
09:08:31  17    wish to make to the report at this time?
09:08:33  18    A.  No.
09:08:34  19    Q.  And at this time do you have any
09:08:38  20    additional opinions that you did not put in writing
09:08:40  21    in the report?
09:08:41  22    A.  No.
09:08:46  23    Q.  If you would look at paragraph 5 of this
09:08:48  24    document.
09:08:49  25            (Witness complying.)
```

### Page 10

```
                    CONFIDENTIAL
09:08:53   2    Q.  The last sentence says that: "I reserve
09:08:57   3    the right to amend my opinions if and when new
09:09:01   4    information comes to light."
09:09:03   5            Do you see that?
09:09:04   6    A.  Yes.
09:09:05   7    Q.  And I just want to confirm that at this
09:09:09   8    point in time, September 11th, 2012, you don't see
09:09:13   9    any need to amend any of your opinions in the
09:09:15  10    report based on new information that has come to
09:09:18  11    light?
09:09:18  12    A.  That is correct.
09:09:19  13    Q.  Who wrote this report, Gompers 1?
09:09:25  14    A.  I did.
09:09:27  15    Q.  Did anyone assist you in preparing it?
09:09:30  16    A.  Yes.
09:09:30  17    Q.  And who is that?
09:09:31  18    A.  Cornerstone Research.  Specifically, Iris
09:09:38  19    Jiang and Mehul Kamdar.
09:09:42  20    Q.  And what is Cornerstone?
09:09:51  21    A.  Cornerstone is an economic consulting firm
09:09:55  22    that does a variety of consulting -- economic
09:10:00  23    consulting projects, including supporting experts
09:10:04  24    in expert research and reports and testimony.
09:10:10  25    Q.  Have you worked with them before?
```

### Page 11

```
                    CONFIDENTIAL
09:10:12   2    A.  I have.
09:10:13   3    Q.  And the two individuals that you mentioned
09:10:17   4    who work at Cornerstone, have you worked with those
09:10:19   5    two individuals before?
09:10:20   6    A.  I have.
09:10:21   7    Q.  If you could just give me the names again?
09:10:23   8    I didn't get them.
09:10:23   9    A.  It is Iris Jiang, J-i-a-n-g, and Mehul,
09:10:32  10    M-e-h-u-l, Kamdar, K-a-m-d-a-r.
09:10:43  11    Q.  Were those two people the only individuals
09:10:45  12    at Cornerstone who assisted you in preparing your
09:10:49  13    report?
09:10:49  14    A.  There were two or three analysts and
09:10:53  15    associates on the case.  I don't recall their
09:10:56  16    names.  But Iris is I think -- I don't know if Iris
09:11:00  17    is a vice president or senior principal, and Mehul
09:11:05  18    would be just sort of the next level down under
09:11:07  19    Iris.  So they are sort of the senior people who I
09:11:10  20    interacted most directly with.
09:11:12  21    Q.  So with regard to those two senior people
09:11:15  22    at Cornerstone, perhaps with additional support at
09:11:19  23    Cornerstone, what did they do to provide you with
09:11:21  24    assistance in this project?
09:11:27  25    A.  So under my direction, they performed a
```

### Page 12

```
                    CONFIDENTIAL
09:11:30   2    variety of tasks, pulling research articles when I
09:11:36   3    wanted research articles pulled -- pulled; they
09:11:40   4    went through Dr. Tabak's production, Dr. Tabak's
09:11:47   5    programs; the analysis you see done in the
09:11:51   6    exhibits, the intraday analysis at the end; the
09:11:55   7    tabulation of the subperiods from the analysis that
09:12:02   8    Dr. Tabak did.  Under my direction, they performed
09:12:06   9    the variety of analyses that were sort of done in
09:12:09  10    the report as well as collecting materials that I
09:12:15  11    reviewed.
09:12:19  12    Q.  And to some extent, do you have to rely on
09:12:23  13    the accuracy and -- well, let me start again.
09:12:28  14            To some extent, do you have to rely on
09:12:32  15    the accuracy of their analysis and collection as
09:12:35  16    far as the work you did in this case?
09:12:36  17    A.  Much as I rely on my research staff when I
09:12:39  18    am doing academic research, I certainly rely on
09:12:42  19    them to, you know, run the SAS programs, collect
09:12:47  20    the data and the like.  But it is the exact same
09:12:50  21    process I go through if I am writing a
09:12:53  22    peer-reviewed academic article.  So certainly.
09:12:58  23    Q.  And did any of the people you mentioned or
09:13:00  24    identified at Cornerstone in connection with this
09:13:03  25    report do any of the drafting of Gompers 1?
```

3 (Pages 9 to 12)

CONFIDENTIAL
PAUL A. GOMPERS, PH.D. - 9/11/2012

## Page 13

CONFIDENTIAL

```
09:13:07   2   A.  So I drafted the report.  They -- they
09:13:12   3   provided comments along the way, some of which were
09:13:17   4   consistent with my opinion, and so included in some
09:13:22   5   form; some of which I didn't -- didn't sort of
09:13:27   6   take.  So at the end of the day, I drafted the
09:13:30   7   report but received comments along the way from
09:13:32   8   both Mehul and Iris.
09:13:37   9       Q.  And how long have you personally worked
09:13:39  10   with Cornerstone?
09:13:44  11       A.  Approximately 10 years.
09:13:47  12       Q.  Is there any other organization that
09:13:50  13   support -- that has supported your work in
09:13:54  14   litigation as an expert other than Cornerstone?
09:13:56  15       A.  No.
09:13:57  16       Q.  If you look at paragraph 4 of your report,
09:14:03  17   Gompers 1.
09:14:04  18           (Witness complying.)
09:14:09  19       Q.  In the first sentence, you state that:
09:14:14  20           "I am being compensated for my time
09:14:16  21   and services at my regular hourly rate of $850."
09:14:21  22           Do you see that?
09:14:21  23       A.  Yes.
09:14:21  24       Q.  What makes $850 your regular hourly rate?
09:14:27  25           MR. BELELIEU:  Objection.
```

## Page 14

CONFIDENTIAL

```
09:14:30   2   A.  So when I'm retained in a particular
09:14:34   3   matter, there is a standard rate at that time which
09:14:39   4   I charge.  It is -- for many years it didn't go up,
09:14:45   5   and then slowly over time it has gone up by maybe
09:14:49   6   $25 an hour over the last couple of years.  I think
09:14:52   7   last year in 2011 it may have been $825 an hour.
09:14:56   8   But so at the time in which I was retained in this
09:14:59   9   matter, that was -- that was the rate that I was --
09:15:03  10   was charging.
09:15:03  11           BY MR. GRAZIANO:
09:15:03  12       Q.  Is that still the rate today?
09:15:05  13       A.  It is.
09:15:06  14       Q.  And when you say "that was the rate I was
09:15:09  15   charging," is there any context in which you would
09:15:15  16   charge a different rate?
09:15:16  17       A.  No.  Not at that -- so if I -- if I was
09:15:20  18   working on a matter for which I was retained the
09:15:22  19   prior year, I continued to charge the rate that was
09:15:26  20   applicable when I was retained in the matter.
09:15:28  21           So if I was retained in a matter in
09:15:30  22   early 2011, the rate would be $825.  So if I would
09:15:33  23   work on two matters, one I would charge $825.  This
09:15:37  24   one, because I was retained earlier in 2012, the
09:15:41  25   rate would be $850.  But I wouldn't charge a
```

## Page 15

CONFIDENTIAL

```
09:15:44   2   different rate for any matter for which I was
09:15:48   3   retained at approximately the same time.
09:15:50   4       Q.  As an expert?
09:15:50   5       A.  As an expert.
09:15:54   6       Q.  And is it the case that you work with
09:15:56   7   Cornerstone each and every time you work as an
09:15:59   8   expert?
09:15:59   9       A.  There was one -- excuse me -- one matter
09:16:08  10   that I worked on four or five years ago for which
09:16:11  11   Cornerstone was conflicted, and I worked with -- I
09:16:18  12   was supported by somebody who had previously been
09:16:20  13   at Cornerstone but was no longer at Cornerstone.
09:16:24  14   So they provided support.  But I believe that was
09:16:26  15   the only matter in the last 10 years that I have --
09:16:31  16   only expert matter that I have worked on that
09:16:33  17   wasn't supported by Cornerstone.
09:16:35  18       Q.  And in that other matter, did you charge
09:16:38  19   whatever your standard hourly rate was at the time?
09:16:41  20       A.  Yes.
09:16:41  21       Q.  The next sentence in paragraph 4 refers to
09:16:56  22   additional periodic compensation.  It says:
09:16:59  23           "I also receive periodic compensation
09:17:01  24   from Cornerstone Research...."
09:17:04  25           Do you see that?
```

## Page 16

CONFIDENTIAL

```
09:17:04   2   A.  Yes.
09:17:05   3       Q.  How often do you receive the additional
09:17:09   4   periodic compensation you are referring to in
09:17:11   5   paragraph 4 of Gompers 1?
09:17:13   6       A.  So for the last four -- four or five years
09:17:18   7   it has been an annual check, an annual
09:17:21   8   compensation.  So once a year.
09:17:22   9       Q.  And approximately what is the size of the
09:17:28  10   annual check?
09:17:32  11       A.  Somewhere between -- it has been anywhere
09:17:35  12   from say 100 to 250 thousand dollars.
09:17:42  13       Q.  And if we go back to this matter, how much
09:17:47  14   of your total billing has been in this matter at
09:17:50  15   the rate of $850 an hour?
09:17:52  16       A.  So it has been a very busy summer.  I
09:17:57  17   started a new course.  I have not yet submitted my
09:18:01  18   bills, but I have -- for the report, I spent
09:18:05  19   probably about 80 hours, give or take a couple, for
09:18:08  20   the report and have probably spent in preparation
09:18:11  21   for the deposition 25 hours.
09:18:15  22       Q.  So if we say roughly --
09:18:19  23       A.  100.
09:18:20  24       Q.  -- 100 hours just to do the math, at $850
09:18:23  25   an hour that would come out to approximately
```