# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER

DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN

DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK

LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1422

October 17, 2012

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation*
The Consolidated Securities Action, No. 05-CV-02367

Dear Magistrate Judge Waldor:

      We represent Defendants (other than Dr. Scolnick) in the above-captioned action. We write with respect to Plaintiffs' letter to the Court dated October 17, 2012 (the "October 17 Letter"), which seeks an extension of the time to respond to the issues raised in Defendants' October 16, 2012 letter to the Court (the "October 16 Letter") regarding Plaintiffs' October 1, 2012 Subpoena *Duces Tecum* (the "Subpoena") to Cornerstone Research ("Cornerstone"). Defendants do not oppose Plaintiffs' requested extension of the time to respond to the October 16 Letter.

      This is primarily a discovery dispute between Plaintiffs and Cornerstone. Defendants filed the October 16 Letter solely for the purpose of asserting and preserving Merck's privilege and other legally protected interests in materials sought by certain Requests in the Subpoena. Defendants have not been party to any discussions between Plaintiffs and Cornerstone regarding the Subpoena, and Defendants only learned of the scheduled meet-and-confer between Plaintiffs and Cornerstone by way of Plaintiffs' October 17 Letter. Defendants would nonetheless be willing to participate in that meet-and-confer, if invited, or to meet and confer with Plaintiffs separately concerning the issues raised in the October 16 Letter.

Respectfully submitted,

Robert H. Baron

Case 2:05-cv-02367-SRC-CLW Document 410 Filed 10/17/12 Page 2 of 3 PageID: 20178

2

Honorable Cathy L. Waldor, U.S.M.J.
   United States District Court
      District of New Jersey
         Martin Luther King, Jr. Federal Building
         & U.S. Courthouse
           50 Walnut Street
              Newark, NJ 07101

VIA ELECTRONIC FILING

Copies to:

David A. P. Brower, Esq.
   Brower Piven
      A Professional Corporation
         488 Madison Avenue, Eighth Floor
           New York, New York 10022

Salvatore J. Graziano, Esq.
   Bernstein Litowitz Berger & Grossmann LLP
      1285 Avenue of the Americas
      New York, NY 10019

Mark Levine, Esq.
   Stull, Stull & Brody
      6 East 45th Street, 5th Floor
         New York, NY 10017

Richard H. Weiss, Esq.
   Milberg LLP
      One Pennsylvania Plaza
         New York, NY 10119

Paul B. Brickfield, Esq.
   Brickfield & Donahue
      70 Grand Avenue
         River Edge, NJ 07661

James E. Cecchi, Esq.
   Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
      5 Becker Farm Road
         Roseland, NJ 07068

Alfred C. Decotiis, Esq.
Decotiis, Fitzpatrick & Cole LLP
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, NJ 07666

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017

John A. Kehoe, Esq.
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

William H. Gussman, Jr., Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Eric S. Parnes, Esq.
Hughes Hubbard & Reed LLP
1775 I Street, NW
Washington, DC 20006

VIA EMAIL PDF