James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

| | |
|---|---|
| ~~Salvatore J. Graziano~~<br>William C. Fredericks<br>Bruce D. Bernstein<br>Adam H. Wierzbowski<br>BERNSTEIN LITOWITZ BERGER<br>    & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400 | ~~David A.P. Brower~~<br>Brian Kerr<br>Daniel Wolf<br>BROWER PIVEN<br>    A PROFESSIONAL CORPORATION<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>(212) 501-9000 |
| Richard H. Weiss<br>Matthew A. Kupillas<br>Roland W. Riggs<br>David Pepper<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>(212) 594-5300 | Jules Brody<br>Mark Levine<br>Patrick Slyne<br>STULL, STULL & BRODY<br>6 East 45th Street, 5th Floor<br>New York, NY 10017<br>(212) 687-7230 |

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES,<br>DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-1151 (SRC) (MAS)<br>Civil Action No. 05-2367 (SRC) (MAS) |
| THIS DOCUMENT RELATES TO: THE<br>CONSOLIDATED SECURITIES ACTION | **ORDER** |

This matter having been opened to the court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Liaison Counsel for Lead Plaintiffs, and the Court having considered the moving papers, and counsel for defendants having no objection hereto, and for good cause shown,

IT IS THIS day 28 of November, 2011,

ORDERED that Patrick Slyne of Stull, Stull & Brody is hereby admitted *pro hac vice* on behalf of Lead Plaintiffs in the above matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Patrick Slyne shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which he continues to appear *pro hac vice* in this matter, and $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
~~MICHAEL A. SHIPP~~, U.S.M.J.
Cathy L. Waldor