# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | _____ | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | December 5, 2012 | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

**By ECF and Fax**

The Honorable Cathy L. Waldor, U.S.M.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:   *In re Merck & Co., Inc. Secs., Deriv. and ERISA Litig.*
>        Civil Action No. 05-2367 (SRC)(CLW)

Dear Judge Waldor:

We, along with Co-Lead Counsel, represent Lead Plaintiffs in this consolidated securities action. We write on behalf of Plaintiffs and Defendants to make a joint request for the adjournment of the Court's status conference that is currently scheduled for December 11, 2012 at 2:00 p.m. *See* ECF No. 430. As a result of a conflict with the December 11 date, we contacted Defendants and Your Honor's chambers to determine the next available date for a conference that suited both the parties and the Court, and found it to be January 28, 2013 at 11:00 a.m. Accordingly, we respectfully request an adjournment of the December 11 conference to that date.

In addition, the parties understand that if there are any outstanding issues which the parties will need the Court to address, they are directed to submit a letter to the Court outlining those issues at least three days before the conference. If this is acceptable, kindly "So Order" this letter and have a "filed" copy returned to us via the Court's ECF system.

Thank you for your continued attention to this matter. Should Your Honor have any questions, we are available at the Court's convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ James E. Cecchi

JAMES E. CECCHI

cc:   Counsel of Record (by ECF)