James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

David A.P. Brower
Brian Kerr
Daniel Wolf
BROWER PIVEN
  A PROFESSIONAL CORPORATION
475 Park Avenue South
33rd Floor
New York, New York 10016

(212) 501-9000

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-1151(SRC)(CLW)<br>Civil Action No. 05-2367 (SRC)(CLW) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | **NOTICE OF CHANGE OF ADDRESS** |

  PLEASE TAKE NOTICE of the following address change for David A.P. Brower and Brower Piven, A Professional Corporation, effective December 1, 2012.

  David A.P. Brower
  BROWER PIVEN,
   A Professional Corporation
  475 Park Avenue South
  33rd Floor
  New York, New York 10016

The firm's telephone number (212-501-9000) and facsimile number (212-501-0300) remain unchanged.

                **CARELLA, BYRNE, CECCHI,**
                **OLSTEIN, BRODY & AGNELLO**
                *Co-Liaison Counsel for Plaintiffs*

                By:   /s/ James E. Cecchi
                        JAMES E. CECCHI

Dated: December 5, 2012

David A.P. Brower
**BROWER PIVEN,**
  **A Professional Corporation**
475 Park Avenue South
33rd Floor
New York, New York 10016

*Co-Lead Counsel for Plaintiffs*