James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Co-Liaison Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-2367 (SRC) (CLW)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

                                        CARELLA, BYRNE, CECCHI,
                                        OLSTEIN, BRODY & AGNELLO
                                        Co-Liaison Counsel for Plaintiffs

                                        By:   <u>/s/ Lindsey H. Taylor</u>
                                                     LINDSEY H. TAYLOR

Dated: December 14, 2012

<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:       Patrick Slyne

Address:    STULL, STULL & BRODY
            6 East 45th Street, 5th Floor
            New York, NY 10017

Email:      pkslyne@ssbny.com