James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey  07068
(973) 994-1700

Co-Liaison Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-2367 (SRC) (CLW)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

> CARELLA, BYRNE, CECCHI,
> OLSTEIN, BRODY & AGNELLO
> Co-Liaison Counsel for Plaintiffs
>
>
> By:    /s/ Lindsey H. Taylor
>        LINDSEY H. TAYLOR

Dated: December 14, 2012

2

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:       Matthew A. Kupillas

Address:    MILBERG LLP
            One Pennsylvania Plaza
            New York, NY 10119

Email:      mkupillas@milberg.com