Sheryl Gandel Mazur
195 Fairfield Avenue
Suite 2C
West Caldwell, New Jersey 07006
(973) 403-0902
Attorney for Plaintiff
SGM3633

| | |
|---|---|
| **ERIK J. PALMER** | Hon. Stanley R. Chesler |
| *Plaintiff* | |
| v. | Civil Action: 10-cv-5325 (SRC) |
| **MICHAEL J. ASTRUE** | |
| Commissioner of the Social Security | **ORDER** |
| Administration of the United States | |
| *Defendant* | |

      This case is before the Court on Plaintiff's Motion for Section 406(b) Attorney's Fees filed on _____.

Upon due consideration, it is

ORDERED AND ADJUDGED:

      That Plaintiff's Motion for Section 406(b) Attorney's Fees filed on _____ is hereby GRANTED and pursuant to Section 206 (b) of the Social Security Act, 42 U.S.C. § 406(b), Plaintiff's Attorney, Sheryl Gandel Mazur, is awarded a reasonable attorney fees of $21,717.75 minus the attorneys and paralegal EAJA fees received of $3,362.08 for a total balance of $18,355.67 due and owing as Section 406(b) attorney fees, including $2,458.58 held in the attorney escrow account.

ORDERED, this ___ day of _____, 2012.

_____
STANLEY R. CHESLER