James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Salvatore J. Graziano | David A.P. Brower |
| William C. Fredericks | Brian Kerr |
| David Wales | Benjamin J. Hinerfeld |
| Adam H. Wierzbowski | BROWER PIVEN |
| Kristin A. Meister |    A PROFESSIONAL CORPORATION |
| Abe Alexander | 488 Madison Avenue, 8th Floor |
| BERNSTEIN LITOWITZ BERGER | New York, NY 10022 |
|    & GROSSMANN LLP | (212) 501-9000 |
| 1285 Avenue of the Americas | |
| New York, NY 10019 | |
| (212) 554-1400 | |
| | |
| Matthew A. Kupillas | Jules Brody |
| Roland W. Riggs | Mark Levine |
| MILBERG LLP | Patrick Slyne |
| One Pennsylvania Plaza | STULL, STULL & BRODY |
| New York, NY 10119 | 6 East 45th Street, 5th Floor |
| (212) 594-5300 | New York, NY 10017 |
| | (212) 687-7230 |

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-02367(SRC)(CLW) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | **NOTICE OF MOTION** |

To:   All persons on ECF service list

COUNSEL:

PLEASE TAKE NOTICE that on February 4, 2013 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs in the above captioned matters shall move before the Hon. Cathy L. Waldor, United States Magistrate Judge, at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey to enter an Order issuing Letters of Request pursuant to Fed. R. Civ. P. Rule 28(b).

The undersigned intends to rely upon the attached Statement in Lieu of Brief and exhibits thereto pursuant to Local Civil Rule 5.3.  A proposed form of Order is also included.

The undersigned hereby requests oral argument in the event that timely opposition papers are filed.

                                                 **CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, PC**
*Liaison Counsel for Plaintiffs*

By:     /s/ James E. Cecchi
        JAMES E. CECCHI

Dated: January 11, 2013

Salvatore J. Graziano
William C. Fredericks
David Wales
**BERNSTEIN LITOWITZ BERGER &**
**GROSSMANN LLP**
1285 Avenue of the Americas
New York, N.Y. 10019
(212) 554-1400

*Co-Lead Counsel for Plaintiffs*