# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | ) MDL No. 1658 (SRC) ) ) ) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTIONS | ) Case No. 2:05-CV-02367 (SRC) (CLW) ) ) ) |

## PROPOSED ORDER GRANTING MOTION TO
## ADMIT MARA LEVENTHAL *PRO HAC VICE*
## PURSUANT TO LOCAL CIVIL RULE 101.1

This matter having been brought before the Court by the application of Douglas J. Pepe, attorney for non-party Cornerstone Research, Inc., for entry of an Order pursuant to Local Civil Rule 101.1 admitting attorney Mara Leventhal of the firm of Gregory P. Joseph Law Offices LLC *pro hac vice* in the within proceedings on behalf of Cornerstone Research, Inc., and the Court having considered the matter, the submission of counsel, and for good cause shown:

IT IS on this __25__ day of __January__, 2013;

ORDERED that Mara Leventhal of the firm Gregory P. Joseph Law Offices LLC, 485 Lexington Avenue, New York, New York 10017, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); and it is

FURTHER ORDERED that Mara Leventhal shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Mara Leventhal shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

FURTHER ORDERED that Mara Leventhal shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Mara Leventhal shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Honorable Cathy L. Waldor
United States District Court Magistrate Judge

722013