# CRAVATH, SWAINE & MOORE LLP

STUART W GOLD
JOHN W WHITE
EVAN R CHESLER
MICHAEL L SCHLER
RICHARD LEVIN
KRIS F HEINZELMAN
B ROBBINS KIESSLING
ROGER D TURNER
PHILIP A GELSTON
RORY O MILLSON
FRANCIS P BARRON
RICHARD W CLARY
WILLIAM P ROGERS, JR
JAMES D COOPER
STEPHEN L GORDON
DANIEL L MOSLEY
PETER S WILSON
JAMES C VARDELL, III
ROBERT H BARON
KEVIN J GREHAN
C ALLEN PARKER
MARC S ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D WILSON

CHRISTINE A VARNEY
PETER T BARBUR
SANDRA C GOLDSTEIN
THOMAS G RAFFERTY
MICHAEL S GOLDMAN
RICHARD HALL
JULIE A NORTH
ANDREW W NEEDHAM
STEPHEN L BURNS
KEITH R HUMMEL
DANIEL SLIFKIN
ROBERT I TOWNSEND, III
WILLIAM J WHELAN, III
SCOTT A BARSHAY
PHILIP J BOECKMAN
ROGER G BROOKS
WILLIAM V FOGG
FAIZA J SAEED
RICHARD J STARK
THOMAS E DUNN
MARK I GREENE
DAVID R MARRIOTT
MICHAEL A PASKIN
ANDREW J PITTS
MICHAEL T REYNOLDS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE (212) 474-1000
FACSIMILE (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE 44 20 7453 1000
FACSIMILE 44 20 7860 1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1059

ANTONY L RYAN
GEORGE E ZOBITZ
GEORGE A STEPHANAKIS
DARIN P MCATEE
GARY A BORNSTEIN
TIMOTHY G CAMERON
KARIN A DEMASI
LIZABETHANN R EISEN
DAVID S FINKELSTEIN
DAVID GREENWALD
RACHEL G SKAISTIS
PAUL H ZUMBRO
JOEL F HEROLD
ERIC W HILFERS
GEORGE F SCHOEN
ERIK R TAVZEL
CRAIG F ARCELLA
TEENA ANN V SANKOORIKAL
ANDREW R THOMPSON
DAMIEN R ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L SCHIELE
ALYSSA K CAPLES
JENNIFER S CONWAY

MINH VAN NGO
KEVIN J ORSINI
MATTHEW MORREALE
J WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D ZAVAGLIA
STEPHEN M KESSING
LAUREN A MOSKOWITZ
DAVID J PERKINS
JOHNNY G SKUMPIJA
J LEONARD TETI, II

SPECIAL COUNSEL

SAMUEL C BUTLER
GEORGE J GILLESPIE, III

OF COUNSEL

PAUL C SAUNDERS

January 28, 2013

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation*
The Consolidated Securities Action, No. 05-CV-02367

Dear Magistrate Judge Waldor:

      We represent Defendants (other than Dr. Scolnick) in the above-captioned action. We respectfully submit this letter to clarify for the Court one issue with respect to the documents submitted at today's status conference for *in camera* review.

      At the status conference, Defendants submitted to the Court for *in camera* review certain documents that were previously provided by Merck to the United States Attorney's Office for the District of Massachusetts ("USAO") pursuant to a limited waiver agreement, but that were not produced to Plaintiffs because such documents are not "otherwise responsive to Plaintiffs' Requests." (Ltr. Op. at 2, ECF No. 405.) Included within those documents are certain pages labeled "Removed for Privilege." Defendants wish to clarify for the Court that any such redactions were also on the documents as previously produced to the USAO; in other words, those pages represent privileged material that was never waived. Similar redactions also appear

in the responsive portions of the set produced to Plaintiffs, and we have likewise explained to Plaintiffs that such redactions also appeared on the documents as produced to the USAO. (*See* Dec. 22, 2012 Ltr. from K. DeMasi to A. Wierzbowski (attached as Ex. G to Pls.' Jan. 23 Ltr).)

Respectfully submitted,

Karin A. DeMasi

Honorable Cathy L. Waldor, U.S.M.J.
   United States District Court
      District of New Jersey
         Martin Luther King, Jr. Federal Building
         & U.S. Courthouse
           50 Walnut Street
              Newark, NJ 07101

VIA ELECTRONIC FILING

Copies to:

David A. P. Brower, Esq.
   Brower Piven
      A Professional Corporation
         475 Park Avenue South, 33rd Floor
           New York, NY 10016

Salvatore J. Graziano, Esq.
   Bernstein Litowitz Berger & Grossmann LLP
      1285 Avenue of the Americas
         New York, NY 10019

Mark Levine, Esq.
   Stull, Stull & Brody
      6 East 45th Street, 5th Floor
         New York, NY 10017

Matthew A. Kupillas, Esq.
   Milberg LLP
      One Pennsylvania Plaza
         New York, NY 10119

Paul B. Brickfield, Esq.
   Brickfield & Donahue
      70 Grand Avenue
         River Edge, NJ 07661

James E. Cecchi, Esq.
 Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
  5 Becker Farm Road
   Roseland, NJ 07068

Alfred C. Decotiis, Esq.
 Decotiis, Fitzpatrick & Cole LLP
  Glenpointe Centre West
   500 Frank W. Burr Boulevard
    Teaneck, NJ 07666

Geoffrey C. Jarvis, Esq.
 Grant & Eisenhofer P.A.
  123 Justison Street
   Wilmington, DE 19801

Stuart L. Berman, Esq.
 Kessler Topaz Meltzer & Check, LLP
  280 King of Prussia Road
   Radnor, PA 19087

William H. Gussman, Jr., Esq.
 Schulte Roth & Zabel LLP
  919 Third Avenue
   New York, NY 10022

Eric S. Parnes, Esq.
 Hughes Hubbard & Reed LLP
  1775 I Street, N.W.
   Washington, DC 20006

VIA EMAIL PDF