James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey  07068
(973) 994-1700

Co-Liaison Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-2367 (SRC) (CLW)<br><br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic

notification in the within matter, and it is represented that:

1.      An order of the Court granting a motion to appear *pro hac vice* in the within

matter has been entered; and

2.      If the admission was granted after March 22, 2005, the Admission Fee, in the

amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

> CARELLA, BYRNE, CECCHI,
> OLSTEIN, BRODY & AGNELLO
> Co-Liaison Counsel for Plaintiffs


> By:     /s/ Lindsey H. Taylor
>              LINDSEY H. TAYLOR

Dated: February 5, 2013

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:           David Wales

Address:        BERNSTEIN LITOWITZ BERGER
                & GROSSMANN LLP
                1285 Avenue of the Americas
                New York, NY 10019

Email:          davidw@blbglaw.com

Name:           Kristin Ann Meister

Address:        BERNSTEIN LITOWITZ BERGER
                & GROSSMANN LLP
                1285 Avenue of the Americas
                New York, NY 10019

Email:          kristin@blbglaw.com

Name:           Abraham Alexander

Address:        BERNSTEIN LITOWITZ BERGER
                & GROSSMANN LLP
                1285 Avenue of the Americas
                New York, NY 10019

Email:          abe.alexander@blbglaw.com

2