Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Telephone:  (973) 622-3333
Facsimile:  (973) 286-2465

Stuart L. Berman (sberman@ktmc.com)
John A. Kehoe (jkehoe@ktmc.com)
John J. Gross (jgross@ktmc.com)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs
Allianz Global Investors Kapitalanlagegesellschaft MbH,
Allianz Global Investors Luxembourg S.A., and
Allianz Global Investors Ireland Limited

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | : : : : : : : : : : : : | Civil Action No. 2:05-cv-02367 (SRC) (MAS) (CONSOLIDATED)<br><br>**NOTICE OF WITHDRAWAL OF RITA D. TURNER, ESQ. AND REQUEST TO BE REMOVED <u>FROM ECF SERVICE LIST</u>**<br><br>*DOCUMENT ELECTRONICALLY FILED* |
|---|---|---|

**PLEASE TAKE NOTICE** that Rita D. Turner, Esq., of Saiber LLC, One Gateway Center, 10th Floor, Newark, New Jersey 07102, hereby withdraws as counsel for plaintiffs Allianz Global Investors Kapitalanlagegesellschaft MbH, Allianz Global Investors Luxembourg S.A, and Allianz Global Investors Ireland Limited (collectively, "Plaintiffs") in this matter.

Plaintiffs will continue to be represented in this matter by the below listed attorneys from Saiber LLC and Kessler Topaz Meltzer & Check, LLP.  Accordingly, please remove Ms. Turner from the list of NEF recipients in this matter.

          Respectfully submitted,

          **SAIBER LLC**
          Attorneys for Plaintiffs
          Allianz Global Investors Kapitalanlagegesellschaft MbH, Allianz Global Investors Luxembourg S.A., and Allianz Global Investors Ireland Limited

Dated:  February 11, 2013      By: s/ Rita D. Turner
          Arnold B. Calmann (abc@saiber.com)
          Jeffrey Soos (js@saiber.com)
          **SAIBER LLC**
          One Gateway Center, 10th Floor
          Newark, New Jersey 07102-5311
          Telephone:  (973) 622-3333
          Facsimile:  (973) 286-2465

          Stuart L. Berman (sberman@ktmc.com)
          John A. Kehoe (jkehoe@ktmc.com)
          John J. Gross (jgross@ktmc.com)
          **KESSLER TOPAZ MELTZER & CHECK, LLP**
          280 King of Prussia Road
          Radnor, Pennsylvania 19087
          Telephone: (610) 667-7706
          Facsimile: (610) 667-7056