James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Salvatore J. Graziano | David A.P. Brower |
| William C. Fredericks | Brian Kerr |
| Bruce D. Bernstein | Benjamin J. Hinerfeld |
| Adam H. Wierzbowski | BROWER PIVEN |
| BERNSTEIN LITOWITZ BERGER |    A PROFESSIONAL CORPORATION |
|    & GROSSMANN LLP | 488 Madison Avenue, 8th Floor |
| 1285 Avenue of the Americas | New York, NY 10022 |
| New York, NY 10019 | (212) 501-9000 |
| (212) 554-1400 | |
| | |
| Richard H. Weiss | Jules Brody |
| Matthew A. Kupillas | Mark Levine |
| Roland W. Riggs | Patrick Slyne |
| David Pepper | STULL, STULL & BRODY |
| MILBERG LLP | 6 East 45th Street, 5th Floor |
| One Pennsylvania Plaza | New York, NY 10017 |
| New York, NY 10119 | (212) 687-7230 |
| (212) 594-5300 | |

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-2367 (SRC) (CLW) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | **~~PROPOSED~~ ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry

of an Order sealing Plaintiffs' October 24, 2012 letter to the Court and exhibits annexed thereto,

and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this  15  day of ~~November, 2012~~ Feb. 2013,

ORDERED that Plaintiffs' October 24, 2012 letter to the Court and the exhibits thereto, Docket Entry 420, are hereby sealed.

_____
CATHY L. WALDOR, U.S.M.J.