UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION ) | ) MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTIONS | ) Case No. 2:05-CV-02367 (SRC) (CLW) |

~~PROPOS~~ED ORDER

This matter having been opened to the Court by way of motion by non-party Cornerstone Research, Inc. ("Cornerstone") for the entry of an Order sealing Cornerstone's November 5, 2012 letter to the Honorable Cathy L. Waldor and exhibits annexed thereto, and the Court having considered Cornerstone's submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this ___15___ day of ___Feb___, 2013,

ORDERED that Cornerstone's November 5, 2012 letter to the Honorable Cathy L. Waldor and the exhibits thereto, Docket Entry 429, are hereby sealed.

_____
CATHY L. WALDOR, U.S.M.J.