James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Salvatore J. Graziano | David A.P. Brower |
| William C. Fredericks | Benjamin J. Hinerfeld |
| David Wales | BROWER PIVEN |
| Adam H. Wierzbowski | A PROFESSIONAL CORPORATION |
| BERNSTEIN LITOWITZ BERGER | 488 Madison Avenue, 8th Floor |
| & GROSSMANN LLP | New York, NY 10022 |
| 1285 Avenue of the Americas | (212) 501-9000 |
| New York, NY 10019 | |
| (212) 554-1400 | |
| | |
| Matthew A. Kupillas | Jules Brody |
| Roland W. Riggs | Mark Levine |
| MILBERG LLP | Patrick Slyne |
| One Pennsylvania Plaza | STULL, STULL & BRODY |
| New York, NY 10119 | 6 East 45th Street, 5th Floor |
| (212) 594-5300 | New York, NY 10017 |
| | (212) 687-7230 |

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-2367 (SRC) (CLW) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | **ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing Plaintiffs' January 23, 2013 letter to the Court and exhibits annexed thereto, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the

nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this _____15_____ day of February, 2013,

ORDERED that Plaintiffs' January 23, 2013 letter to the Court and the exhibits thereto, Docket Entry  462 , are hereby sealed.

_____
CATHY L. WALDOR, U.S.M.J.

2