| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700<br><br>*Liaison Counsel for Plaintiffs* | David A.P. Brower<br>Richard Weiss<br>BROWER PIVEN<br>     A PROFESSIONAL CORPORATION<br>475 Park Avenue South<br>33rd Floor<br>New York, New York 10016<br>(212) 501-9000<br><br>*Co-Lead Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-1151(SRC)(CLW)<br>Civil Action No. 05-2367 (SRC)(CLW) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | **NOTICE OF CHANGE OF ADDRESS**<br>**FOR PRO HAC VICE COUNSEL** |

PLEASE TAKE NOTICE of the following firm and address change for *pro hac vice* counsel Richard Weiss, effective immediately.

>Richard Weiss
>BROWER PIVEN, A Professional Corporation
>475 Park Avenue South
>33rd Floor
>New York, New York 10016
>Phone:  (212) 501-9000
>Fax:      (212) 501-0300
>Email: weiss@browerpiven.com

>CARELLA, BYRNE, CECCHI,
>OLSTEIN, BRODY & AGNELLO
>*Co-Liaison Counsel for Plaintiffs*

>By:    /s/ Lindsey H. Taylor
>          LINDSEY H. TAYLOR

Dated: March 12, 2013