UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-CLW<br>Case No. 2:05-CV-02367-SRC-CLW |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), upon the stipulation of Plaintiff Rhoda Kanter and Defendants, by and through their respective counsel, Plaintiff Kanter's claims asserted in the Corrected Consolidated Fifth Amended Class Action Complaint and her individual action, *Kanter v. Merck & Co., Inc., et al.*, No. 04-5359 (D.N.J.), including Plaintiff Kanter's Section 11, 12(a)(2) and 15 claims under the Securities Act of 1933 against Defendants Merck & Co., Inc., Raymond V. Gilmartin, Dr. Edward Scolnick, Richard C. Henriques, Judy C. Lewent, Lawrence A. Bossidy, William G. Bowen, Johnetta B. Cole, Niall FitzGerald, William B. Harrison, William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock, and Samuel O. Thier, are hereby DISMISSED, with prejudice, with each side to bear its own costs and attorneys' fees.

Nothing in this Stipulation and Order has dismissed, or shall be deemed to have dismissed, the claims of the Lead Plaintiffs brought pursuant to the Securities Exchange Act of 1934 in this consolidated securities action.

**STIPULATED AND AGREED**:

Dated: October ____, 2012

**CRAVATH, SWAINE & MOORE LLP**


By: _____
Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock and Samuel O. Thier*

Dated: October ____, 2012

**SCHULTE ROTH & ZABEL LLP**


By: _____
Martin L. Perschetz
Sung-Hee Suh
William H. Gussman, Jr.
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: October 18, 2012

**LAW OFFICES BERNARD M. GROSS, P.C.**

By: /s/ Deborah R. Gross
Deborah R. Gross
Suite 450
John Wanamaker Building
100 Penn Square East
Philadelphia, PA. 19107
Telephone: (215) 561-3600

*Counsel for Plaintiff Rhoda Kanter*

2

**STIPULATED AND AGREED:**

Dated: October 24, 2012

**CRAVATH, SWAINE & MOORE LLP**

By: _____
Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock and Samuel O. Thier*

Dated: October 24, 2012

**SCHULTE ROTH & ZABEL LLP**

By: _William H. Gussman_ (pcs)
Martin L. Perschetz
Sung-Hee Suh
William H. Gussman, Jr.
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: October ___, 2012

**LAW OFFICES BERNARD M. GROSS, P.C.**

By: _____
Deborah R. Gross
Suite 450
John Wanamaker Building
100 Penn Square East
Philadelphia, PA. 19107
Telephone: (215) 561-3600

*Counsel for Plaintiff Rhoda Kanter*

2

SO ORDERED this 13 day of ~~October, 2012~~ March, 2013.

_____
Hon. Stanley R. Chesler
United States District Judge

3