| | |
|---|---|
| GRANT & EISENHOFER P.A.<br>Jay W. Eisenhofer<br>Geoffrey C. Jarvis<br>Deborah Elman<br>Caitlin Moyna<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>Telephone: (646) 722-8500<br>Facsimile: (646) 722 8501 | KESSLER TOPAZ MELTZER<br>& CHECK, LLP<br>David Kessler<br>Stuart L. Berman<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |
| SAIBER LLC<br>Jeffrey W. Lorell<br>Marc E. Wolin<br>18 Columbia Turnpike, Suite 200<br>Florham Park, New Jersey 07932-2266<br>Telephone: (973) 622-3333<br>Facsimile: (973) 622-3349 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC.<br>SECURITIES, DERIVATIVE &<br>"ERISA" LITIGATION | : MDL No. 1658 (SRC)<br>:<br>: Civil Action No. 05-02367 (SRC)(CLW)<br>: |
| THIS DOCUMENT RELATES TO:<br>THE AFA LIVFÖRSÄKRINGSAKTIEBOLAG<br>ACTION, CIVIL ACTION NO. 2:07-4024<br>(SRC) (CLW) | : **NOTICE OF MOTION**<br>:<br>:<br>:<br>:<br>: |

To: All persons on ECF service list

COUNSEL:

PLEASE TAKE NOTICE that on April 15, 2013 at 9:00 a.m., or as soon

thereafter as counsel may be heard, the undersigned counsel for Plaintiffs AFA

Livförsäkringsaktiebolag; AFA Trygghetsförsäkringsaktiebolag; AFA Sjukförsäkringsaktiebolag on its own behalf and on behalf of Kollektivavtalsstiftelsen Trygghetsfonden TSL; Alecta Pensionsförsäkring, Ömsesidigt; Fjärde AP-Fonden; Sjunde AP-Fonden; Danske Invest Administration A/S; Swedbank Robur AB; AMF Pension Fondförvaltning AB; Arbetsmarknadsförsäkringar Pensionsförsäkringsaktiebolag; Skandinaviska Enskilda Banken AB on its own behalf and on behalf of SEB Investment Management AB, SEB Asset Management S.A., and Gamla Livförsäkringsaktiebolag SEB Trygg Liv (collectively, "Plaintiffs"), shall move this Court before the Hon. Stanley R. Chesler, United States District Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, pursuant to Fed. R. Civ. P. 15 and 17, and the Court's December 14, 2012 Scheduling Order (Dkt. No. 451), for entry of an Order granting Plaintiffs' leave to file a Second Amended Complaint.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, pursuant to Local Civil Rule 7.1(d)(4), Plaintiffs rely upon the attached Statement in Lieu of Brief and exhibits thereto.

PLEASE TAKE FURTHER NOTICE that accompanying this motion is a [Proposed] Order granting Plaintiffs leave to file a clean copy of the [Proposed] Second Amended Complaint submitted in redline form herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 78.1(b), the undersigned hereby requests oral argument in the event that timely opposition papers are filed.

Dated:  March 15, 2013    KESSLER TOPAZ MELTZER
                                                      & CHECK, LLP
                                                      *Counsel for Plaintiffs*

                                                      By:  /s/ Stuart L. Berman
                                                            STUART L. BERMAN

SAIBER LLC
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

*Liaison Counsel for Plaintiffs*

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
Geoffrey C. Jarvis
Deborah Elman
Caitlin Moyna
485 Lexington Avenue, 29th Floor
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722 8501

*Counsel for Plaintiffs*