# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiffs' Notice of Motion for Leave to Amend, Local Civil Rule 7.1(d)(4) Statement in Lieu of Brief in Support of Motion for Leave to Amend and [Proposed] Order [Docket No. 488] to be electronically filed with the Clerk of the Court via the CM/ECF system on March 15, 2013.  The CM/ECF system sent automatic notification of the filing to all counsel listed registered for CM/ECF.

Dated: March 18, 2013                                    **KESSLER TOPAZ**
                                                                              **MELTZER & CHECK, LLP**


                                                                              */s/ Stuart L. Berman*
                                                                                  STUART L. BERMAN