# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON

CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1059

MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES

JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

March 28, 2013

<u>In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation</u>
<u>The Consolidated Securities Action, No. 05-CV-02367</u>

Dear Mr. Walsh:

      We write on behalf of all Defendants[1] in the above-captioned action to invoke, pursuant to Local Rule 7.1(d)(5), an automatic extension of the April 15, 2013 motion day for the Motion for Leave to Amend filed by Plaintiffs AFA Livförsäkringsaktiebolag; AFA Trygghetsförsäkringsaktiebolag; AFA Sjukförsäkringsaktiebolag on its own behalf and on behalf of Kollektivavtalsstiftelsen Trygghetsfonden TSL; Alecta Pensionsförsäkring, Ömsesidigt; Fjärde AP-Fonden; Sjunde AP-Fonden; Danske Invest Administration A/S; Swedbank Robur AB; AMF Pension Fondförvaltning AB; Arbetsmarknadsförsäkringar Pensionsförsäkringsaktiebolag; Skandinaviska Enskilda Banken AB on its own behalf and on behalf of SEB Investment Management AB, SEB Asset Management S.A., and Gamla Livförsäkringsaktiebolag SEB Trygg Liv (collectively, "the AFA Plaintiffs"). (*See* ECF No. 488.) The new motion day for the motion shall be May 6, 2013. Accordingly, Defendants' opposition(s) to the AFA Plaintiffs' motion shall now be due on or before April 22, 2013. The AFA Plaintiffs' reply papers, if any, shall now be due on or before April 29, 2013. This letter is being filed before the date on which Defendants' opposition(s) would otherwise be due under Local Rule 7.1(d)(2). No previous extension has been requested or obtained in connection with this motion.

---

[1] Defendant Dr. Edward M. Scolnick, who is separately represented, joins in this letter.

Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*

Karin A. DeMasi

William T. Walsh, Clerk
    United States District Court
        District of New Jersey
            Martin Luther King, Jr. Federal Building
            & U.S. Courthouse
                50 Walnut Street
                    Newark, NJ 07101

VIA ELECTRONIC FILING

Copies to:

David A. P. Brower, Esq.
    Brower Piven
        A Professional Corporation
            475 Park Avenue South, 33rd Floor
                New York, NY 10016

Salvatore J. Graziano, Esq.
    Bernstein Litowitz Berger & Grossmann LLP
        1285 Avenue of the Americas
            New York, NY 10019

Mark Levine, Esq.
    Stull, Stull & Brody
        6 East 45th Street, 5th Floor
            New York, NY 10017

Matthew A. Kupillas, Esq.
    Milberg LLP
        One Pennsylvania Plaza
            New York, NY 10119

Paul B. Brickfield, Esq.
    Brickfield & Donahue
        70 Grand Avenue
            River Edge, NJ 07661

James E. Cecchi, Esq.
  Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
    5 Becker Farm Road
      Roseland, NJ 07068

Alfred C. Decotiis, Esq.
  Decotiis, Fitzpatrick & Cole LLP
    Glenpointe Centre West
      500 Frank W. Burr Boulevard
        Teaneck, NJ 07666

Geoffrey C. Jarvis, Esq.
  Grant & Eisenhofer P.A.
    123 Justison Street
      Wilmington, DE 19801

Stuart L. Berman, Esq.
  Kessler Topaz Meltzer & Check, LLP
    280 King of Prussia Road
      Radnor, PA 19087

William H. Gussman, Jr., Esq.
  Schulte Roth & Zabel LLP
    919 Third Avenue
      New York, NY 10022

Eric S. Parnes, Esq.
  Hughes Hubbard & Reed LLP
    1775 I Street, N.W.
      Washington, DC 20006

VIA EMAIL PDF