# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

April 4, 2013

<u>VIA ECF</u>

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

   Re: *In re Merck & Co., Inc. Secs., Deriv. and ERISA Litig.*,
     <u>Civil Action No. 05-2367 (SRC)(CLW)</u>

Dear Judge Waldor:

  We, along with Co-Lead Counsel, represent the Lead Plaintiffs in the above-referenced action. We are writing to follow up on our motion for the issuance of Letters of Request which was filed on January 11, 2013, Docket Entry 458. There was no objection to the motion. Given the upcoming deadline for fact discovery in this action and the additional amount of time it will take plaintiffs to proceed with this deposition in India, we respectfully request that the Court address this motion at its earliest convenience. If the Court has any questions about the motion or the relief sought, we are available at the Court's convenience.

  Thank you for your continued attention to this matter.

         Respectfully submitted,

        CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO

          /s/ James E. Cecchi

          JAMES E. CECCHI

cc: All Counsel (via ECF)