# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | MELISSA E. FLAX | | DONALD A. ECKLUND |
| JAN ALAN BRODY | DAVID G. GILFILLAN | OF COUNSEL | MEGAN A. NATALE |
| JOHN M. AGNELLO | G. GLENNON TROUBLEFIELD | | AMANDA J. BARISICH |
| CHARLES M. CARELLA | BRIAN H. FENLON | | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | LINDSEY H. TAYLOR | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | |

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

°MEMBER NY BAR ONLY
+MEMBER FL BAR ONLY

April 10, 2013

<u>VIA ECF</u>

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

      Re: *In re Merck & Co., Inc. Secs., Deriv. and ERISA Litig.*,
            Civil Action No. 05-2367 (SRC)(CLW)

Dear Judge Waldor:

      We, along with Co-Lead Counsel, represent the Lead Plaintiffs in the above-referenced action, and write to respectfully request that the Court adjourn the conference on discovery issues that is currently scheduled for 10:30 a.m. on April 15, 2013. Defendants have consented to this request.

      We also write to note that an open issue from the last status conference held on January 28, 2013 remains pending before the Court. During the conference, Defendants submitted to Your Honor for *in camera* review documents that Merck produced to the U.S Department of Justice which Defendants considered non-responsive to Plaintiffs' discovery requests. Defendants stated during the conference that if the Court determined the documents were responsive they would not object to producing them to Plaintiffs.

      Aside from this issue, Plaintiffs are unaware of any matters that currently require the attention of the Court. Thank you for your continued attention to this matter. If the Court has any questions, we are available at your convenience.

                            Respectfully submitted,

                            CARELLA, BYRNE, CECCHI,
                            OLSTEIN, BRODY & AGNELLO

                            /s/ James E. Cecchi

                            JAMES E. CECCHI

cc:      Counsel of Record (by ECF)