| | |
|---|---|
| **GRANT & EISENHOFER P.A.**<br>Jay W. Eisenhofer (jeisenhofer@gelaw.com)<br>Geoffrey C. Jarvis (gjarvis@gelaw.com)<br>Jeff A. Almeida (jalmeida@gelaw.com)<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>Telephone: (646) 722-8500<br>Facsimile: (646) 722 8501 | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Stuart L. Berman (sberman@ktmc.com)<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |

**SAIBER LLC**
Jeffrey W. Lorell (jwl@saiber.com)
Marc E. Wolin (mew@saiber.com)
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | : : : | MDL No. 1658 (SRC)<br><br>Case No. 2:05-CV-2367-SRC-CLW |
| THIS DOCUMENT RELATES TO:<br>THE AFA LIVFÖRSÄKRINGSAKTIEBOLAG ACTION<br>CIVIL ACTION NO. 07-04024 (SRC)(CLW) | : : : : : : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN J. GROSS**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT John J. Gross is no longer associated with Kessler Topaz Meltzer & Check, LLP and is hereby withdrawn as counsel for Plaintiffs AFA Livförsäkringsaktiebolag; AFA Trygghetsförsäkringsaktiebolag; AFA Sjukförsäkringsaktiebolag on its own behalf and on behalf of Kollektivavtalsstiftelsen Trygghetsfonden TSL; Alecta Pensionsförsäkring, Ömsesidigt; Fjärde AP-Fonden; Sjunde AP-Fonden; Danske Invest Administration A/S; Swedbank Robur AB; AMF Pension Fondförvaltning AB; Arbetsmarknadsförsäkringar Pensionsförsäkringsaktiebolag; Skandinaviska Enskilda Banken AB on its own behalf and on behalf of SEB Investment Management AB, SEB Asset Management S.A., and Gamla Livförsäkringsaktiebolaget SEB Trygg Liv (collectively, "Plaintiffs"), in the above-captioned litigation.  The law firm of Kessler Topaz Meltzer & Check, LLP continues to serve as counsel through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

                                                 **SAIBER LLC**
                                                 *Counsel for Plaintiffs*

                                                 By:  /s/ Marc E. Wolin_____
                                                            Marc E. Wolin

Dated: April 4, 2013

Stuart L. Berman
**KESSLER TOPAZ MELTZER &
CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Counsel for Plaintiffs*