UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation | MDL No. 1658 (SRC) |
| This Document Relates To: The Consolidated Securities Action | Case No. 2:05-CV-01151-SRC-CLW<br>Case No. 2:05-CV-02367-SRC-CLW |

**CERTIFICATE OF SERVICE**

BRYANT YU hereby certifies the following under the penalties of perjury:

I am over the age of 18 years, not a party to this action and employed by Cravath, Swaine & Moore LLP, located at 825 Eighth Avenue, New York, New York 10019.

On the 22nd day of April, 2013, true and correct copies of the

- **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THE PROPOSED SIXTH AMENDED CLASS ACTION COMPLAINT**

- **DECLARATION OF KARIN A. DeMASI IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THE PROPOSED SIXTH AMENDED CLASS ACTION COMPLAINT WITH EXHIBITS 1 TO 17 AND 19**

- **MOTION TO FILE UNDER SEAL A CONFIDENTIAL EXHIBIT ACCOMPANYING DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THE PROPOSED SIXTH AMENDED CLASS ACTION COMPLAINT WITH PROPOSED ORDER**

were filed electronically. Those attorneys who are registered with the Court's Electronic Filing System (the "System") may access these filings through the System, and will be sent notices of these filings by operation of the System.

Dated this 22nd day of April, 2013, at New York, New York.

_____
Bryant Yu