# CRAVATH, SWAINE & MOORE LLP

STUART W GOLD
JOHN W WHITE
EVAN R CHESLER
MICHAEL L SCHLER
RICHARD LEVIN
KRIS F HEINZELMAN
B ROBBINS KIESSLING
ROGER D TURNER
PHILIP A GELSTON
RORY O MILLSON
FRANCIS P BARRON
RICHARD W CLARY
WILLIAM P ROGERS, JR
JAMES D COOPER
STEPHEN L GORDON
DANIEL L MOSLEY
PETER S WILSON
JAMES C VARDELL, III
ROBERT H BARON
KEVIN J GREHAN
C ALLEN PARKER
MARC S ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D WILSON

CHRISTINE A VARNEY
PETER T BARBUR
SANDRA C GOLDSTEIN
THOMAS G RAFFERTY
MICHAEL S GOLDMAN
RICHARD HALL
JULIE A NORTH
ANDREW W NEEDHAM
STEPHEN L BURNS
KEITH R HUMMEL
DAVID J KAPPOS
DANIEL SLIFKIN
ROBERT I TOWNSEND, III
WILLIAM J WHELAN, III
SCOTT A BARSHAY
PHILIP J BOECKMAN
ROGER G BROOKS
WILLIAM V FOGG
FAIZA J SAEED
RICHARD J STARK
THOMAS E DUNN
MARK I GREENE
DAVID R MARRIOTT
MICHAEL A PASKIN
ANDREW J PITTS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE (212) 474-1000
FACSIMILE (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE 44 20 7453 1000
FACSIMILE 44 20 7860 1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1059

MICHAEL T REYNOLDS
ANTONY L RYAN
GEORGE E ZOBITZ
GEORGE A STEPHANAKIS
DARIN P MCATEE
GARY A BORNSTEIN
TIMOTHY G CAMERON
KARIN A DEMASI
LIZABETHANN R EISEN
DAVID S FINKELSTEIN
DAVID GREENWALD
RACHEL G SKAISTIS
PAUL H ZUMBRO
JOEL F HEROLD
ERIC W HILFERS
GEORGE F SCHOEN
ERIK R TAVZEL
CRAIG F ARCELLA
TEENA-ANN V SANKOORIKAL
ANDREW R THOMPSON
DAMIEN R ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L SCHIELE
ALYSSA K CAPLES

JENNIFER S CONWAY
MINH VAN NGO
KEVIN J ORSINI
MATTHEW MORREALE
J WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D ZAVAGLIA
STEPHEN M KESSING
LAUREN A MOSKOWITZ
DAVID J PERKINS
JOHNNY G SKUMPIJA
J LEONARD TETI, II

SPECIAL COUNSEL
SAMUEL C BUTLER
GEORGE J GILLESPIE, III

OF COUNSEL
PAUL C SAUNDERS

April 22, 2013

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation*
The Consolidated Securities Action, No. 05-CV-02367

Dear Judge Chesler:

We represent Defendants (other than Dr. Scolnick) in *AFA Livforsakringsaktiebolag v. Merck & Co., Inc.*, No. 07-cv-4024-SRC-CLW (the "AFA Action"). Pursuant to paragraph 14 of Pretrial Order No. 1, and on behalf of all parties, we write to notify the Court that the parties to the AFA Action have consented to extend Defendants' deadline to file their oppositions to the AFA Action Plaintiffs' Motion for Leave to Amend (ECF No. 488) by fourteen (14) days (*i.e.*, until May 6, 2013) while the parties work expeditiously to resolve the issues raised in the motion without the need for Court intervention.

Respectfully submitted,

Karin A. DeMasi

Honorable Stanley R. Chesler, U.S.D.J.
    United States District Court
        District of New Jersey
            Martin Luther King, Jr. Federal Building
            & U.S. Courthouse
                50 Walnut Street
                    Newark, NJ 07101

VIA ELECTRONIC FILING

Copies to:

Geoffrey C. Jarvis, Esq.
    Grant & Eisenhofer P.A.
        123 Justison Street
            Wilmington, DE 19801

Stuart L. Berman, Esq.
    Kessler Topaz Meltzer & Check, LLP
        280 King of Prussia Road
            Radnor, PA 19087

William H. Gussman, Jr., Esq.
    Schulte Roth & Zabel LLP
        919 Third Avenue
            New York, NY 10022

David A. P. Brower, Esq.
    Brower Piven
        A Professional Corporation
            475 Park Avenue South, 33rd Floor
            New York, NY 10016

Salvatore J. Graziano, Esq.
    Bernstein Litowitz Berger & Grossmann LLP
        1285 Avenue of the Americas
        New York, NY 10019

Mark Levine, Esq.
    Stull, Stull & Brody
        6 East 45th Street, 5th Floor
            New York, NY 10017

Matthew A. Kupillas, Esq.
    Milberg LLP
        One Pennsylvania Plaza
            New York, NY 10119

Paul B. Brickfield, Esq.
    Brickfield & Donahue
        70 Grand Avenue
            River Edge, NJ 07661

James E. Cecchi, Esq.
    Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
        5 Becker Farm Road
            Roseland, NJ 07068

Alfred C. Decotiis, Esq.
Decotiis, Fitzpatrick & Cole LLP
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, NJ 07666

Eric S. Parnes, Esq.
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006

VIA EMAIL PDF