# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | MELISSA E. FLAX | www.carellabyrne.com | | DONALD A. ECKLUND |
| JAN ALAN BRODY | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| JOHN M. AGNELLO | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| CHARLES M. CARELLA | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | |
| | | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

April 25, 2013

<u>VIA ECF</u>

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

   Re:  *In re Merck & Co., Inc. Secs., Deriv. and ERISA Litig.*,
      <u>Civil Action No. 05-2367 (SRC)(CLW)</u>

Dear Judge Waldor:

  We, along with Co-Lead Counsel, represent the Lead Plaintiffs in the above-referenced action. Pursuant to paragraph 14 of "Pretrial Order No. 1 (Initial Case Management Order)," filed with the Court on May 6, 2005 (ECF No. 1) (which provides for extensions of deadlines through agreement of the parties and notification to the Court), we write to respectfully inform the Court that Lead Plaintiffs and Defendants have agreed to a one-week extension of Lead Plaintiffs' deadline to file their reply papers in further support of their motion for leave to file a Sixth Amended Complaint. Lead Plaintiffs' reply papers are currently due on April 29, 2013, and pursuant to the agreed-upon one-week extension, such reply papers are now due on May 6, 2013. This is the first extension of this deadline.

  Thank you for your continued attention to this matter. If the Court has any questions, we are available at your convenience to discuss them.

         Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
         OLSTEIN, BRODY & AGNELLO

         /s/ Lindsey H. Taylor

         LINDSEY H. TAYLOR

cc:  Counsel of Record (by ECF)