**SAIBER LLC**
Jeffrey W. Lorell (jwl@saiber.com)
Marc E. Wolin (mew@saiber.com)
18 Columbia Turnpike
Suite 200
Florham Park, New Jersey 07932
(973) 622-3333

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer (jeisenhofer@gelaw.com)
Geoffrey C. Jarvis (gjarvis@gelaw.com)
Jeff A. Almeida (jalmeida@gelaw.com)
485 Lexington Ave., 29th Floor
New York, New York 10017
(646) 722-8500

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Stuart L. Berman (sberman@ktmc.com)
Johnston de F. Whitman, Jr. (jwhitman@ktmc.com)
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Case No. 2:05-cv-2367 (SRC)(CLW) |
| THIS DOCUMENT RELATES TO:<br>THE AFA LIVFÖRSÄKRINGSAKTIEBOLAG ACTION<br>CIVIL ACTION NO. 07-04024 (SRC)(CLW) | **ORDER GRANTING JOHNSTON DE F. WHITMAN, JR.** *PRO HAC VICE* **ADMISSION**<br><br>*Document Filed Electronically* |

**THIS MATTER** having been opened to the Court by Marc E. Wolin, Esq., attorneys for Plaintiffs, for an Order allowing Johnston de F. Whitman, Jr. of the law firm of Kessler Topaz Meltzer & Check, LLP, 280 King of Prussia Road, Radnor, Pennsylvania 19087, to appear and participate *pro hac vice* in this matter, and the Court having considered said application; and there being no opposition; and for other

and good cause having been shown, pursuant to L.Civ.R. 101.1(c) of the United States District Court for the District of New Jersey;

IT IS on this 25 day of April, 2013, hereby

**ORDERED**, that Johnston de F. Whitman, Jr., Esq., a member of the bar of the States of New York and Pennsylvania, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c) of the United States District Court for the District of New Jersey; provided however, that all proceedings, briefs and other papers filed with the Court shall be signed by Marc E. Wolin, Esq., or a designated attorney in his office, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED**, that Johnston de F. Whitman, Jr., Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of receipt of the entry of this Order; and it is further

**ORDERED**, that Johnston de F. Whitman, Jr., Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of

the fee for admission *pro hac vice* in accordance with L.Civ.R. 101.1(c)(3), *Appearance Pro Hac Vice; Local Counsel*, within twenty (20) days of receipt of the entry of this Order; and it is further

**ORDERED**, that Johnston de F. Whitman, Jr., Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED**, that Johnston de F. Whitman, Jr., Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
**HONORABLE CATHY L. WALDOR,
UNITED STATES MAGISTRATE JUDGE**