**SAIBER LLC**
Jeffrey W. Lorell (jwl@saiber.com)
Marc E. Wolin (mew@saiber.com)
18 Columbia Turnpike
Suite 200
Florham Park, New Jersey 07932
(973) 622-3333

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer (jeisenhofer@gelaw.com)
Geoffrey C. Jarvis (gjarvis@gelaw.com)
Jeff A. Almeida (jalmeida@gelaw.com)
485 Lexington Ave., 29th Floor
New York, New York 10017
(646) 722-8500

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Stuart L. Berman (sberman@ktmc.com)
Johnston de F. Whitman, Jr. (jwhitman@ktmc.com)
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>The Stichting Pensioenfonds ABP Matter,<br>    Case No. 05-cv-5060<br>The Norges Bank v. Merck & Co., Inc. Matter,<br>    Case No. 07-cv-4021<br>The Deka Investment GmbH Matter,<br>    Case No. 07-cv-4022<br>The Union Asset Management Holding AG Matter,<br>    Case No. 07-cv-4023<br>The AFA Livforsakringsaktiebolag Matter,<br>    Case No. 07-cv-4024<br>The Allianz Global Investors Kapitalanlagegesellschaft MbH Matter,<br>    Case No. 07-cv-4551<br>The Pioneer Investments Kapitalanlagegesellschaft Matter,<br>    Case No. 07-cv-4546 | MDL No. 1658 (SRC)<br>Case No. 2:05-cv-2367 (SRC)(CLW)<br><br>**APPLICATION AND CERTIFICATION OF MARC E. WOLIN IN SUPPORT OF THE PRO HAC VICE <u>ADMISSION OF CO-COUNSEL</u>**<br><br>*Document Filed Electronically* |

{00776525.DOC}

**MARC E. WOLIN**, of full age, hereby certifies as follows:

1. I am a member of the law firm of Saiber LLC, 18 Columbia Turnpike, Suite 200, Florham Park, New Jersey 07932. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of these bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this Certification in support of the application by Plaintiffs for the admissions *pro hac vice* of Deborah A. Elman, Esq., Robert D. Gerson, Esq., Christine M. Mackintosh, Esq. and Caitlin Moyna, Esq. of the law firm of Grant & Eisenhofer, P.A., 485 Lexington Avenue, 29th Floor, New York, New York 10017, to appear in this action as co-counsel for Plaintiffs.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Saiber LLC. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4. I further understand that I am responsible for the conduct of the above listed attorneys admitted *pro hac vice* to appear and participate as co-counsel in this matter and will continue to make all appearances on behalf of Plaintiffs unless excused by the Court.

5. As set forth in the Declaration of Deborah A. Elman, submitted herewith, respective counsel for Defendants Merck & Co., Inc. and Edward M. Scolnick in this matter have advised that they have no objection to the *pro hac vice* admission of the above listed counsel and consent to the same.

6. On behalf of Plaintiffs, I respectfully request that the Court grant its application to have Deborah A. Elman, Esq., Robert D. Gerson, Esq., Christine M. Mackintosh, Esq. and Caitlin Moyna, Esq., admitted *pro hac vice* to appear and participate as its co-counsel in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *Marc E. Wolin*
MARC E. WOLIN

Dated: May 13, 2013

3