| | |
|---|---|
| **SAIBER LLC**<br>Jeffrey W. Lorell (jwl@saiber.com)<br>Marc E. Wolin (mew@saiber.com)<br>18 Columbia Turnpike<br>Suite 200<br>Florham Park, New Jersey 07932<br>(973) 622-3333 | **GRANT & EISENHOFER P.A.**<br>Jay W. Eisenhofer (jeisenhofer@gelaw.com)<br>Geoffrey C. Jarvis (gjarvis@gelaw.com)<br>Jeff A. Almeida (jalmeida@gelaw.com)<br>485 Lexington Ave., 29th Floor<br>New York, New York 10017<br>(646) 722-8500 |

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Stuart L. Berman (sberman@ktmc.com)
Johnston de F. Whitman, Jr. (jwhitman@ktmc.com)
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>The Stichting Pensioenfonds ABP Matter,<br>    Case No. 05-cv-5060<br>The Norges Bank v. Merck & Co., Inc. Matter,<br>    Case No. 07-cv-4021<br>The Deka Investment GmbH Matter,<br>    Case No. 07-cv-4022<br>The Union Asset Management Holding AG Matter,<br>    Case No. 07-cv-4023<br>The AFA Livforsakringsaktiebolag Matter,<br>    Case No. 07-cv-4024<br>The Allianz Global Investors Kapitalanlagegesellschaft MbH Matter,<br>    Case No. 07-cv-4551<br>The Pioneer Investments Kapitalanlagegesellschaft Matter,<br>    Case No. 07-cv-4546 | MDL No. 1658 (SRC)<br>Case No. 2:05-cv-2367 (SRC)(CLW)<br><br>**ORDER GRANTING**<br>***PRO HAC VICE* ADMISSIONS**<br>**OF DEBORAH A. ELMAN,**<br>**ROBERT D. GERSON,**<br>**CHRISTINE M. MACKINTOSH**<br>**AND CAITLIN MOYNA**<br><br>*Document Filed Electronically* |

{00776533.DOC}

**THIS MATTER** having been opened to the Court by Marc E. Wolin, Esq., attorneys for Plaintiffs, for an Order allowing Deborah A. Elman, Robert D. Gerson, Christine M. Mackintosh and Caitlin Moyna of the law firm of Grant & Eisenhofer, P.A., 485 Lexington Avenue, 29th Floor, New York, New York 10017, to appear and participate *pro hac vice* in this matter, and the Court having considered said application; and there being no opposition; and for other and good cause having been shown, pursuant to L.Civ.R. 101.1(c) of the United States District Court for the District of New Jersey;

**IT IS** on this _____ day of _____, 2013, hereby

**ORDERED**, that Deborah A. Elman, Robert D. Gerson, Christine M. Mackintosh and Caitlin Moyna, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c) of the United States District Court for the District of New Jersey; provided however, that all proceedings, briefs and other papers filed with the Court shall be signed by Marc E. Wolin, Esq., or a designated attorney in his office, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED**, that Deborah A. Elman, Robert D. Gerson, Christine M. Mackintosh and Caitlin Moyna shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of receipt of the entry of this Order; and it is further

**ORDERED,** that Deborah A. Elman, Robert D. Gerson, Christine M. Mackintosh and Caitlin Moyna shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of the fee for admission *pro hac vice* in accordance with L.Civ.R. 101.1(c)(3), *Appearance Pro Hac Vice; Local Counsel*, within twenty (20) days of receipt of the entry of this Order; and it is further

**ORDERED**, that Deborah A. Elman, Robert D. Gerson, Christine M. Mackintosh and Caitlin Moyna shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED**, that Deborah A. Elman, Robert D. Gerson, Christine M. Mackintosh and Caitlin Moyna shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

                                        **HONORABLE CATHY L. WALDOR, U.S.M.J.**