# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | MELISSA E. FLAX | www.carellabyrne.com | _____ | DONALD A. ECKLUND |
| JAN ALAN BRODY | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| JOHN M. AGNELLO | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| CHARLES M. CARELLA | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | |

°MEMBER NY BAR ONLY
+MEMBER FL BAR ONLY

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

May 16, 2013

<u>VIA ECF</u>

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

          Re:    *In re Merck & Co., Inc. Secs., Deriv. and ERISA Litig.,*
                 Civil Action No. 05-2367 (SRC)(CLW)

Dear Judge Waldor:

      We, along with Co-Lead Counsel, represent the Lead Plaintiffs in the above-referenced action. Please find enclosed a proposed form of Order for the issuance of Letters of Request for Dr. Carlo Patrono along with the Letters of Request. Defendants do not object to the issuance of these Letters. If the Letters of Request meet with the Court's approval, kindly sign the Order and the Letters and have the Clerk return the stamped original of the Letters to us.

      Given the upcoming deadline for fact discovery in this action and the additional amount of time it will take Plaintiffs to proceed with this deposition in Italy, we respectfully request that the Court address the Letters at its earliest convenience.

      Thank you for your continued attention to this matter. If the Court has any questions about the motion or the relief sought, we are available at the Court's convenience.

                              Respectfully submitted,

                           CARELLA, BYRNE, CECCHI,
                           OLSTEIN, BRODY & AGNELLO

                           /s/ Lindsey H. Taylor

                           LINDSEY H. TAYLOR

cc:    Counsel of Record (by ECF)