MARTIN L. PERSCHETZ
Martin.Perschetz@srz.com
WILLIAM H. GUSSMAN, JR.
Bill.Gussman@srz.com
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000; Fax: (212) 593-5955

LAWRENCE M. ROLNICK
lrolnick@lowenstein.com
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: (973) 597-2500; Fax: (973) 597-2400
*Attorneys for Defendant Dr. Edward M. Scolnick*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION<br><br>THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | MDL No. 1658 (SRC)<br><br>Civil No: 2:05-CV-01151-SRC-CLW<br>Civil No.: 2:05-CV-02367-SRC-CLW<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JILL L. GOLDBERG, ESQ.** |

**TO:**  All Counsel of Record

**PLEASE TAKE NOTICE** that on July 1, 2013, or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendant Dr. Edward M. Scolnick, shall move before the Honorable Cathy L. Waldor, U.S.M.J., at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey 07101 for an order admitting Jill L. Goldberg, Esq. of the law firm Schulte Roth & Zabel LLP, to appear before this Court *pro hac vice* for the purpose of acting as co-counsel to Dr. Edward M. Scolnick in this action.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion the undersigned counsel shall rely upon the annexed Certifications of Sheila A. Sadighi, Esq. and Jill L. Goldberg, Esq.  A proposed form of Order is also submitted herewith.

                                                Respectfully submitted,

Dated:  May 30, 2013                      By: /s/ Sheila A. Sadighi
                                                Sheila A. Sadighi, Esq.
                                                **LOWENSTEIN SANDLER LLP**
                                                65 Livingston Avenue
                                                Roseland, New Jersey 07068
                                                Tel.: 973.597.2500
                                                Fax: 973.597.2400
                                                ssadighi@lowenstein.com