UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| This document relates to: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-CLW<br>Case No. 2:05-CV-02367-SRC-CLW |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL A CONFIDENTIAL EXHIBIT ACCOMPANYING DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THE PROPOSED SIXTH AMENDED CLASS ACTION COMPLAINT**

Defendants Merck & Co., Inc., and Alise S. Reicin (collectively, "Defendants") in the above-captioned action, having moved for entry of an order granting leave to file under seal a confidential exhibit accompanying Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Leave To File the Proposed Sixth Amended Class Action Complaint, dated April 22, 2013.

This Court having considered the papers submitted, and for good cause shown, finds that Defendants' Motion to file under seal should be GRANTED.

IT IS HEREBY ORDERED that Defendants' Motion be, and hereby is, granted in its entirety.

_June 5_, 2013

s/Cathy L. Waldor

~~Stanley R. Chesler~~
~~United States District Judge~~
Cathy L. Waldor
U.S.M.J.