James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
    OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Lead Plaintiffs*

Salvatore J. Graziano
David Wales
Adam H. Wierzbowski
Kristin Ann Meister
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

David A.P. Brower
Richard H. Weiss
BROWER PIVEN
    A PROFESSIONAL CORPORATION
475 Park Avenue South, 33rd Floor
New York, NY 10016
(212) 501-9000

Matthew A. Kupillas
Roland W. Riggs
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Jules Brody
Mark Levine
Patrick Slyne
STULL, STULL & BRODY
6 East 45th Street, 5th Floor
New York, NY 10017
(212) 687-7230

*Co-Lead Counsel for Lead Plaintiffs
and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) Civil Action No. 2:05-CV-1151 (SRC) (CLW) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Civil Action No. 2:05-CV-2367 (SRC) (CLW) |

### ORDER

    This matter having been opened to the Court by way of motion by Lead Plaintiffs for the

entry of an Order sealing Lead Plaintiffs' Reply Memorandum of Law in Support of Their

Motion for Leave to File Amended Class Action Complaint and the exhibits to the Declaration of Salvatore J. Graziano, and the Court having considered Lead Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this _____5_____ day of ~~May~~ June, 2013,

ORDERED that Lead Plaintiffs' Memorandum of Law in Further Support of Their Motion for Leave to File Amended Class Action Complaint and the exhibits to the Declaration of Salvatore J. Graziano, filed May 6, 2013, are hereby sealed.

s/Cathy L. Waldor

_____
CATHY L. WALDOR, U.S.M.J.