UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-CLW<br>Case No. 2:05-CV-02367-SRC-CLW<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION** |

This matter having been brought before the Court by Lowenstein Sandler LLP, attorneys for Defendant Edward M. Scolnick, for an Order allowing Jill L. Goldberg, Esq. to appear and to participate *pro hac vice*, and the Court having considered the certifications of Sheila A. Sadighi, Esq. and Jill L. Goldberg, Esq. in support of the application;

**IT IS ON THIS** ___5___ day of ___June___, 2013;

**ORDERED** that Jill L. Goldberg, Esq. be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c) and the individual practices of this Court; and it is

**FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the firm of Lowenstein Sandler LLP, who shall be held responsible for said papers, and for the conduct of the case, and who shall be present in Court during all steps of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is

**FURTHER ORDERED** that Jill L. Goldberg, Esq. shall pay the annual fee required by the New Jersey Lawyers' Fund For Client Protection in accordance with New Jersey Court Rules 1:20-1(b), 1:28-2(a); and 1:28B-1(e) within (20) days from the date of the entry of this Order; and it is

**FURTHER ORDERED** that Jill L. Goldberg, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the

provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that Jill L. Goldberg, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, governing contingent fees, as amended.

s/Cathy L. Waldor
_____
Hon. Cathy L. Waldor, U.S.M.J.