GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
Geoffrey C. Jarvis
Deborah Elman
Caitlin Moyna
485 Lexington Avenue, 29th Floor
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722 8501

KESSLER TOPAZ MELTZER
& CHECK, LLP
David Kessler
Stuart L. Berman
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

SAIBER LLC
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | : MDL No. 1658 (SRC) <br> : <br> : Civil Action No. 05-02367 (SRC)(CLW) <br> : |
| THIS DOCUMENT RELATES TO: THE AFA LIVFÖRSÄKRINGSAKTIEBOLAG ACTION, CIVIL ACTION NO. 2:07-4024 (SRC) (CLW) | : [~~PROPOSED~~] ORDER <br> : <br> : <br> : <br> : |

Plaintiffs AFA Livförsäkringsaktiebolag; AFA Trygghetsförsäkringsaktiebolag; AFA Sjukförsäkringsaktiebolag on its own behalf and on behalf of Kollektivavtalsstiftelsen Trygghetsfonden TSL; Alecta Pensionsförsäkring, Ömsesidigt; Fjärde AP-Fonden; Sjunde AP-Fonden; Danske

Invest Administration A/S; Swedbank Robur AB; AMF Pension Fondförvaltning AB; Arbetsmarknadsförsäkringar Pensionsförsäkringsaktiebolag; Skandinaviska Enskilda Banken AB on its own behalf and on behalf of SEB Investment Management AB, SEB Asset Management S.A., and Gamla Livförsäkringsaktiebolag SEB Trygg Liv in the above-captioned matter, having moved the Court, by and through their counsel, for entry of an Order granting leave to amend, and the Court having considered the papers submitted, and for good cause shown,

IT IS THIS __5__ day of ~~April~~ June, 2013

ORDERED that Plaintiffs' motion for leave to amend is granted; and it is further

ORDERED that Plaintiffs shall file a clean copy of the [Proposed] Second Amended Complaint in the form annexed as Exhibit A to Plaintiffs' Local Civil Rule 7.1(d)(4) Statement in Lieu of Brief in Support of Motion for Leave to Amend, within five (5) days of the Court's entry of this Order.

*s/Cathy L. Waldor*

Hon. ~~Stanley R. Chesler~~, Cathy L. Waldor
United States ~~District Judge~~ M.S.