**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
Tel:   (856) 488-7700
ATTORNEYS FOR NON-PARTY LOREN LAINE, M.D.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE:  MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | : : : : : : : | Civil Action No. 2:05-cv-02367-SRC-CLW<br><br>MDL No. 1658 (SRC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of non-party Loren Laine, M.D. in the above-captioned matter.

                                      MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
                                      Attorneys for Non-Party Loren Laine, M.D.


                                      By:   s/Paul H. Zoubek
                                              pzoubek@mmwr.com

Dated:  June 13, 2013

3465632v1