# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC.<br>SECURITIES, DERIVATIVE &<br>"ERISA" LITIGATION | :    CIVIL ACTION<br>:    NO. 2:05-cv-02367-SRC-CLW<br>:<br>:    MDL No. 1658 (SRC)<br>:<br>:<br>: |

### AFFIDAVIT OF LOREN LAINE, M.D. PURSUANT TO 28 U.S.C. §1746

I, Loren Laine, M.D., hereby state as follows:

1. I am a Professor of Medicine and a director of clinical research at the Yale University School of Medicine. I teach at the University and supervise students and physicians-in-training. Before joining the faculty at Yale, I was associate chair in the department of medicine of the University of Southern California (USC) School of Medicine and chief of staff of the Los Angeles County + USC Healthcare Network.

2. I am the Chair of the American Gastroenterological Association and the immediate past-President of the American Gastroenterological Association Institute, have served on the AGA Institute Governing Board three times, and chaired the AGA Institute Council. I have also previously been elected to chair two of the AGA Institute Council sections: the esophageal, gastric and duodenal disorders section and the clinical practice section. I have also served as an associate editor of Gastroenterology.

3. Over the years, I have been a member of the American Board of Internal Medicine and have been involved with activities of the National Institutes of Health and the U.S. Food and Drug Administration, as well as with the American Society for Gastrointestinal Endoscopy and the American College of Gastroenterology.

-2-

4. In addition to the duties listed above, I am a full-time academic physician and research scientist with an extremely busy schedule and calendar. I teach and supervise students and physicians-in-training throughout the year, supervise a number of ongoing research projects, and am active in the clinical care of numerous patients.

5. I have previously been deposed in VIOXX-related litigation in the case of *State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck and Co, Inc.*, Case No. 05-3700.

6. I do not wish to testify as an expert witness in the VIOXX litigation.

7. I have never been an employee of Merck & Co., Inc. although I have consulted with a number of the major pharmaceutical companies, including Merck.

8. During the course of my career, my research has focused on all aspects of gastrointestinal bleeding (variceal, non-variceal, occult, obscure and lower), ulcer disease (Helicobacter pylori, NSAIDs, low-dose aspirin), GERD, dyspepsia, and AIDS-related disorders. I have conducted extensive research and authored many publications on these and related areas.

9. I believe that if I were compelled to provide testimony in this matter - beyond confirming my prior communications with Merck – it would effectively require me to provide expert testimony without having been retained to do so, and would impose a burden on my time now devoted to academic, research, and patient care endeavors.

10. I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 12, 2013

*Loren Laine* (signature)
Dr. Loren Laine, M.D.