✎ AO 132  (Rev. 5/85) Exemplification Certificate

# UNITED STATES DISTRICT COURT

FOR  THE                                     District of                            NEW  JERSEY

## EXEMPLIFICATION CERTIFICATE

I,                    WILLIAM T. WALSH                    , Clerk of this United States District Court,
keeper of the records and seal, certify that the attached documents:
are true Xerox copies of original judgment in Civ.  05-2367SRC  IN RE MERCK & CO. INC., SECURITIES,
DERIVATIVE & "ERISA" LITIGATION

are true copies of records of this Court.

    In testimony  whereof  I sign  my  name  and  affix  the  seal  of  this  Court,  in  this  District,  at

| NEWARK, NEW JERSEY | on | June 6, 2013 |
|---|---|---|
| *City* | | *Date* |

WILLIAM T. WALSH                                         *Norma Rodriguez*
*Clerk*                                                              *(By) Deputy Clerk*

I,                    CATHY L. WALDOR                    , a Judicial Officer of this Court,
certify that                    WILLIAM T. WALSH                    , named  above,  is and was  on  the date
Clerk of this Court,  duly appointed and sworn,  and keeper of the records and seal,  and that this certificate,
the attestation of the record, are in accordance with the laws of the United States.

*June 10, 2013*                                           *[signature]*
*Date*                                                          *Signature of Judicial Officer*

                                      ~~U.S. DISTRICT COURT JUDGE~~  U.S.M.J.
                                        *Title*

I,                    WILLIAM T.  WALSH                    , Clerk of this United States District Court,
keeper of the seal, certify that the Honorable                    CATHY L. WALDOR                    ,
                                                *Judicial Officer*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified,
and that I am well acquainted with the Judicial Officer's official signature and know and certify the above
signature to be that of the Judicial Officer.
    In testimony whereof I sign my name, and affix the seal of this Court at

| Newark, N.J. | in this State, on | June 6, 2013 |
|---|---|---|
| *City* | | *Date* |

WILLIAM T.WALSH                                         *Norma Rodriguez*
*Clerk*                                                              *(By) Deputy Clerk*