**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
485 Lexington Avenue, 29th Floor
New York, New York 10017
T: (646) 722-8500
F: (646) 722-8501

**SAIBER LLC**
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
T: (973) 622-3333
F: (973) 622-3349

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus
100 S.E. Second Street, Suite 2610
Miami, Florida 33131
T: (786) 235-5000
F: (786) 235-5005

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Case No. 2:05-CV-2367-SRC-CLW |
| This Document Relates To:<br>*Deka Investment GmbH, et al. v. Merck & Co., Inc., et al.* | Case No. 2:07-cv-4022 |

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS ASSERTED BY PLAINTIFF INTERNATIONAL FUND MANAGEMENT S.A. PURSUANT TO FED RULE CIV. PROC. 41(a)(1)(A)(ii)**

WHEREAS Plaintiff International Fund Management S.A. ("Plaintiff") wishes to voluntarily dismiss the above-referenced action in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

WHEREAS Defendants, by and through their respective counsel, have agreed to Plaintiff's request to voluntarily dismiss this action with prejudice as to Plaintiff's rights to file any future action against Defendants arising out of the same facts, transactions or occurrences as the claims asserted in the above-captioned action, but without prejudice as to Plaintiff's rights to seek to pursue claims as members of the Class certified in Case No. 2:05-CV-2367 (SRC)(CLW) (Dkt. Nos. 472-473), including seeking to participate in any settlement or judgment obtained on behalf of such Class; and

WHEREAS all parties have agreed to bear their own costs and attorneys' fees incurred in connection with this action;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and upon the stipulation and agreement of the parties, by and through their respective counsel, that the above-captioned action is hereby DISMISSED with prejudice to the filing of any future action by Plaintiff against Defendants arising out of the same facts, transactions or occurrences as the claims asserted in the above-captioned action, and without prejudice to Plaintiff's right to seek to pursue claims as members of the Class certified in Case No. 2:05-CV-2367 (SRC)(CLW), including seeking to participate in any settlement or judgment obtained on behalf of such Class, with all parties to bear their own costs and attorneys' fees. The parties reserve their respective rights to make any arguments with respect to any application by Plaintiff to pursue claims as members of the Class certified in Case No. 2:05-CV-2367 (SRC)(CLW), except that the parties shall not cite either the fact of filing the above-

captioned action or the fact of its dismissal pursuant to this Stipulation as an argument for, or against, participation in the Class.

**STIPULATED AND AGREED:**

Dated: June 18, 2013

**CRAVATH, SWAINE & MOORE LLP**

*/s/ Evan R. Chesler*

Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

**HUGHES HUBBARD & REED LLP**
William R. Stein
Eric S. Parnes
1775 I Street, NW
Washington, DC 20006-2401
(202) 721-4600

*Counsel for Defendants Merck & Co., Inc. and Alise S. Reicin*

Dated: June 18, 2013

**SCHULTE ROTH & ZABEL LLP**

*/s/ Martin L. Perschetz*

Martin L. Perschetz, *admitted pro hac vice*
Sung-Hee Suh, *admitted pro hac vice*
William H. Gussman, Jr., *admitted pro hac vice*
919 Third Avenue
New York, New York 10022
(212) 756-2000

Dated: June 18, 2013

**GRANT & EISENHOFER P.A.**

*/s/ Jeff A. Almeida*

Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722 8501

**SAIBER LLC**
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus
100 S.E. Second Street, Suite 2610
Miami, FL 33131
Telephone: (786) 235-5000
Facsimile: (786) 235-5005

*Counsel for Plaintiffs Deka Investment GmbH, Deka International S.A. Luxemburg, International Fund Management S.A., and Metzler Investment GmbH*

**LOWENSTEIN SANDLER PC**
Lawrence M. Rolnick
Sheila A. Sadighi
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

*Counsel for Defendant Dr. Edward M. Scolnick*

                                      **SO ORDERED** this ___ day of June 2013

                                              _____
                                              Hon. Stanley R. Chesler
                                              United States District Judge