**SAIBER LLC**
Jeffrey W. Lorell (jwl@saiber.com)
Marc E. Wolin (mew@saiber.com)
18 Columbia Turnpike
Suite 200
Florham Park, New Jersey 07932
(973) 622-3333

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer (jeisenhofer@gelaw.com)
Geoffrey C. Jarvis (gjarvis@gelaw.com)
Jeff A. Almeida (jalmeida@gelaw.com)
485 Lexington Ave., 29th Floor
New York, New York 10017
(646) 722-8500

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Stuart L. Berman (sberman@ktmc.com)
Johnston de F. Whitman, Jr. (jwhitman@ktmc.com)
Naumon Amjed (namjed@ktmc.com)
Michelle M. Newcomer (mnewcomer@ktmc.com)
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Case No. 2:05-cv-2367 (SRC)(CLW)<br><br>**ORDER** |
| THIS DOCUMENT RELATES TO:<br>THE AFA LIVFÖRSÄKRINGSAKTIEBOLAG ACTION<br>CIVIL ACTION NO. 07-04024 (SRC)(CLW) | *Document Filed Electronically* |

**THIS MATTER** having been opened to the Court by the letter of Marc E. Wolin, Esq., attorneys for Plaintiffs, for an Order vacating the order entered on June 6, 2013 (docket entry no. 531), and replacing it with this Order, and the Court having

considered said letter; and there being no opposition; and for other and good cause having been shown;

**IT IS** on this ___18___ day of June, 2013, hereby

**ORDERED**, that this Court's Order entered on June 6, 2013, docket entry number 531, shall be and hereby is, VACATED; and it is further

**ORDERED**, that the motion for Leave to Amend of Plaintiffs AFA Livförsäkringsaktiebolag; AFA Trygghetsförsäkringsaktiebolag; AFA Sjukförsäkringsaktiebolag on its own behalf and on behalf of Kollektivavtalsstiftelsen Trygghetsfonden TSL; Alecta Pensionsförsäkring, Ömsesidigt; Fjärde AP-Fonden; Sjunde AP-Fonden; Danske Invest Administration A/S; Swedbank Robur AB; AMF Pension Fondförvaltning AB; Arbetsmarknadsforsakringar Pensionsförsäkringsaktiebolag; Skandinaviska Enskilda Banken AB on its own behalf and on behalf of SEB Investment Management AB, SEB Asset Management S.A., and Gamla Livförsäkringsaktiebolag SEB Trygg Liv (collectively "the plaintiffs" ) is GRANTED; and it is further

**ORDERED** that the Plaintiffs shall file a clean copy of the Second Amended Complaint, subject to the ministerial changes reflected in the above-referenced letter from the Plaintiffs' counsel, in the form annexed as Exhibit A to Plaintiffs' Local Civil Rule 7.1(d)(4) Statement in Lieu of Brief in Support of Motion for Leave to amend within five (5) days of the Court's entry of this Order; and it is further

**ORDERED**, as stipulated by the parties on May 6, 2013, that the parties to the AFA Action, including Danske Invest Management A/S and Swedbank Robur Fonder AB, are and remain bound to the Court's orders dated January 23, 2012, and August 14, 2012, such that any claims dismissed in the August 8 Opinion in the Consolidated Securities Class Action or the August 1 Opinion in the ABP Action shall be deemed dismissed to the same extent from the Second Amended Complaint in the AFA Action; and it is further

**ORDERED**, as stipulated by the parties on May 6, 2013, that the parties to the AFA Action hereby stipulate and agree that any arguments raised by Defendants and/or Plaintiffs in *KBC Asset Mgmt. NV v. Merck & Co., Inc.*, No. 11-cv-6259-SRC-CLW (the "KBC Action") in connection with any briefing on Defendants' motion to dismiss the Complaint in the KBC Action shall not be re-briefed in the AFA Action, but shall be preserved for appeal as if such arguments had been raised with respect to Danske Invest Management A/S and Swedbank Robur Fonder AB in the AFA Action.

_____
**HONORABLE CATHY L. WALDOR,**
**UNITED STATES MAGISTRATE JUDGE**