**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
Tel: (856) 488-7700
ATTORNEYS FOR NON-PARTY LOREN LAINE, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | Civil Action No. 2:05-cv-02367-SRC-CLW<br><br>MDL No. 1658 (SRC) |

## CONSENT ORDER ADMITTING JEREMY D. MISHKIN, ESQUIRE
### *PRO HAC VICE*

**THIS MATTER** having come before the Court upon the agreement of Plaintiffs (represented by Bernstein Litowitz Berger & Grossman, LLP, with Brett Van Benthysen, Esquire appearing) and non-party Loren Laine, M.D. ("Dr. Laine"); and

**WHEREAS** this matter having come before the Court on the application of Montgomery, McCracken, Walker & Rhoads, LLP ("the movant"), attorneys for non-party Dr. Laine, for the *pro hac vice* admission of Jeremy D. Mishkin, Esquire, pursuant to L. Civ. R. 101.1; and

**WHEREAS** the Court having considered the submissions in support of the motion, which reflect that counsel satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and there being no opposition to this application; and for good cause shown;

3459281v1

IT IS on this 2 day of July 2013 **ORDERED** that the application for the *pro hac vice* admission of counsel Jeremy D. Mishkin, Esquire is granted;

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

**IT IS FURTHER ORDERED** that the movant shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that counsel shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys;

**IT IS FURTHER ORDERED** that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

**IT IS FURTHER ORDERED** that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, within twenty (20) days

from the date of the entry of this Order, for each year in which counsel represents the client in this matter;

**IT IS FURTHER ORDERED** that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(3)(c); and

**IT IS FURTHER ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceedings shall occur because of the participation of counsel or his inability to be in attendance at proceedings.

APPROVED AND SO ORDERED

_____
HONORABLE CATHY L. WALDOR, U.S.M.J.
~~United States District Judge~~

| | |
|---|---|
| I hereby consent on behalf of my clients to entry of the foregoing Order. | I hereby consent on behalf of my client to entry of the foregoing Order. |
| s/Brett Van Benthysen | s/Paul H. Zoubek |
| Brett Van Benthysen, Esquire | Paul H. Zoubek |
| Bernstein Litowitz Berger & Grossmann LLP | Montgomery, McCracken, Walker & Rhoads LLP |
| 1285 Avenue of the Americas | 457 Haddonfield Road, Suite 600 |
| 38th Floor | Cherry Hill, NJ 08002 |
| New York, NY 10019 | 856-488-7731 |
| 212.554.1538 | pzoubek@mmwr.com |
| Brett@blbglaw.com | |
| *Attorneys for the Plaintiffs* | *Attorneys for Non-Party Dr. Loren Laine* |

3459281v1