James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN
  BRODY & AGNELLO, P.C.
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

*Co-Liaison Counsel for Plaintiffs and the Class*

Salvatore J. Graziano
David Wales
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

*Co-Lead Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL 1658(SRC)<br>Case No. 02:05-CV-01151-SRC-CLW |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED SECURITIES ACTION | Case No. 02:05-CV-02367-SRC-CLW |

## NOTICE OF WITHDRAWAL

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT William C. Fredericks is no longer with Bernstein Litowitz Berger & Grossmann LLP and is hereby withdrawn as counsel for the Plaintiffs and Co-Lead Counsel for the Class in the above-captioned action. The law firm of Bernstein Litowitz Berger & Grossmann LLP continues to serve as Co-Lead Counsel for the Plaintiffs and the Class

through attorneys Salvatore J. Graziano and David Wales, who request that all future correspondence and papers in this action continue to be directed to them.

DATED:  August 29, 2013                             CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                                                  BRODY & AGNELLO, P.C.

                                                                         *Co-Liaison Counsel for Plaintiffs and the Class*


                                                                         By: /s/ James E. Cecchi
                                                                                   JAMES E. CECCHI

Salvatore J. Graziano
David Wales
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court via the CM/ECF system. The CM/ECF system will send automatic notification of the filing to all counsel of record registered for CM/ECF.

Dated: August 29, 2013

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.


By: /s/ James E. Cecchi
    JAMES E. CECCHI