UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 05-CV-01151-SRC-CLW<br>Case No. 05-CV-02367-SRC-CLW |

STIPULATION AND [PROPOSED] ORDER

WHEREAS, *In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation*, MDL No. 1658 (the "MDL") is pending before this Court;

WHEREAS, the consolidated securities action, No. 05-CV-02367 (the "Class Action"), is one of the pending MDL proceedings;

WHEREAS, pursuant to the September 4, 2013, schedule for briefing of dispositive motions (ECF No. 570), dispositive motions in the Class Action will be filed on January 17, 2014;

WHEREAS, counsel for the parties in the Class Action have conferred in good faith and agreed upon an extension of the Court's page limits for the briefing of such motions;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the Class Action, through their undersigned counsel, AND SO ORDERED, as follows:

1. Defendants Merck & Co., Inc. and Alise S. Reicin shall be permitted a single brief in support of any dispositive motion not to exceed sixty (60) pages;

2. Defendant Edward Scolnick shall be permitted a brief in support of any dispositive motion not to exceed thirty (30) pages in total;

3. Plaintiffs' brief(s) in opposition to Defendants' dispositive motions shall not exceed ninety (90) pages in total, and Plaintiffs may file a single omnibus brief in opposition to all Defendants' motion(s);

4. Defendants' reply brief(s) in support of any dispositive motions shall not exceed forty-five (45) pages in total (whether filed jointly or separately); and

5. In all briefing of dispositive motions, the parties shall use 12-point proportional font (*e.g.*, Times New Roman 12pt) with double-spaced text and single-spaced footnotes. *See* L. Civ. R. 7.2(d).

DATED: December 30, 2013

By: /s/ Adam Wierzbowski /PR
Salvatore J. Graziano
David Wales
Adam Wierzbowski
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

Matthew Gluck
Matthew A. Kupillas
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229

Respectfully submitted,

David A.P. Brower
Richard H. Weiss
**BROWER PIVEN**
   **A Professional Corporation**
475 Park Avenue South, 33rd Floor
New York, NY 10016
Tel.: (212) 501-9000
Fax: (212) 501-0300

Mark Levine
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel.: (212) 687-7230
Fax: (212) 490-2022

*Plaintiffs' Co-Lead Counsel*

DATED: December 30, 2013

**CRAVATH, SWAINE & MOORE LLP**

/Karin A. DeMasi/RR
Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
kdemasi@cravath.com

*Counsel for Defendants Merck & Co., Inc. and Alise S. Reicin.*

DATED: December 30, 2013

**SCHULTE ROTH & ZABEL LLP**

/William Gussman/RR
Martin L. Perschetz
Sung-Hee Suh
William H. Gussman, Jr.
919 Third Avenue
New York, NY 10022
(212) 756-2000
bill.gussman@srz.com

*Counsel for Defendant Edward M. Scolnick*

SO ORDERED: 1/2/14 , ~~2013~~

_____
Cathy L. Waldor
United States Magistrate Judge