James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Lead Plaintiffs*

Salvatore J. Graziano
Adam H. Wierzbowski
Kristin Ann Meister
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-2367 (SRC) (CLW) |
|---|---|
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | **ORDER** |

This matter having been opened to the court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Liaison Counsel for Lead Plaintiffs, and the Court having considered the moving papers, and counsel for defendants having no objection hereto, and for good cause shown,

IT IS THIS day 27th of January, 2014,

ORDERED that Catherine McCaw of Bernstein Litowitz Berger & Grossmann LLP is hereby admitted *pro hac vice* on behalf of Lead Plaintiffs in the above matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Catherine McCaw shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which she continues to appear *pro hac vice* in this matter, and $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

                                                CATHY L. WALDOR, U.S.M.J.