UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION, THE DIRECT ACTIONS: | Case No. 05-CV-01151-SRC-CLW Case No. 05-CV-02367-SRC-CLW |
| *Stichting Pensioenfonds ABP v. Merck & Co., Inc.*; | No. 05-cv-5060-SRC-CLW |
| *AFA Livförsäkringsaktiebolag v. Merck & Co., Inc.*; | No. 07-cv-4024-SRC-CLW |
| *Norges Bank v. Merck & Co., Inc.*; | No. 07-cv-4021-SRC-CLW |
| *Deka Investment GmbH v. Merck & Co., Inc.*; | No. 07-cv 4022-SRC-CLW |
| *Union Asset Mgmt. Holding, AG v. Merck & Co., Inc.*; | No. 07-cv-4023-SRC-CLW |
| *DWS Investment GmbH v. Merck & Co., Inc.*; and | No. 07-cv-4546-SRC-CLW |
| *KBC Asset Mgmt. NV v. Merck & Co., Inc.* | No. 11-cv-6259-SRC-CLW |

[~~PROPOSED~~] ORDER GRANTING
DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FILED IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Merck & Co., Inc. and Alise S. Reicin (collectively, "Defendants") in the above-captioned Consolidated Securities Action, the Direct Actions, having moved for entry of an order granting leave to file under seal [ECF Nos. 619-622 in 05-2367 and 479-482 in 05-1151] (i) Exhibits 2-65 to the Declaration of Nicole M. Peles in Support of Defendants' Motion for Summary Judgment, dated January 24, 2014; (ii) Exhibit 1 to the Declaration of Göran Millqvist, dated January 23, 2014; (iii) confidential portions of Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated January 24, 2014; and (iv) confidential portions of Defendants' Statement of

Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of Defendants' Motion for Summary Judgment, dated January 24, 2014; and

This Court having considered the papers submitted by the parties, and for good cause shown, finds that Defendants' motion for leave to file under seal should be GRANTED.

IT IS HEREBY ORDERED that Defendants' motion be, and hereby is, granted in its entirety.

February 19, 2014

~~Stanley R. Chesler~~
~~United States District Judge~~
Cathy L. Waldor
United States Magistrate Judge

\* The clerk shall terminate the following docket entries:
- ECF No. 622 in Case 05-2367
- ECF No 483 in Case 05-1151