UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-CLW<br>Case No. 2:05-CV-02367-SRC-CLW |

### [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Merck & Co., Inc. and Alise S. Reicin (collectively, "Defendants") in the above-captioned Consolidated Securities action, having moved for entry of an order granting leave to file under seal Exhibit 55 to the Declaration of Karin A. DeMasi in Support of Defendants' Motion for Summary Judgment, dated January 17, 2014 (the "DeMasi Declaration"); ECF No. 610 in 05-2367, and ECF No. 471 in 05-1151 and

This Court having considered the papers submitted by the parties, and for good cause shown, finds that Defendants' motion for leave to file under seal should be GRANTED.

IT IS HEREBY ORDERED that Defendants' motion be, and hereby is, granted in its entirety.

February 19, 2014

~~Stanley R. Chesler~~
~~United States District Judge~~
Cathy L. Waldor
United States Magistrate Judge

\* The clerk shall terminate the following docket entries:
- ECF No. 611 in case 05-2367
- ECF No. 472 in case 05-1151