UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-CLW<br>Case No. 2:05-CV-02367-SRC-CLW |

[~~PROPOSED~~] ORDER GRANTING
DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FILED IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Merck & Co., Inc. and Alise S. Reicin (collectively, "Defendants") in the above-captioned Consolidated Securities action, having moved for entry of an order granting leave to file under seal [ECF Nos. 605, 606, 607 in 05-2367, and 466, 467, 468 in 05-1151] (i) Exhibits 40, 172, 173, and 174 to the Declaration of Karin A. DeMasi in Support of Defendants' Motion for Summary Judgment, dated January 17, 2014 (the "DeMasi Declaration"), and excerpts from Exhibits 20, 27, 56, 66, 94, 141, 151, 152, 153, 154, 155, and 156 to the DeMasi Declaration; (ii) confidential portions of Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated January 17, 2014; and (iii) confidential portions of Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of Defendants' Motion for Summary Judgment, dated January 17, 2014; and

This Court having considered the papers submitted by the parties, and for good cause shown, finds that Defendants' motion for leave to file under seal should be GRANTED.

IT IS HEREBY ORDERED that Defendants' motion be, and hereby is, granted in its entirety.

February 19, 2014

~~Stanley R. Chesler~~
~~United States District Judge~~
Cathy L. Waldor
United States Magistrate Judge

\* The clerk shall terminate the following entries:
- ECF No. 608 in Case 05-2367
- ECF No. 469 in Case 05-1151