MARTIN L. PERSCHETZ
martin.perschetz@srz.com
SUNG-HEE SUH
sung-hee.suh@srz.com
WILLIAM H. GUSSMAN, JR.
bill.gussman@srz.com
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000; Fax: (212) 593-5955

LAWRENCE M. ROLNICK
lrolnick@lowenstein.com
SHEILA A. SADIGHI
ssadighi@lowenstein.com
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500; Fax: (973) 597-2400

*Attorneys for Defendant Dr. Edward M. Scolnick*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Civil No: 2:05-CV-01151-SRC-MAS CLW<br>Civil No.: 2:05-CV-02367-SRC-MAS CLW |
| | **ORDER** |

This matter having been opened to the Court by way of motion by Defendant Dr. Edward Scolnick ("Dr. Scolnick") for the entry of an Order sealing portions of Dr. Scolnick's Memorandum of Law in Support of His Motion for Summary Judgment, certain exhibits Attached to the Certification of Sheila A. Sadighi, Esq. in Support of Dr. Scolnick's Memorandum of Law in Support of His Motion for Summary Judgment, and portions of Dr. Scolnick's Local Civil Rule 56.1 Statement of Material Facts Not in Dispute, and the Court

having considered Dr. Scolnick's submissions in support of his Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS on this _____9ᵗʰ_____ day of __February__ 2014

ORDERED that portions of Dr. Scolnick's Memorandum of Law in Support of His Motion for Summary Judgment, certain exhibits Attached to the Certification of Sheila A. Sadighi, Esq. in Support of Dr. Scolnick's Memorandum of Law in Support of His Motion for Summary Judgment, and portions of Dr. Scolnick's Local Civil Rule 56.1 Statement of Material Facts Not in Dispute, Docket Entry ✱ , are hereby sealed.

✱ ECF No. 593 594, 595 in 05-2367
ECF No. 454, 455, 456 in 05-1151

_____
CATHY L. WALDOR, U.S.M.J.

✱ The clerk shall terminate
the following docket entries:
- ECF No. 595 in Case 05-2367
- ECF No. 457 in Case 05-1151

-2-