JOSEPH HAGE AARONSON LLC

485 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
(212) 407-1200
WWW.JHA.COM

MARA LEVENTHAL
DIRECT DIAL: (212) 407-1218
DIRECT FAX: (212) 407-1268
EMAIL: mleventhal@jhany.com

May 6, 2014

**By FedEx**
Clerk of the Court
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    **Re:** *In re Merck & Co., Inc. Securities, Derivative and ERISA Litigation,*
           **No. 05-CV-2367-SRC-CLW (D.N.J.)**

Dear Clerk of Court:

    Joseph Hage Aaronson LLC ("JHA") represented Interested Party Cornerstone Research, Inc. ("Cornerstone") in the above-captioned case ("*Merck*") in connection with a discovery dispute that was resolved by Court order entered on February 15, 2013 (ECF No. 485). My partner, Douglas J. Pepe, is listed as counsel of record for Cornerstone in *Merck*, and Gregory P. Joseph and I remain *pro hac vice* counsel on Cornerstone's behalf in the proceeding.

    Because Cornerstone's discovery dispute was resolved, we respectfully ask that appearances by Douglas J. Pepe, Gregory P. Joseph and myself be removed from the *Merck* docket.

                                                      Respectfully submitted,

                                                      Mara Leventhal