**SCHULTE ROTH & ZABEL LLP**
Martin L. Perschetz
William H. Gussman, Jr.
919 Third Avenue
New York, New York 10022
Tel: 212.756.2000

**LOWENSTEIN SANDLER LLP**
Lawrence M. Rolnick
Sheila A. Sadighi
Alison Price Corbin
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973.597.2500

*Attorneys for Defendant Dr. Edward M. Scolnick*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br><br>Docket No. 2:05-CV-01151-SRC-CLW<br>Docket No. 2:05-CV-02367-SRC-CLW<br><br>(Document Electronically Filed) |
| THIS DOCUMENT RELATES TO:<br><br>THE CONSOLIDATED SECURITIES ACTION | **REQUEST BY ATTORNEY TO WITHDRAW SUNG-HEE SUH, ESQ. FROM ELECTRONIC NOTIFICATION** |

       Request is hereby made by Sheila A. Sadighi, Esq. of Lowenstein Sandler LLP, counsel for defendant Dr. Edward M. Scolnick in the above-captioned action, to withdraw Sung-Hee Suh, Esq. from electronic notification in the within case and it is represented that:

1.      Sung-Hee Suh, Esq. has left Schulte Roth & Zabel LLP and no longer represents defendant Dr. Edward M. Scolnick in this matter; and

2.      Martin L. Perschetz, Esq., William H. Gussman, Jr., Esq., Pamela Serranzana, Esq. and Stacy Ma, Esq. of Schulte Roth & Zabel LLP and Lawrence M. Rolnick, Esq., Sheila A. Sadighi, Esq. and Alison Price Corbin, Esq. of Lowenstein Sandler LLP will continue to represent defendant Dr. Edward M. Scolnick in this matter.


Dated: September 19, 2014                By:      s/  Sheila A. Sadighi
                                                  Sheila A. Sadighi
                                                  **LOWENSTEIN SANDLER LLP**
                                                  65 Livingston Avenue
                                                  Roseland, New Jersey 07068
                                                  973.597.2500
                                                  ssadighi@lowenstein.com