UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE AND "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Case No. 05-CV-01151-SRC-CLW |
| THIS DOCUMENT RELATES TO:<br>THE CONSOLIDATED SECURITIES ACTION, AND: | Case No. 05-CV-02367-SRC-CLW |
| *Aegon Investment Management B.V. acting jointly with Aegon Custody B.V., Kuwait Investment Office, the London Office of Kuwait Investment Authority, and the Kuwait Investment Authority acting on Behalf of the Government of the State of Kuwait, Transamerica Funds, Transamerica Series Trust, and Transamerica Partners Portfolios v. Merck & Co., Inc., et al.* | Case No. 2:15-CV-00518-SRC-CLW<br><br>(Document Electronically Filed) |

### ORDER GRANTING PLAINTIFF KUWAIT INVESTMENT AUTHORITY ACTING ON BEHALF OF THE GOVERNMENT OF THE STATE OF KUWAIT'S MOTION TO SEAL

Plaintiff Kuwait Investment Authority acting on behalf of the Government of the State of Kuwait ("Plaintiff"), having moved for entry of an order granting leave to file under seal Exhibits A, D and E to the Declaration of Geoffrey C. Jarvis in Support of Plaintiff Kuwait Investment Authority's Opposition to Defendant Edward M. Scolnick's Motion for Summary Judgment, Dated November 30, 2015; and

This Court having considered the papers submitted by the parties, and for good cause shown, finds that Plaintiff's motion for leave to file under seal should be GRANTED. *

IT IS HEREBY ORDERED that Plaintiff's motion may be, and hereby is, granted in its entirety.

December 28, 2015

Hon. Cathy L. Waldor, U.S.M.J.

* It is Ordered that The clerk shall seal DE Nos 50 in Case number 15-518 and 934 in Case number 05-2367; and it is further ordered that The clerk terminate docket entry numbers 55 in Case number 15-518 and 935 in Case number 05-2367.